IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CSN, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| THE TRAVELERS INDEMNITY COMPANY, | ) Case No. 2:18-cv-17 ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1332 and 28 U.S.C. §§1441 and 1446, Defendant The Travelers Indemnity Company ("Travelers"), by counsel, hereby files its Notice of Removal for this action to the U.S. District Court for the Southern District of Indiana, and in support thereof states as follows:

### Procedural Background

1. On December 7, 2017, Plaintiff CSN, LLC ("CSN") filed a complaint in the Superior Court of Vigo County, Indiana, No. 84D03-1712-PL-008816, styled *CSN, LLC v. The Travelers Indemnity Company* (the "Complaint").

2. Travelers was served with the Complaint on December 14, 2017.

### Removal Requirements

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

4. Venue is proper in the U.S. District Court for the Southern District of Indiana (Terre Haute) pursuant to 28 U.S.C. § 1446(a), as the state court action originated in Vigo County, Indiana.

5. Travelers was a named Defendant in the Complaint filed in Vigo County, Indiana. True and legible copies of all process, pleadings, orders and other papers or exhibits filed with the state court in this action are attached hereto as Composite Exhibit "A", in accordance with 28 U.S.C. § 1446(a).

6. A copy of this Notice of Removal will be filed by Travelers with the state court where this action is pending promptly after the filing of this Notice of Removal, pursuant to 28 U.S.C. §1446(d).

7. Upon receiving a file-marked copy of this Notice of Removal, Travelers will serve a file-marked copy of this Notice of Removal upon counsel for Plaintiff.

## Removal is Timely

8. A notice of removal is timely filed when it is filed within 30 days after receipt by the defendant of an initial pleading or if insufficient facts are pled in the complaint to establish diversity jurisdiction, then within 30 days after receipt by the defendant of a copy of an amended pleading, motion, order, or other paper from which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C.A. § 1446(b)(1); (b)(3).

9. The Complaint identifies CSN as a limited liability company. However, the Complaint did not identify the members of CSN nor the citizenship of any of its members. Since Travelers did not know the members of CSN at the time, the 30 days for filing a notice of removal did not begin to start upon Travelers' receipt of the initial pleading on December 14, 2017.

10. Accordingly, counsel for Travelers contacted counsel for CSN asking for the identification of the members of CSN, LLC. On January 5, 2018, counsel for CSN

responded to the request for information. (*See* Exhibit B.) Based upon the representations of CSN's counsel in the email, complete diversity of citizenship exists between Travelers and CSN. January 5, 2018, then, was the date that Travelers first ascertained that the Complaint was removable.

11. Thus, pursuant to 28 U.S.C. §1446(b)(3), the time for filing the notice of removal commenced January 5, 2018. Thirty days from January 5, 2018, falls on a Sunday, making the notice of removal due the Monday after, or in this case February 4, 2018. In any event, this notice of removal was also filed within 30 days after Travelers' receipt of the Complaint.

## Amount-In-Controversy

12. The amount in controversy is in excess of this Court's jurisdictional minimum of $75,000. The Complaint seeks damage in excess of $1,825,520.00, plus litigation and attorney's fees.

## Diversity of Citizenship

13. Complete diversity of citizenship exists between CSN and Travelers.

## CSN, LLC

14. CSN, LLC is a doing business designation of Companhia Siderurgica Nacional, LLC, which is a Delaware limited liability company. For diversity purposes, a limited liability company shares the citizenship of its members. *See Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).

15. At the time of the filing of the Complaint, Companhia Siderurgica Nacional, LLC had as its sole member CSN Americas, S.L., a Spanish limited liability company. The sole member of CSN Americas, S.L., is a corporation, Companhia Siderurgica

Nacional, S.A., which was formed in the country of Brazil and has its principal place of business in Sao Paulo, Brazil.

16. Accordingly, at the time of filing the Complaint, CSN, LLC was a citizen of San Paulo, Brazil for diversity purposes.

17. At the time of filing this Notice of Removal, Companhia Siderurgica Nacional, LLC has as its sole member CSN Steel S.L.  CNS Steel S.L. is a Spanish limited liability company.  The sole member of CSN Steel S.L. is a corporation, Companhia Siderurgica Nacional, S.A., which was formed in the country of Brazil and has its principal place of business in Sao Paulo, Brazil.

18. Accordingly, at the time of filing this Notice of Removal, CSN, LLC is a citizen of San Paulo, Brazil for diversity purposes

## The Travelers Indemnity Company

19. The Travelers Indemnity Company is a corporation. For diversity jurisdiction purposes, a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.  *See* 28 U.S.C. § 1332.

20. At the time of the filing of the Complaint and continuing to present, Travelers was and is organized under the laws of the State of Connecticut.

21. At the time of the filing of the Complaint and continuing to present, Travelers maintained and continues to maintain its principal place of business in Hartford, Connecticut.

22. Accordingly, for diversity purposes, Travelers is a citizen of the State of Connecticut.

## **Conclusion**

23.     This Court has subject matter over the current case as a matter of diversity jurisdiction.  This Notice of Removal is timely filed.  The amount in controversy exceeds $75,000.00.  There is complete diversity of citizenship in this action.

WHEREFORE, Defendant The Travelers Indemnity Company prays that the above-entitled cause, currently pending in the Vigo County Superior Court, in the State of Indiana, Cause No. 84D03-1712-PL-008816, be removed to the United States District Court for the Southern District of Indiana, and that this cause proceed in this Court as an action properly so removed.

Dated:  January 12, 2018

                                          By:  /s/ Laura Heft
                                                  Laura N. Heft, Esq. (*IN license* 31033-20)
                                                  *Duly admitted before the Southern District of Indiana*
                                                  lheft@butler.legal
                                                  BUTLER WEIHMULLER KATZ CRAIG LLP
                                                  115 South LaSalle Street, Suite 3200
                                                  Chicago, Illinois 60603
                                                  (312) 456-0900
                                                  (312) 456-0909 fax

                                                  Attorneys for Defendant
                                                  *The Travelers Indemnity Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, a copy of the foregoing is being served on all counsel of record identified on the below Service List via U.S. Mail and via Electronic Mail.

V. Samuel Laurin
*slaurin@boselaw.com*
Curtis T. Jones
*cjones@boselaw.com*
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
*Attorneys for Plaintiff*

          /s/ Laura Heft
          Laura N. Heft
          Butler Weihmuller Katz Craig LLP
          115 South LaSalle Street
          Suite 3200
          Chicago, IL 60603