# **EXHIBIT A**

# **Vigo County Certified Court File**

# BRADLEY M. NEWMAN

# CLERK OF THE CIRCUIT COURT

### 43RD JUDICIAL CIRCUIT

---

## STATE OF INDIANA

**SS:**

## COUNTY OF VIGO

I, **Bradley M. Newman,** Clerk of the Vigo Circuit Court and Ex-officio Clerk of the Superior Courts of Vigo County, do hereby certify that the attached is a full, true and complete copy of:

_The entire case file_

Cause No. _84D03-1712-PL-008816_

As the same appears of record in the files of this office of which I am legal and lawful custodian.

**IN WITNESS WHEREOF,** I have hereunto set my hand and official seal, this ___5th___ day of ___January___, 20 _18_ .

_Bradley M Newman_ ___clk___

Clerk of the Vigo Circuit Court and
Ex-officio Clerk of the Superior
Court of Vigo County



33 SOUTH 3RD STREET, TERRE HAUTE, INDIANA 47807

TELE: (812)462-3211          FAX: (812)232-2921

Filed: 12/7/2017 4:17 PM
Clerk
Vigo County, Indiana

Vigo Superior Court 3

STATE OF INDIANA        )     IN THE VIGO CIRCUIT/SUPERIOR COURT
                       ) SS:
COUNTY OF VIGO       )     CAUSE NO.:    **84D03-1712-PL-008816**

CSN, LLC,                       )
                                 )
       Plaintiff,            )
                                 )
       v.                     )
                                 )
THE TRAVELERS INDEMNITY     )
COMPANY,                    )
                                 )
       Defendant.          )

## COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES

Plaintiff, CSN, LLC ("CSN"), by counsel, and for its Complaint for Declaratory Judgement and Damages against the Defendant, The Travelers Indemnity Company ("Travelers") alleges and states as follows:

## PARTIES AND FACTUAL BACKGROUND

1.      Travelers insured CSN under a property insurance policy for the time period from September 30, 2015 to September 30, 2016 ("Policy"). A true and accurate copy of the Policy is attached hereto as <u>Exhibit 1</u> and incorporated by reference as if fully set forth herein.

2.      On or about December 14, 2015, CSN employees attempted to restart the KS2100 control system and associated temper mill ("Control System"). The Control System is computer equipment, and as such, covered property under the Policy.

3.      On December 22, 2015, CSN submitted a claim to Travelers seeking coverage for its damaged Control System. The Policy provides that it will pay for direct physical loss or damage to property caused by or resulting from a covered cause of loss.

4.      A covered cause of loss means risk of direct physical loss unless the loss is excluded in Section D of the Policy.

3321796_2/16315-__                                1

5.      The Control System suffered a direct physical loss and/or damage caused by or resulting from a covered cause of loss.

6.      Travelers denied CSN's claim in a February 11, 2016 letter (the "Denial"). The Denial is attached hereto as Exhibit 2 and incorporated by reference as if fully set forth herein. The Denial cited the Policy's exclusion for loss from "any 'electronic data, processing data, and media' which is obsolete or unused by the insured." Even though the Denial cited the foregoing exclusion, the Denial did not cite any facts in support of this exclusion and there are no facts that support Travelers reliance on this exclusion.

7.      The Denial also cited the Policy's exclusion for loss because of "programming errors, omissions, or incorrect instructions to a machine." Even though the Denial cited the foregoing exclusion, the Denial did not cite any facts in support of this exclusion and there are no facts that support Travelers reliance on this exclusion.

8.      The Denial also cited the Policy's exclusion that Travelers is not responsible for loss or damage resulting from "wear and tear or depletion." The Denial denied coverage based on the conclusion that the Control System failed due to the corruption of the operating system resulting from normal use, age of the system, and wear and tear. However, the Policy does not exclude any coverage for "normal use or age of the system."

## CLAIM FOR DECLARATORY JUDGMENT

9.      CSN incorporates the foregoing paragraphs 1 through 8 as if set forth herein.

10.     The Policy requires Travelers to pay to CSN all direct physical loss or damage to property caused by or resulting from a covered cause of loss.

11.     Travelers received timely notice of CNS's claim concerning the damaged Control System.

12.    Travelers has denied CSN's claim concerning the damaged Control System.

13.    There is no factual basis for Travelers to deny coverage based on the exclusions cited in the Denial.

## CLAIM FOR BREACH OF CONTRACT

14.    CSN incorporates the foregoing paragraphs 1 through 13 as if set forth herein.

15.    Travelers had a contractual duty to pay to CSN all direct physical loss or damage to property caused by or resulting from a covered cause of loss.

16.    Travelers breached the insurance contract by refusing to pay CSN for its direct physical loss and/or damage to property caused by or resulting from a covered cause of loss, as described in the Denial.

17.    As a direct and proximate result of Traveler's breach, CSN has been denied Policy benefits due under the insurance contract, and was forced to bring this action in order to enforce the Policy and has suffered damages including attorneys' fees in bringing this action.

WHEREFORE, the Plaintiff, CSN, LLC, respectfully requests that the Court enter a judgment declaring that the Defendant, the Travelers Insurance Company, is required to pay for the loss described in this Complaint, that the Court enter judgment in its favor and against The Travelers Insurance Company in an amount appropriate to compensate it for its damages in the amount of $1,825,520.00, award pre-judgment interest at the rate of eight percent per annum, granting CSN all litigation fees and costs, including attorneys' fees incurred as a result of Traveler's breach of the insurance contract and enforcement of the contract, and grant all other appropriate relief.

Respectfully submitted,

_____
V.  Samuel Laurin III, Atty.  #11607-53
Curtis T. Jones, Atty. #24967-64
*Bose McKinney & Evans, LLP*
111 Monument Circle, Ste.  2700
Indianapolis, IN 46204
(317) 684-5000 /(317) 684-5173 (Fax)

*Attorneys for Plaintiff, CSN, LLC*

**84D03-1712-PL-008816**

Vigo Superior Court 3

Filed: 12/7/2017 4:17 PM
Clerk
Vigo County, Indiana

MS 01 00 05 13

# THE TRAVELERS INSURANCE COMPANIES

One Tower Square
Hartford, CT 06183

## DECLARATIONS

**Policy Number:**   KTK-CMB-1C23569-4-15      **Issue Date:**   11/11/2015

**NAMED INSURED AND MAILING ADDRESS:**
CSN, LLC
455 WEST INDUSTRIAL DRIVE
TERRE HAUTE, IN 47802

*PROPERTY*

**POLICY PERIOD:**      **FROM:**   09/30/2015      **TO:**   09/30/2016

Effective 12:01 a.m. at description and location of property covered.

**COVERAGE FORMS AND ENDORSEMENTS FORMING A PART OF THIS POLICY.**
The complete policy consists of this Declarations and the Supplemental Coverage Declarations and the forms listed on MS C0 02 07 99.

**PREMIUM:**   Per Agency Bill Statement 1C235694

**INSURING COMPANIES:**
In return for payment of the premium, the Company agrees with the Named Insured to provide the insurance afforded by this policy. That insurance will be provided by the Company designated by an "X" below.

X     The Travelers Indemnity Company ( a Stock Company)

*Wendy C. Skjei*                          *Brian Mac Lean*

*Secretary*                               *President*

The company listed above has executed this policy, but it is valid only if countersigned by our authorized representative.

**PRODUCER NAME AND ADDRESS**          **Countersigned by:** _____
WILLIS OF TEXAS INC                                      (Authorized Representative)
920 MEMORIAL CITY WAY STE 500          **Date:** _____
HOUSTON, TX 77024

Page 1 of 1

MS C1 00 08 07

## PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered. Words and phrases that appear in quotation marks have special meaning; refer to Section G., Definitions.

**A.  INSURING AGREEMENT**

The Company will pay for direct physical loss or damage to Covered Property at premises as described in the most recent Statement of Values or other documentation on file with the Company, caused by or resulting from a Covered Cause of Loss.  Covered Cause of Loss means risks of direct physical loss unless the loss is excluded in Section D., Exclusions; limited in Section E., Limitations; or excluded or limited in the Supplemental Coverage Declarations or by endorsements.

**B.  COVERAGE**

Coverage is provided for Covered Property and Covered Costs and Expenses, as described in Sections B.1. and B.2., for which the Insured has an insurable interest, unless excluded in Section C., Property and Costs Not Covered. Coverage applies only when a Limit of Insurance is shown in the Supplemental Coverage Declarations for the specific type of Covered Property or Covered Costs and Expenses, except for items B.2. a., d., e., g., h. and i. which do not require a specific Limit of Insurance to be shown.

**1.  COVERED PROPERTY**

**a.  Building(s),** means the buildings or other structures at the Insured's premises, including:

(1)  Completed additions;
(2)  Fixtures, including outdoor fixtures;
(3)  Machinery and equipment permanently attached to the building;
(4)  Personal property owned by the Insured that is used to maintain or service the buildings, structures or grounds; and
(5)  If not covered by other insurance:
(a)  Additions under construction, alterations and repairs to the buildings or structures; and
(b)  Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the Insured's premises, used for making alterations or repairs to the buildings or structures.

Building(s) do not include "Outdoor Property" except as provided in Section B.1.h.

**b.  Business Personal Property** located in or on the buildings at the Insured's premises or in the open (or in a vehicle) within 1,000 feet of the Insured's premises, consisting of the following unless otherwise specified in the Supplemental Coverage Declarations:

(1)  Furniture and fixtures;
(2)  Machinery and equipment;
(3)  "Stock";
(4)  All other personal property owned by the Insured and used in the Insured's business;
(5)  Labor, materials or services furnished or arranged by the Insured on personal property of others;
(6)  The Insured's use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:
(a)  Made a part of the buildings or structures occupied or leased, but not owned, by the Insured; and
(b)  Acquired or made at the Insured's expense but which the Insured is not permitted to remove; and
(7)  Personal Property of Others (including the Insured's employees) used in the Insured's business that is in the care, custody, or control of the Insured or for which the Insured has agreed in writing to insure prior to any loss or damage.

However, payment by the Company for loss or damage to Personal Property of Others will only be for the account of the owner of the property.

Business Personal Property does not include:

KTK-CMB-1C23569-4-15

MS C1 00 08 07

(1) "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media" except as provided in Section B.1.c.;
(2) Accounts Receivable except as provided in Section B.1.d.;
(3) Valuable Papers except as provided in Section B.1.e.; or
(4) "Fine Arts" except as provided in Section B.1.f.

c. **"Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media"**

This insurance applies to loss or damage to "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media" at or within 1,000 feet of the Insured's premises.

d. **Accounts Receivable**

This insurance applies to loss or damage to the accounts receivable records of the Insured while at or within 1,000 feet of the Insured's premises, including records stored on electronic data processing media. Credit card company charge records will be considered accounts receivable records until delivered to the credit card company.

(1) The Company will pay:
   (a) Amounts due the Insured from customers that the Insured is unable to collect because of loss or damage to the Insured's accounts receivable records;
   (b) Interest charges on any loan required to offset amounts the Insured is unable to collect because of loss or damage to the Insured's accounts receivable records, pending the Company's payment of these amounts;
   (c) Collection expenses in excess of the Insured's normal collection expenses that are made necessary by the loss; and
   (d) Other reasonable expenses that the Insured incurs to re-establish the Insured's records of Accounts Receivable.

(2) The following additional exclusions apply to Accounts Receivable:

   The Company will not pay for loss or damage caused by or resulting from any of the following:
   (a) Bookkeeping, accounting or billing errors or omissions; and
   (b) Alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property but only to the extent of such wrongful giving, taking, obtaining or withholding.

(3) The Company will not pay for loss or damage that requires an audit of records or any inventory computation to prove its factual existence.

(4) In the event the Insured cannot accurately establish the amount of Accounts Receivable outstanding as of the time of loss, the following method will be used:

   (a) The Company will determine the total of the average monthly amounts of Accounts Receivable for the 12 months immediately preceding the month in which the loss occurs;
   (b) The Company will adjust the total for any normal fluctuations in the amounts of Accounts Receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month; and
   (c) The following will be deducted from the total amount of Accounts Receivable, however that amount is established:
      (i) The amount of the accounts for which there is no loss;
      (ii) The amount of the accounts that the Insured is able to re-establish or collect;
      (iii) An amount to allow for probable bad debts that the Insured is normally unable to collect; and
      (iv) All unearned interest and service charges.

e. **Valuable Papers and Records**

KTK-CMB-1C23569-4-15

MS C1 00 08 07

This insurance applies to loss or damage to Valuable Papers and Records while at or within 1,000 feet of the Insured's premises. Coverage does not apply to Valuable Papers and Records that exist on electronic data processing media.

**f.  "Fine Arts"**

This insurance applies to loss or damage to "Fine Arts" while at or within 1,000 feet of the Insured's premises.

**g.  Newly Constructed or Acquired Property**

This insurance applies to:
(1) New buildings while being built on the Insured's premises or on a newly acquired location including materials, equipment, supplies and temporary structures which are at or within 1,000 feet of the premises;
(2) Buildings newly acquired by the Insured at locations other than the Insured's premises;
(3) Buildings the Insured becomes newly required to insure under a written contract; and
(4) Personal Property of a type insured under this policy at or within 1,000 feet of a newly acquired building or a newly acquired location.

Insurance under this Coverage for each newly constructed or acquired property will end when any of the following first occurs:
(1) This policy is cancelled or expires;
(2) 120 days expire after the Insured acquires or begins to construct the building(s);
(3) The Insured reports the new values to the Company; or
(4) The property is more specifically insured elsewhere.

The Company will charge the Insured additional premium for values reported from the date construction begins or the Insured acquires the property.

**h.  "Outdoor Property"**

This insurance applies to "Outdoor Property" at the Insured's premises for loss or damage only by the following Covered Causes of Loss:
(1) Fire;
(2) Lightning;
(3) Explosion;
(4) Riot or civil commotion;
(5) Vandalism or malicious mischief; or
(6) Aircraft or vehicles.

This insurance also applies to the necessary and reasonable expense incurred by the Insured to remove debris of "Outdoor Property" at the Insured's premises caused by or resulting from a Covered Cause of Loss listed above that occurs during the policy period. Such expenses will be paid only if reported to the Company in writing within 180 days of the date of direct physical loss or damage. This will not increase the Limit of Insurance that applies to "Outdoor Property".

**i.  Personal Effects of Officers and Employees of the Insured**

This insurance applies to the Personal Effects and "Fine Arts" owned by officers, partners or employees of the Insured. Such property must be located at or within 1000 feet of the Insured's premises. Payment for loss or damage to Personal Effects and "Fine Arts" will only be for the account of the owner of the property.

**j.  Covered Property At Undescribed Premises**

This insurance applies to:
(1) Covered Property at an "exhibition" including while in transit to and from the "exhibition" site. Coverage for this property applies worldwide except within any country on which the United States government has imposed sanctions, embargoes or any other similar prohibitions.
(2) Covered Property that will or has become a permanent part of an installation project being performed for others by the Insured, or on the Insured's behalf, while such property is at the installation premises or at other premises where the property is temporarily stored. Coverage for

MS C1 00 08 07

this installation property applies only within the Policy Territory and will apply only until the Insured's interest in the property ceases, the installation is accepted, the installation is abandoned, or this policy is cancelled or expires, whichever occurs first.

(3) Covered Property at any other premises within the Policy Territory which are not otherwise insured under this policy, and which the Insured does not own, lease or regularly operate.

This Coverage does not apply to Personal Effects of Officers and Employees of the Insured.

**k.  Covered Property in Transit**

This insurance applies to Covered Property in due course of transit at the risk of the Insured between points within the Policy Territory, including inland and coastal waters and air space.

This Coverage will attach when the Covered Property leaves the initial point of shipment and will continue until the property is delivered at its destination.  In the event the Covered Property is not deliverable or is rejected by the consignee, such property will be covered while in due course of transit back to the Insured and while temporarily being held by the receiver or carrier awaiting its return to the Insured.

The Company will also pay for:

(1) Any general average or salvage charges incurred by the Insured as respects losses to waterborne shipments.

(2) The Insured's contingent interest in shipments sold on a F.O.B. (Free On Board) basis but only in the event that any loss recoverable hereunder is not collectible from the consignee or any other insurance.

(3) Loss of Covered Property occasioned by the unintentional acceptance of fraudulent bills of lading, shipping receipts or messenger receipts by the Insured or any agent, customer or consignee of the Insured.

This Coverage does not apply to:

(1) Shipments by a government postal service except by registered mail;

(2) Any export shipment once the earlier of the following occurs:
  (a) The shipment is placed on the export conveyance; or
  (b) Coverage under an Ocean Marine or other insurance policy covering the shipment begins;

(3) Any import shipment until the later of the following occurs:
  (a) The shipment is unloaded from the importing vessel or conveyance; or
  (b) Coverage under an Ocean Marine or other insurance policy covering the shipment ends;

(4) Theft from a conveyance or container while unattended unless the portion of the conveyance or container containing the Covered Property is fully enclosed and securely locked, and the theft is by forcible entry of which there is visible evidence;

(5) Property of others for which the Insured is responsible while acting as a common or contract carrier, freight forwarder, freight consolidator, freight broker or public warehouseman; or

(6) Personal Effects of Officers and Employees of the Insured or to Covered Property in due course of transit to or from an "exhibition".

**l.  Covered Property Overseas**

The Company will pay for loss or damage to Covered Property while in the custody of any officer or employee of the Insured while temporarily traveling outside of the Policy Territory.  But this Coverage does not apply to Covered Property at, or in due course of transit to or from, an "exhibition".

Coverages j. Covered Property At Undescribed Premises, k. Covered Property in Transit and l. Covered Property Overseas are each subject to the applicable Limit of Insurance specified in the Supplemental Coverage Declarations for the coverage, but in no event will the Company pay more for loss or damage to any type of Covered Property than the amount that would have been paid if the loss or damage had occurred at or within 1000 feet of the Insured's premises.

**2.  COVERED COSTS AND EXPENSES**

**a.  Debris Removal**

Page 4 of 14

MS C1 00 08 07

(1) The Company will pay the necessary and reasonable expense incurred by the Insured to remove debris of Covered Property, other than "Outdoor Property", caused by or resulting from a Covered Cause of Loss that occurs during the policy period. Such expenses will be paid only if reported to the Company in writing within 180 days of the date of direct physical loss or damage.  Coverage for the expense to remove debris of "Outdoor Property" is provided separately under Section B.1.h. of this Coverage Form.

(2) For this Debris Removal Coverage, the Company will pay up to 25% of:
   (a) The amount the Company pays for the direct physical loss or damage to the Covered Property; plus
   (b) The deductible in this policy applicable to that direct physical loss or damage.

This limit is part of and not in addition to the Limit of Insurance that applies to the lost or damaged Covered Property.  But if:
   (a) (i)  The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or
      (ii)  The debris removal expense exceeds the above 25% limitation; and
   (b) A Limit of Insurance is specified in the Supplemental Coverage Declarations for Debris Removal (additional);

the Company will also pay an additional amount, up to the Limit of Insurance specified in the Supplemental Coverage Declarations for Debris Removal (additional).

(3) In no event will this Debris Removal Coverage apply to:
   (a) Costs to extract "pollutants" from land or water; or
   (b) Costs to remove, restore or replace polluted land or water.

**b. Pollutant Cleanup and Removal**

The Company will pay the necessary and reasonable expense incurred by the Insured to extract "pollutants" from land or water at the Insured's premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a "specified cause of loss" which occurs during the policy period.

Such expenses will be paid only if reported to the Company in writing within 180 days of the date on which the "specified cause of loss" occurs.

This Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But the Company will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most the Company will pay under this Coverage for the sum of all covered expenses arising out of all "specified cause of loss" occurrences that occur during each separate 12 month period of this policy is the Limit of Insurance specified for Pollutant Cleanup and Removal shown in the Supplemental Coverage Declarations.

**c. Claim Data Expense**

The Company will pay the reasonable expenses incurred by the Insured in preparing claim data required by the Company. This includes the cost of taking inventories, making appraisals and preparing other documentation to show the extent of loss.  The Company will not pay for any expenses incurred, directed, or billed by or payable to insurance adjusters or their associates or subsidiaries, or any costs as provided in the General Conditions - Section C. Appraisal.

**d. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, the Company will pay for any fire department service charges incurred by the Insured that are:
(1) Assumed by contract or agreement prior to loss; or
(2) Required by local ordinance.

**e. Fire Protective Equipment Discharge**

KTK-CMB-1C23569-4-15

MS C1 00 08 07

If fire protective equipment discharges accidentally or to control a Covered Cause of Loss, the Company will pay the Insured's cost to:

(1) Refill or recharge the system with the extinguishing agents that were discharged; and
(2) Replace or repair faulty valves or controls that caused the discharge.

**f.   Ordinance or Law**

If a Covered Cause of Loss occurs to Covered Property, the Company will pay for:

(1) **The loss to the undamaged portion of a covered building** caused by the enforcement of any ordinance or law that:
   (a) Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;
   (b) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the Insured's premises; and
   (c) Is in force at the time of loss.

The most the Company will pay for loss or damage under this portion of Ordinance or Law is the Limit of Insurance specified for Ordinance or Law – Undamaged Portion shown in the Supplemental Coverage Declarations.

(2) **The cost to demolish and clear the site of undamaged parts of the covered building** caused by the enforcement of building, zoning or land use ordinance or law.

The Company will not pay more for loss or damage under this portion of Ordinance or Law than the lesser of:
   (a) The amount the Insured actually spends to demolish and clear the site; or
   (b) The Limit of Insurance specified for Ordinance or Law – Demolition shown in the Supplemental Coverage Declarations.

(3) **The increased cost to repair, rebuild or construct the Covered Property** caused by enforcement of building, zoning, land use or any other ordinance or law when the Covered Property is insured for replacement cost.  If the covered building is repaired or rebuilt, it must be intended for similar occupancy as the current building, unless otherwise required by zoning or land use ordinance or law.

The Company will not pay for increased construction costs until the Covered Property is actually repaired or replaced, at the same location or elsewhere; and unless the repairs or replacement are made as soon as reasonably possible after the loss or damage but not to exceed 2 years.  The Company may extend this period in writing during the 2 years.

The most the Company will pay for loss or damage under this portion of Ordinance or Law is the increased cost of construction repair or replacement:
   (a) Of a building of the same size and at the same premises, or another premises if required by the ordinance or law; and
   (b) Limited to the minimum requirements of such ordinance or law regulating the repair or reconstruction of the damaged property on the same site.
not to exceed the Limit of Insurance specified for Ordinance or Law – Increased Cost of Construction shown in the Supplemental Coverage Declarations.

(4) Ordinance or Law Coverages do not apply to:
   (a) "Vacant" properties;
   (b) Any loss due to the Insured's failure to comply with any ordinance or law that the Insured was required to comply with before the loss, even if the Covered Property was undamaged; and
   (c) Costs associated with the enforcement of any ordinance or law that requires the Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**g.   Preservation of Property**

KTK-CMB-1C23569-4-15

If it becomes necessary to move Covered Property from an insured premises to preserve it from loss or damage by a Covered Cause of Loss, the Company will pay for:

(1) The necessary and reasonable expenses actually incurred by the Insured to remove the Covered Property from an insured premises and to move the Covered Property back to an insured premises; and

(2) Any direct physical loss or damage to Covered Property while it is being moved from an insured premises, while temporarily stored at another location or while it is being moved back to an insured premises.

However, this Coverage will apply only if the loss or damage occurs within 90 days after the property is first moved and will cease when the policy is amended to provide insurance at the new location, the property is returned to the existing location, or this policy is cancelled or expires, whichever occurs first.

**h.  Protection of Property**

The Company will pay the necessary and reasonable expenses actually incurred by the Insured to temporarily safeguard Covered Property against the threat of imminent direct physical loss or damage by a "specified cause of loss".  This Coverage does not apply to any expenses to which the above Preservation of Property coverage applies.

**i.  Water, Other Liquids, Powder or Molten Material Damage**

If covered loss or damage caused by or resulting from water or other liquid, powder or molten material damage occurs, the Company will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

When a Limit of Insurance is specified in the Supplemental Coverage Declarations for Water, Other Liquids, Powder or Molten Material Damage, that Limit of Insurance is the most the Company will pay under this Coverage.  Otherwise, this coverage is provided subject to the Limit of Insurance that applies to the covered water or other liquid, powder or molten material damage loss.

**C.  PROPERTY AND COSTS NOT COVERED**

Unless the following property or costs are added by endorsement to this Coverage Form, Covered Property and Covered Costs and Expenses do not include:

1. Currency, deeds or other evidences of debt, money, notes, checks, drafts, or securities;

2. Contraband or property in the course of illegal transportation or trade;

3. Water whether in its natural state or otherwise, above or below ground (except water normally contained in plumbing, the process of manufacture or fire protection equipment) watercourses, aquifers or the cost of reclaiming or restoring water;

4. Land whether in its natural state or otherwise (including land on which the property is located), land improvements, grain, hay straw or other harvested crops while outside of buildings, growing crops or standing timber;

5. The cost of excavations, grading, backfilling or filling;

6. Property sold by the Insured under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers;

7. Vehicles or self-propelled machines that:
(a)  Are licensed for use on public roads; or
(b)  Are operated principally away from the insured premises;

8. Aircraft or watercraft;

9. Live animals or birds;

10. Bulkheads, pilings, piers, wharves, docks, dikes, dams, canals, sea walls or vehicular bridges;

11. Underground tanks, pipes, flues, drains or tunnels, all whether or not connected to buildings, mines or mining property;

MS C1 00 08 07

12. Any "Electronic Data Processing Data and Media" which is obsolete or unused by the Insured;

13. Property that is covered under another coverage form or endorsement of any other policy in which it is more specifically described, except for the excess of the amount due (whether the Insured can collect on it or not) from that other insurance;

14. Any of the specific types of Covered Property described in Sections B.1.a. through B.1.l. of this Coverage Form for which a Limit of Insurance is not shown in the Supplemental Coverage Declarations; or

15. Any of the following Covered Costs and Expenses for which a Limit of Insurance is not shown in the Supplemental Coverage Declarations:

    a. Pollutant Clean Up and Removal, as described in Section B.2.b.;

    b. Claim Data Expense, as described in Section B.2.c.; or

    c. Ordinance or Law, as described in Section B.2.f.

## D. EXCLUSIONS

1. The Company will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. EARTH MOVEMENT**

      (1) Any earth movement (other than "sinkhole collapse") including earthquake, mine subsidence, landslide, erosion, the expansion or contraction of soil due to the presence of moisture or water, or the lack thereof, and any other earth sinking, rising, shifting or movement, all whether naturally occurring or due to man made or other artificial causes.

      But if earth movement results in fire or explosion, the Company will pay for the loss or damage caused by that fire or explosion.

      (2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in "volcanic action" or fire, the Company will pay for the loss or damage caused by that "volcanic action" or fire.

      All "volcanic action" that results from all volcanic eruptions or explosions that occur within any 168 consecutive hours period will constitute a single occurrence.

    **b. FLOOD**

    Flood meaning:

      (1) Flood, surface water, underground water, waves, tides, tidal waves, tsunamis, overflow of any body of water, or their spray, all whether driven by wind or not;
      (2) Mudslide or mudflow;
      (3) Release of water impounded by a dam; and
      (4) Water or sewage which backs up through sewers, drains or sumps;

    all whether naturally occurring or due to man made or other artificial causes.

    This exclusion will not apply to direct loss or damage from resulting fire, explosion or leakage from fire protective equipment; however, the Company will be liable only for such resulting loss or damage.

    **c. GOVERNMENTAL ACTION**

    Seizure or destruction of property by order of governmental authority except as provided for under the Covered Costs and Expenses, Section B.2.f. Ordinance or Law.

    But the Company will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Form.

    **d. NUCLEAR HAZARD**

    Nuclear reaction or radiation, or radioactive contamination however caused.

KTK-CMB-1C23569-4-15

MS C1 00 08 07

This exclusion will not apply to direct loss or damage by:

(1) Fire resulting from nuclear reaction or radiation, or radioactive contamination; or
(2) Sudden and accidental radioactive contamination, including resultant radiation damage to Covered Property provided:
   (a) Such radioactive contamination arises out of material at the Insured's premises;
   (b) Such radioactive material is kept at an Insured's premises for the purpose of the Insured's operations; and
   (c) At the time of such loss at the Insured's premises there is neither a nuclear reactor capable of sustaining nuclear fission in a self-supporting chain reaction, nor any new or used nuclear fuel which is intended for or which has been used in a nuclear reaction.

But the most the Company will pay for Sudden and Accidental Radioactive Contamination as provided in d. (2)(a), (b) and (c) above is the specified Limit of Insurance shown in the Supplemental Coverage Declarations.  This is not additional insurance.

**e.  WAR AND MILITARY ACTION**

(1) Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack:
   (a) By any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces;
   (b) By military, naval or air forces; or
   (c) By an agent of any such government, power, authority or forces.

(2) Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence.

(3) Any discharge, explosion or use of any weapon of war employing nuclear fission or fusion will be conclusively presumed to be such a hostile or warlike action by such a government, power, authority or forces.

**f.  COMPUTER VIRUS**

Computer Virus means intrusive codes or programming that are entered into a computer system causing direct physical loss or damage to, or destruction of, "Electronic Data Processing Equipment" or "Electronic Data Processing Data and Media".

This exclusion will not apply in the event the Computer Virus results in a "specified cause of loss"; however, the Company will be liable only for such resulting loss or damage.

**g.  PROGRAMMING ERRORS OR OMISSIONS**

Programming errors, omissions or incorrect instructions to a machine.

This exclusion will not apply in the event Programming errors, omissions or incorrect instructions to a machine results in a "specified cause of loss", however, the Company will be liable only for such resulting loss or damage.

**h.  ORDINANCE OR LAW**

The enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or
(2) Requiring the tearing down of any property, including the cost of removing its debris;

except as provided in the Covered Costs and Expenses, item B.2.f. Ordinance or Law.

The Ordinance or Law exclusion applies whether the loss results from an ordinance or law that is enforced even if the property has not been damaged; or from the increased costs incurred to comply with an ordinance or law in the course of construction, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**i.  OFF PREMISES UTILITY SERVICES**

KTK-CMB-1C23569-4-15

MS C1 00 08 07

The interruption, failure or fluctuation of power or other utility service(s) provided to an insured premises if the cause of the interruption, failure or fluctuation occurs off an insured premises.

This exclusion will not apply in the event the interruption, failure or fluctuation of power or other utility service(s) results in a Covered Cause of Loss; however, the Company will be liable only for such resulting loss or damage.

**j. COLLAPSE OF BUILDINGS**

Collapse of buildings meaning an abrupt falling down or caving in of a building or substantial portion of a building with the result being that the building or substantial portion of a building cannot be occupied for its intended purpose.

(1) This exclusion will not apply to collapse of buildings if the collapse is caused by one or more of the following:

(a) A "specified cause of loss";
(b) Decay or insect or vermin damage that is hidden from view, unless the presence of such decay or insect or vermin damage is known to the Insured prior to collapse;
(c) Weight of people or personal property;
(d) Weight of rain that collects on a roof;
(e) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after the construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in j.(1)(a) through (d) above, the Company will be liable for loss or damage caused by the collapse even if use of defective material or methods in construction, remodeling or renovation contributes to the collapse.

In the event collapse results in a Covered Cause of Loss, the Company will be liable only for such resulting loss or damage by that Covered Cause of Loss.

(2) A building or portion of a building that:
(a) Is in imminent danger of abruptly falling down or caving in; or
(b) Suffers a substantial impairment of structural integrity;
is not considered a collapse but is considered to be in a state of imminent collapse.

(3) As respects buildings in a state of imminent collapse, the Company will not pay for loss or damage unless the state of imminent collapse first manifests itself during the policy period and is caused only by one or more of the following which occurs during the policy period:
(a) Fire; lightning; explosion; windstorm or hail; aircraft or vehicles; riot or civil commotion; "sinkhole collapse"; weight of snow, ice or sleet;
(b) Weight of people or personal property;
(c) Weight of rain that collects on a roof; or
(d) Use of defective material or methods in construction, remodeling or renovation if the state of imminent collapse occurs during the course of construction, remodeling or renovation.

As respects "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media", only exclusions D.1.a. through g. and D.1.i. apply. As respects Accounts Receivable, and Valuable Papers and Records, only exclusions D.1.a. through g. apply.  As respects Property in the due course of transit, Exclusions D.1.a. and D.1.b. do not apply.

2. The Company will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, equipment, appliances or wires.

But in the event artificially generated electric current results in fire or explosion, the Company will be liable only for such resulting loss or damage.

b. Indirect or remote loss or damage; delay, loss of use or loss of market; or interruption of business;

c. (1) Wear and tear or depletion;
(2) Rust, corrosion, erosion, fungus, decay, deterioration, wet or dry rot, mold, hidden or latent defect or any quality in the property that causes it to damage or destroy itself;

Page 10 of 14

    (3)  Settling, cracking, shrinking, bulging or expansion;

    (4)  Nesting or infestation or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

    (5)  Mechanical or machinery breakdown, including rupture or bursting caused by centrifugal force; and

    (6)  The following causes of loss to personal property:

        (a)  Dampness or dryness of atmosphere;

        (b)  Changes in or extremes of temperature;

        (c)  Changes in flavor, color, texture or finish; and

        (d)  Contamination, evaporation or leakage.

However, in the event an excluded cause of loss that is listed in 2.c. (1) through (6) above results in a "specified cause of loss", the Company will pay for the loss or damage caused by that "specified cause of loss".

d.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by the Insured, or operated under the Insured's control. But if explosion of steam boilers, steam pipes, steam engines, or steam turbines results in fire or combustion explosion, the Company will pay for loss or damage caused by that fire or combustion explosion. The Company will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

e.  Dishonest or criminal act by the Insured, any of the Insured's partners, employees (including leased employees), directors, trustees, authorized representatives or anyone (other than a carrier for hire or bailee) to whom the Insured entrusts the property for any purpose:

    (1)  Acting alone or in collusion with others; and

    (2)  Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by the Insured's employees, (including leased employees) but theft by the Insured's employees (including leased employees) is not covered.

f.  Rain, snow, sand, dust, ice, or sleet to personal property in the open (other than to property in the custody of a carrier for hire).

g.  The cost of correcting or making good the damage to personal property attributable to such property being processed, manufactured, tested or otherwise being worked upon.

h.  Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a "specified cause of loss". But in the event the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", the Company will be liable only for such resulting loss or damage caused by that "specified cause of loss".

i.  Voluntary parting with any property by the Insured or anyone else to whom the Insured has entrusted the property.

j.  Accumulated effects of smog, smoke, vapor, liquid or dust.

k.  If the building or leased premises where loss or damage has occurred has been "vacant" for more than 60 consecutive days before that loss or damage occurs, the Company will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

    (1)  Vandalism;

    (2)  Sprinkler leakage;

    (3)  Building glass breakage;

    (4)  Water damage;

    (5)  Theft; or

    (6)  Attempted theft.

Buildings under construction or renovation are not considered "vacant".

l.  Continuous or repeated seepage, leakage or flow of water that occurs over a period of 14 days or more.

m.  Shortage disclosed by audit or upon taking inventory or by a profit and loss statement or other instances where there is no physical evidence to show what happened to the property.

MS C1 00 08 07

As respects Accounts Receivable, Valuable Papers and Records, "Electronic Data Processing Equipment" and "Electronic Data Processing Data and Media" only the following exclusions in Section D.2 apply:

(1) Exclusions c. (1), c. (6) (a) and c. (6) (b); but if mechanical breakdown not otherwise excluded results, the Company will pay for that resulting loss or damage by mechanical breakdown; and
(2) Exclusions b., e., g., i. and m.

3. The Company will not pay for loss or damage caused by or resulting from any of the following:

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in D.1 above to produce the loss or damage.

However, in the event weather conditions, as excluded above, result in a Covered Cause of Loss, this exclusion does not apply to loss or damage caused by that resulting Covered Cause of Loss.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

However, in the event an act or decision or the failure to act or decide, as excluded above, results in a Covered Cause of Loss, this exclusion does not apply to loss or damage caused by that resulting Covered Cause of Loss.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;
(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
(3) Materials used in repair, construction, renovation or remodeling; or
(4) Maintenance;

of part or all of any property on or off an insured premises.

However, in the event an excluded cause of loss that is listed in 3.c.(1) through 3.c.(4) above results in a Covered Cause of Loss, this exclusion does not apply to loss or damage caused by that resulting Covered Cause of Loss. But the Company will not be liable for:

(a) Any cost of correcting or making good the fault, inadequacy or defect itself, except as provided for fire extinguishing equipment under LIMITATION E.3. below; or
(b) Any cost incurred to tear down, tear out, repair or replace any part of any property to correct the fault, inadequacy or defect, except as specifically provided under the Water, Other Liquids, Powder or Molten Material Damage coverage in Section B.2.i. of this Coverage Form; or
(c) Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected.

## E. LIMITATIONS

1. The Company will not pay for loss of or damage to property, as described and limited in this section. In addition, the Company will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But the Company will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than explosion.

2. As respects furs, fur garments and garments trimmed with fur, jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals, the most the Company will pay for loss or damage by theft, regardless of the types or number of articles that are lost or damaged is $50,000.

3. The Company will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But the Company will pay the cost to repair or replace damaged parts of the fire extinguishing equipment if the damage:

Page 12 of 14

MS C1 00 08 07

    a.  Results in discharge of any substance from an automatic fire protections system; or
    b.  Is directly caused by freezing.

**F.  DEDUCTIBLES**

When a deductible(s) is shown in the Supplemental Coverage Declarations, refer to Section B. Application of Deductibles in the General Conditions.

**G.  DEFINITIONS**

**1.  "Electronic Data Processing Data and Media"** means:

    (a)  Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells, or similar magnetic recording or storage devices;
    (b)  Data stored on such media; and
    (c)  Original programming materials used to enter data and/or program media.

**2.  "Electronic Data Processing Equipment"** means electronic data processing equipment, facsimile machines, word processors, multi-functional telephone equipment, laptop and portable computers; related surge protection devices; and their component parts and peripherals used solely for data processing operations.

**3.  "Exhibition"** means the temporary display of personal property at a convention, exposition, trade show or similar event at a location not owned or regularly occupied by the Insured.

**4.  "Fine Arts"** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

**5.  "Finished Stock"** means goods manufactured by the Insured that in the ordinary course of the Insured's business are in their completed state and ready for sale.

"Finished Stock" does not include goods manufactured by the Insured that are held for sale on the premises of any retail outlet insured under this Coverage Form.

**6.  "Outdoor Property"** means retaining walls not part of a building, lawns (including fairways, greens and tees), trees, shrubs, plants, bridges (excluding vehicular bridges), walks, roadways, patios or other paved surfaces.

**7.  "Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthy or hazardous building materials (including but not limited to asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

**8.  "Raw Stock"** means material in the state in which the Insured receives it for conversion by the Insured into "Stock in Process" or "Finished Stock".

**9.  "Sinkhole Collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.

This cause of loss does not include:
    a.  The cost of filling sinkholes; or
    b.  Sinking or collapse of land into man made underground cavities.

**10.  "Specified Cause of Loss"** means any of the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; "volcanic action"; falling objects; weight of snow, ice or sleet; or water damage.

    a.  Falling objects does not include loss or damage to:
        (1)  Personal property in the open; or
        (2)  The interior of a building, or property inside a building, unless the roof or an outside wall of the building is first damaged by a falling object.

KTK-CMB-1C23569-4-15

MS C1 00 08 07

   b.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

11. **"Stock"** means merchandise held in storage or for sale, "Raw Stock", "Stock in Process" or "Finished Stock" including supplies used in their packing or shipping.

12. **"Stock in Process"** means "raw stock" which has undergone any aging, seasoning, mechanical or other process of manufacturing but which has not become "finished stock".

13. **"Vacant"** means the following:

   a.  When the Insured is the owner or general lessee of a building, vacant means 70% or more of the square footage of the entire building is not:

      (1) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; or
      (2) Used by the building owner to conduct customary operations.

   b.  With respect to a unit or suite that is owned, rented or leased to the Insured, and not within a building to which a. above applies, vacant means the unit or suite does not contain enough Business Personal Property to conduct customary operations.

14. **"Volcanic Action"** means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   a.  Airborne volcanic blast or airborne shock waves;
   b.  Ash, dust or particulate matter; or
   c.  Lava flow.

   "Volcanic Action" does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the Covered Property.

KTK-CMB-1C23569-4-15

MS C5 02 01 00

# GENERAL CONDITIONS

All coverages included in this policy are subject to the following conditions.

## A.  ABANDONMENT

There can be no abandonment of any property to the Company.

## B.  APPLICATION OF DEDUCTIBLES

1.  Any deductibles that apply are specified in the Supplemental Coverage Declarations or in the forms or endorsements attached to this policy.

    Unless otherwise specified in the Supplemental Coverage Declarations, or by endorsement, when a deductible is specified as applying separately "at each affected location, in any one occurrence", or at a specific location in any one occurrence, each of the following will be considered a "location":

    a.  A single address that is not part of a complex described in b. below, regardless of the number of buildings at that address; or

    b.  A multiple building complex, such as an apartment complex, office building complex or industrial park, with multiple addresses, provided:

        (1)  All addresses within the complex are under the same ownership or management; and

        (2)  The complex is known by a single name; and

        (3)  All addresses within the complex are insured premises under this policy; and

        (4)  The addresses are adjacent to one another, or separated only by a street.

2.  Dollar Deductibles

    When the deductible that applies is specified as a dollar amount, the Company will not pay for loss or damage to which the deductible applies until the amount of loss or damage exceeds the specified deductible amount.  The Company will then pay the amount of the loss or damage in excess of the specified deductible, up to the applicable Limit of Insurance.

3.  Percentage Deductibles

    a.  Percentage deductibles may be written as a percentage of total values or as a percentage per unit of insurance.

    b.  Total Values Percentage Deductibles

        When the deductible that applies is specified as a percentage of total values, the deductible will be equal to the percentage of the total values specified in the most recent Statement of Values on file with the Company for buildings, structures, personal property and rental values to which the deductible applies.

    c.  Per Unit of Insurance Percentage Deductibles

        When the deductible that applies is specified as a percentage per unit of insurance, the deductible will be equal to the percentage of value(s) calculated for, and applied separately to, each of the following units of insurance:

        (1)  Each building or structure sustaining loss or damage;

        (2)  Personal property within each building or structure if that personal property sustains loss or damage;

        (3)  Personal property in the open if personal property in the open sustains loss or damage;

        (4)  Business Income values impacted by the direct loss or damage to property, when the percentage deductible is indicated as applying to Business Income; and

        (5)  Rental values impacted by the direct loss or damage to property, when the percentage deductible is indicated as applying to Rental Value.

        The values to be used when calculating the deductible for (1), (2), (3), (4) and (5) above are either those as specified for each unit of insurance shown in the most recent Statement of Values on file

KTK-CMB-1C23569-4-15

MS C5 02 01 00

with the Company or, if not so specified, or if the damaged property is a building in the course of construction or renovation, the values will be determined at the time of loss. When Business Income values or rental values are determined at the time of loss, the values will be calculated for the 12 months following the inception date of the policy term in which the loss occurs.

    d.   When both a percentage deductible and a dollar deductible are specified together as applicable to a coverage or exposure, whether specified as applying in any one occurrence or specified as applying at each affected location in any one occurrence, the percentage deductible will be calculated and applied as described in b. and c. above, but the dollar deductible is the minimum amount the Company will deduct in any one occurrence, or at each affected location in any one occurrence, as specified, for all loss or damage to which the deductible is stated to apply.

    e.   When a maximum dollar deductible is also specified as applicable, the specified maximum deductible is the most the Company will deduct in any one occurrence for all loss or damage to which the deductible is stated to apply.

4.   Hour Deductibles

If the deductible for Business Income or any other time element coverage is specified in hours, the Company will not be liable for any loss incurred during the specified number of hours immediately following the start of the "period of restoration" or other applicable period during which incurred loss would otherwise be covered.  The Company will then pay the amount of loss incurred for the remainder of the "period of restoration" or other applicable period during which incurred loss is covered, up to the Limit of Insurance.

5.   Two or More Deductibles in Any One Occurrence

If any causes of loss, coverages or types of property insured against under this policy are subject to separate deductibles and two or more of those causes of loss, coverages and/or types of property are involved in any one loss occurrence, each cause of loss, coverage and type of property loss will be adjusted separately.  But the total of the deductible amounts applied will not exceed the highest deductible amount applied in that occurrence for any one involved cause of loss, coverage or type of property.

This provision does not apply to:

    a.   Earth Movement, Earthquake, Earthquake Sprinkler Leakage, Flood, Windstorm or Hurricane deductibles; or

    b.   Any hour deductible.

6.   Application of Earth Movement, Earthquake, Earthquake Sprinkler Leakage, Flood, Sewer Back-Up and Boiler and Machinery Deductibles

Any deductible shown on the Supplemental Coverage Declarations for a cause of loss listed below applies only with respect to loss or damage to which the corresponding cause of loss endorsement applies:

    a.   Earth Movement;

    b.   Earthquake;

    c.   Earthquake Sprinkler Leakage;

    d.   Flood;

    e.   Sewer Back-Up; or

    f.   Boiler and Machinery.

These deductibles do not apply to any loss or damage by these causes of loss that is covered in the absence of such endorsements, such as fire or explosion that results from an earth movement.

7.   Any Other Covered Loss Deductible

Unless otherwise specifically stated in this policy, the deductible shown in the Supplemental Coverage Declarations for "any other covered loss" applies to all causes of loss, coverages and types of property insured against under this policy for which no deductible is specifically shown in the Supplemental Coverage Declarations or in the forms or endorsements attached to this policy, except Extra Expense.  No deductible applies to Extra Expense.

**C.  APPRAISAL**

KTK-CMB-1C23569-4-15

If the Company and the Insured disagree on the value of the property, the amount of net income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that a judge of a court having jurisdiction make the selection. The appraisers will state separately the value of the property, the amount of loss or the amount of net income and operating expense. If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, the Company will still retain its right to deny the claim.

**D.  CANCELLATION AND NONRENEWAL**

1. Cancellation

   a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to the Company advance written notice of cancellation.

   b. The Company may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      (1) 10 days before the effective date of cancellation if the Company cancels for nonpayment of premium; or

      (2) 60 days before the effective date of cancellation if the Company cancels for any other reason.

   c. The Company will mail or deliver notice to the first Named Insured's last mailing address known to the Company.

   d. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force for such property in transit until it is delivered and accepted.

   e. If this policy is cancelled, the Company will send to the first Named Insured any premium refund due. If the Company cancels, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if the Company has not made or offered a refund.

   f. If notice is mailed, proof of mailing will be sufficient proof of notice.

2. Nonrenewal

   In the event the Company decides not to renew this policy, the Company will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

**E.  CHANGES**

This policy contains all the agreements between the Insured and the Company concerning the insurance afforded.  The policy terms can be amended or waived only by written endorsement issued by the Company as part of this policy.

**F.  CONCEALMENT, MISREPRESENTATION or FRAUD**

This policy is void in any case of fraud by the Insured as it relates to this policy at any time. It is also void if the Insured or any other person or entity insured under this policy, at any time, intentionally conceals or misrepresents a material fact concerning:

1. This policy;

2. The Covered Property;

3. The Insured's interest in the Covered Property; or

4. A claim under this policy.

**G.  CONTROL OF PROPERTY**

MS C5 02 01 00

Any act or neglect of any person other than the Insured beyond the direction or control of the Insured will not affect this insurance.

The breach of any condition of this policy at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**H. CURRENCY**

It is understood and agreed that all amounts used herein are in the currency of the United States of America and that premiums and losses are payable in United States currency.  In the event of a loss adjustment involving foreign currency, the conversion into the currency of the United States of America will be at the rate of exchange quoted in *The Wall Street Journal* as of the date of the loss.

**I. EXAMINATION OF THE INSURED'S BOOKS AND RECORDS**

The Company may examine and audit the Insured's books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**J. IDENTITY OF INTEREST**

If the Named Insured under this policy is comprised of more than one legal entity, liability under this policy will not exceed the amount of loss had all such interests comprised a single legal entity.

**K. INSPECTIONS AND SURVEYS**

The Company has the right but is not obligated to:

1. Make inspections and surveys at any time;

2. Give the Insured reports on the conditions found resulting therefrom; and

3. Recommend changes.

Neither the right to make inspections, nor the making thereof, nor any risk analysis, nor any advice or reports resulting therefrom will imply any liability, or constitute an undertaking on behalf of or for the benefit of the Insured.  Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. The Company does not make safety inspections. The Company does not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. In addition, the Company does not warrant that the conditions are safe, healthful or in compliance with any law, rule, regulation, code or standard.

This condition applies not only to the Company, but also to any rating, advisory, rate service or similar organization that makes insurance inspections, surveys, reports or recommendations.

**L. KNOWLEDGE OF OCCURRENCE**

It is hereby understood and agreed that knowledge of an occurrence, accident, claim, loss or damage, or receipt or service of complaint, demand, notice, summons or other legal papers by the agent, servant or employee of the Insured will not in itself constitute knowledge or receipt by the Insured unless an executive officer or risk manager of the Named Insured has such knowledge or receives or is served such documents or notice from its agent, servant or employee.

**M. LEGAL ACTION AGAINST THE COMPANY**

No one may bring a legal action against the Company under this policy unless:

1. There has been full compliance with all of the terms of this policy; and

2. The action is brought in the United States of America, in a court having proper jurisdiction, within 2 years after the date on which the direct physical loss or damage occurred.

**N. LIBERALIZATION**

If the Company adopts any revision that would broaden the coverage under this policy without additional premium, within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

KTK-CMB-1C23569-4-15

MS C5 02 01 00

**O. LIMITS OF INSURANCE**

The most the Company will pay for all loss or damage in any one occurrence under this policy is the Policy Limit shown in the Supplemental Coverage Declarations. All other specified Limit(s) of Insurance shown in the Supplemental Coverage Declarations, Schedule(s), Coverage Form(s) or endorsement(s) are included within, and do not increase, the Policy Limit.

Subject to the Policy Limit:

1. The most the Company will pay in any one occurrence for any loss or damage to which a specific Limit of Insurance applies is the applicable specified Limit of Insurance.

2. Under the Property Coverage Form, unless otherwise stated in the Supplemental Coverage Declarations, or by endorsement:

   a. Payments under the following Covered Costs and Expenses will not increase the applicable Covered Property Limit(s) of Insurance:

      (1) Debris Removal.  But if a Limit of Insurance for Debris Removal (additional) is specified in the Supplemental Coverage Declarations, that Limit of Insurance will apply in addition to the applicable Covered Property Limit(s) of Insurance;

      (2) Fire Department Service Charge;

      (3) Fire Protective Equipment Discharge;

      (4) Preservation of Property;

      (5) Protection of Property; and

      (6) Water Damage, Other Liquids, Powder or Molten Material Damage.

   b. The Limits of Insurance that are specified for the remaining Covered Costs and Expenses are in addition to the Covered Property Limit(s) of Insurance.

3. Under the Business Income Coverage Forms or the Extra Expense Coverage Form, unless otherwise stated in the Supplemental Coverage Declarations, or by endorsement:

   a. Payments under the following Additional Coverage Extensions will not increase the Limit(s) of Insurance that applies to Business Income, Rental Value and/or Extra Expense:

      (1) Civil Authority;

      (2) Extended Business Income or Rental Value (Business Income Coverage Forms only);

      (3) Expenses to Reduce Loss (Business Income Coverage Form Excluding Extra Expense only).

   b. The Limits of Insurance that are specified for the remaining Additional Coverage Extensions are additional amounts of insurance.

4. Unless otherwise specified in the Supplemental Coverage Declarations, or by endorsement, when a Limit of Insurance is specified as applying separately "at each affected location, in any one occurrence" or on a per location basis, the description of a "location" contained in provision 1. of the Application Of Deductibles condition in Section B. of this form will apply.

**P. LOSS PAYMENT**

1. In the event of loss or damage to property covered by this policy, at the option of the Company, the Company will either:

   a. Pay the value of lost or damaged property;

   b. Pay the cost of repairing or replacing the lost or damaged property subject to 2. below;

   c. Take all or any part of the property at an agreed or appraised value; or

   d. Repair, rebuild, or replace the property with other property of like kind, size and quality subject to 2. below.

2. Except as otherwise specifically provided in this policy, the cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

KTK-CMB-1C23569-4-15

MS C5 02 01 00

3. The Company will give notice of its intentions within 30 days after the Company receives the proof of loss it requires.

4. The Company will not pay the Insured more than the Insured's financial interest in the Covered Property.

5. The Company may adjust losses with the owners of lost or damaged property if other than the Insured. If the Company pays the owners, such payments will satisfy the Insured's claims against the Company for the owner's property. The Company will not pay the owners more than their financial interest in the Covered Property.

6. The Company may elect to defend the Insured against suits arising from claims of owners of property. The Company will do this at its own expense.

7. The Company will pay for covered loss or damage within 30 days after the Company receives the sworn proof of loss it requires, if:

   a. The Insured has complied with all of the terms of this policy; and

   b. The Company has reached agreement with the Insured on the amount of loss or an appraisal award has been made.

8. At the option of the Company, the Company may make a partial payment toward any claims, subject to the policy provisions and the Company's normal adjustment process. To be considered for a partial claim payment, the Insured must submit a partial sworn proof of loss with supporting documentation. Any applicable policy deductibles must be satisfied before any partial payments are made.

9. If two or more of this policy's coverages apply to the same loss or damage, the Company will not pay more than the actual amount of the loss or damage

**Q. MORTGAGEE INTERESTS AND OBLIGATIONS**

Loss or damage, if any, as covered under this policy, will be payable to each mortgagee (or trustee) designated herein in order of their precedence as their interests may appear. With respect to the mortgagee's (or trustee's) interest, this insurance will not be invalidated by any act of the Insured (mortgagor or owner), nor by any foreclosure or other similar proceedings or notice of sale relating to the property, nor by any change in title or ownership of the property, provided that:

1. In the event the Insured (mortgagor or owner) has neglected to pay any premium due under this policy, the mortgagee (or trustee), at the request of the Company, pays the same;

2. The mortgagee (or trustee) has notified the Company of any change in ownership, occupancy or increase in the risk or hazards known to the mortgagee (or trustee) and, at the request of the Company, pays the premium for such increased risk or hazards; and

3. The mortgagee (or trustee) submits a signed, sworn proof of loss within sixty (60) days after having been notified by the Company that the Insured (mortgagor or owner) has failed to do so.

In the event the Company pays the mortgagee (or trustee) for any loss or damage covered under this policy and therefore claims that as to the Insured (mortgagor or owner) no liability existed, the Company will be subrogated to all the rights, to the extent of such payment, of the party to whom such payment was made. The Company may, at the Company's option, pay to the mortgagee (or trustee) the whole principal due plus any accrued interest. Thereupon, the Company will receive a full assignment and transfer of the mortgage and other such securities and the remaining mortgage debt will be payable by the Insured (mortgagor or owner) to the Company.

The Company reserves the right to cancel this policy at any time as provided by its terms but, in such case, this policy will continue in force for the benefit only of the mortgagee (or trustee) for ten (10) days after notice to the mortgagee (or trustee) of cancellation for nonpayment of premium or sixty (60) days after notice to the mortgagee (or trustee) of cancellation for any other reason.  In the event the Company elects not to renew this policy, the Company will give written notice to the mortgagee (or trustee) at least thirty (30) days prior to the expiration of this policy.

**R. NO BENEFIT TO BAILEE**

No person or organization, other than the Insured, having custody of Covered Property will benefit from this insurance.

**S. NO REDUCTION BY LOSS**

KTK-CMB-1C23569-4-15

MS C5 02 01 00

Except with respect to any aggregate limit(s) or aggregate sublimit(s) of insurance in this policy, it is mutually understood and agreed that the amount of insurance will not be reduced by the payment of losses under this policy.

**T. NOTICE OF LOSS AND DUTIES IN THE EVENT OF LOSS OR DAMAGE**

1. The Insured must see that the following are done in the event of loss of or damage:

   a. Notify the police if a law may have been broken.

   b. Give the Company prompt notice of the loss or damage. Include a description of the property involved.

   c. As soon as possible, give the Company a description of how, when, and where the loss or damage occurred.

   d. Promptly make claim in writing against any other party, which had custody of the Covered Property at the time of loss.

   e. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, the Company will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   f. At the request of the Company, give the Company complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   g. As often as may be reasonably required, permit the Company to inspect the property and records proving the loss or damage and examine the Insured's books and records.

   Also permit the Company to take samples of damaged and undamaged property for inspection, testing and analysis and permit the Company to make copies from the Insured's books and records.

   h. Send the Company a signed, sworn proof of loss containing the information that the Company requests to investigate the claim. The Insured must do this within 60 days after the Company's request. The Company will supply the Insured with the necessary forms.

   i. Cooperate with the Company in the investigation or settlement of the claim.

2. The Company may examine any Insured under oath, while not in the presence of any other Insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an Insured's books and records. In the event of an examination, an Insured's answers must be signed.

**U. OTHER INSURANCE**

1. Underlying Insurance

   Permission is granted to the Insured to purchase insurance on all or any part of the deductibles of this policy, and the existence of such underlying insurance will not prejudice any recovery otherwise payable under this policy. If the limits of such underlying insurance exceed the deductible which would apply under this policy, then the insurance provided by this policy will apply only as excess after the limits applicable to the underlying insurance, including that portion which exceeds such deductible, have been exhausted.

2. Excess Insurance

   Permission is granted to the Insured to have excess insurance over the Limit(s) of Insurance set forth in this policy without prejudice to this policy. The existence of such insurance will not reduce the Company's liability under this policy.

3. Other Insurance Subject to Same Plan, Terms, Conditions and Provisions

   In the event the Insured has other insurance subject to the same plan, terms, conditions and provisions as the insurance under this policy, the Company will pay its share of the covered loss or damage. The Company's share is the proportion that the applicable Limit of Insurance under this policy bears to the Limits of Insurance of all insurance covering on the same basis.

If there is other insurance covering the same loss or damage, other than that described above, the Company will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance,

KTK-CMB-1C23569-4-15

MS C5 02 01 00

whether the Insured can collect on it or not.  But, the Company will not pay more than the applicable Limit of Insurance.

## V.  POLICY PERIOD AND TERRITORY

Under this policy, the Company will cover loss or damage that commences during the policy period as specified in the Declarations and, except as otherwise specifically provided, within the Policy Territory.  The Policy Territory is:

1.   The United States of America (including its territories and possessions);

2.   Puerto Rico; and

3.   Canada.

## W.  RECOVERED PROPERTY

In the event either the Insured or the Company recovers any property after loss settlement, that party must give the other prompt notice. At the option of the Insured, the property will be returned to the Insured. The Insured must then return to the Company the amount the Company paid to the Insured for the property.

1.   The Company will pay:

    a.   Recovery expenses; and

    b.   Costs to repair the recovered property;

2.   But the amount the Company pays will not exceed:

    a.   The total of 1. a. and 1. b. above;

    b.   The value of the recovered property; or

    c.   The Limit of Insurance;

    whichever is less.

## X.  SUBROGATION AND SUBROGATION WAIVER

1.   Subrogation – Transit

The following subrogation provisions apply to any transit coverage provided under this policy:

    a.   If any person or organization to or for whom the Company makes payment under any transit coverage provisions of this policy has rights to recover damages from another, those rights are transferred to the Company to the extent of such payment.  That person or organization must do everything necessary to secure the Company's rights and must do nothing after the loss to impair them.

    b.   Insurance under the transit coverage provisions will be null and void if any Insured does any act or enters into any agreement, before or after loss, which in any way releases, impairs or destroys the right to recover against any carrier for hire, or other party liable for the loss, or transfers such right to anyone other than the Company.  Even if the transit coverage becomes null and void, the Company has the right to retain and recover the premium for this coverage. The Insured does have permission to accept the limited liability form receipts or bills of lading commonly used by carriers for hire without prejudice to this coverage. The Company is not liable however, for any loss that is settled or compromised without the written consent of the Company.

    c.   If the Company pays for loss or advances or loans money under the transit coverage, the Insured will, upon request and at the expense of the Company, make claim upon and institute legal proceedings against any carrier, bailee or other party liable for the loss. At the option of the Company, such claims or legal proceedings may be instituted in the name of the Insured. The Insured agrees to fully cooperate with the Company in making such claims and prosecuting such legal proceedings.

2.   Subrogation – All Other Coverages

If any person or organization to or for whom the Company makes payment under this policy has rights to recover damages from another; those rights are transferred to the Company to the extent of such payment.  That person or organization must do everything necessary to secure the Company's rights and must do nothing after the loss to impair them. The Company will be entitled to priority of recovery against any such third party (including interest) to the extent payment has been made by the Company, plus attorney's fees, expenses or costs incurred by the Company.

KTK-CMB-1C23569-4-15

But, the Insured may waive its rights against another party by specific written agreement:

a.  Prior to a loss to Covered Property.

b.  After a loss to Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   (1)  Someone insured by this insurance;

   (2)  A business firm owned or controlled by the Insured or that owns or controls the Insured; or

   (3)  The Insured's tenant.

Such waiver will not invalidate or restrict this insurance.

**Y.  TRANSFER OF THE INSURED'S RIGHTS AND DUTIES UNDER THIS POLICY**

The Insured's rights and duties under this policy may not be transferred without the written consent of the Company except in the case of death of an individual Named Insured.  If an individual Named Insured dies, the Insured's rights and duties will be transferred to the Insured's legal representative but only while acting within the scope of duties as the Insured's legal representative.  Until the Insured's legal representative is appointed, anyone having proper temporary custody of the Insured's property will have rights and duties but only with respect to that property.

**Z.  UNINTENTIONAL ERRORS IN DESCRIPTION**

The insurance provided by this policy is extended to apply with respect to loss or damage to property at locations within the Policy Territory that are owned, leased or operated by the Insured, if such loss or damage is not payable under this policy due solely to any unintentional error in the description of the address of the property.  But this will not increase any Limits of Insurance that apply under this policy.

Upon discovery of the unintentional error, the Insured will report the correct information to the Company.  An additional premium may be charged based upon the corrected information.

KTK-CMB-1C23569-4-15

MS C0 02 07 99

## INDEX OF FORMS

| | |
|---|---|
| Named Insured | MS C0 01 07 99 |
| Index of Forms | MS C0 02 07 99 |
| Supplemental Coverage Declarations | MS C0 03 07 99 |
| Property Coverage Form | MS C1 00 08 07 |
| Business Income Coverage Form Excluding Extra Expense | MS C1 02 02 00 |
| Extra Expense | MS C1 03 07 99 |
| Leasehold Interest Coverage Form | MS C1 04 07 99 |
| Earthquake,Volcanic Eruption, Landslide and Mine Subsidence | MS C2 04 03 00 |
| Flood | MS C2 06 04 08 |
| Sewer Back Up | MS C2 07 03 05 |
| Boiler And Machinery | MS C2 10 01 00 |
| Fungus, Wet Rot, Dry Rot and Other Cause of Loss Changes | MS C2 33 02 07 |
| Exclusion Nuclear Hazard War Military Action Electronic VMM & Pathogenic | MS C2 39 12 02 |
| Exclusion of Loss Due to Virus or Bacteria | MS C2 42 02 07 |
| Contractors Equipment | MS C3 09 07 99 |
| Expediting Expenses | MS C3 19 07 99 |
| Expediting Expenses - Boiler and Machinery | MS C3 20 07 99 |
| Reimbursement of Master Key Costs | MS C3 25 07 99 |
| Utility Services - Direct Damage | MS C3 27 07 99 |
| Reward Coverage | MS C3 38 03 00 |
| Preservation and Protection of Property | MS C3 43 12 11 |
| Utility Services - Time Element | MS C4 09 07 99 |
| Ingress or Egress - Time Element | MS C4 11 07 99 |
| General Conditions | MS C5 02 01 00 |
| Replacement Cost | MS C5 05 07 99 |
| Errors and Omissions | MS C5 26 07 99 |
| Extra Expense Deductible | MS C5 27 03 00 |
| Claim Data Expense | MS C5 30 10 02 |
| Multiple of Average Daily Value Time Element Deductible | MS C5 39 05 04 |
| Prohibited Cov Endt | MS C5 41 03 15 |
| High Hazard Wind Counties and Specific Cities | MS C6 06 11 05 |
| High and Moderate Hazard Earthquake, Volcanic Eruption, Landslide Counties | MS C6 09 07 13 |
| Loss Payable Provisions | MS C6 11 07 99 |
| Exclusion Certain Computer Losses Due to Dates or Times (Prop & BM Coverages) | MS C8 02 07 99 |
| Illinois Changes | MS C8 70 10 10 |
| Indiana Changes - Cancellation And Nonrenewal | MS C8 72 01 03 |
| Indiana Changes | MS C8 73 01 03 |
| New York Changes | MS C9 28 01 11 |
| POL NOTICE-JURISDICTION INSPECTIONS | PN T1 89 06 99 |
| IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION | PN T4 54 01 08 |
| IMPORTANT NOTICE-COMPLAINTS-ILLINOIS | PN T5 68 07 12 |
| NOTICE NY HAZARDOUS MATERIALS REPORT | PN T5 74 09 13 |
| NY CHGS-REFERENCES TO INS DEPT, LAW, REG | PN T9 91 09 13 |
| Terrorism Disclosure | TR IA 01 01 15 |
| Cap on Certified Terrorism | TR IA 04 01 15 |

KTK-CMB-1C23569-4-15

MS C0 03 07 99

# Supplemental Coverage Declarations

READ THE ENTIRE POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES AND WHAT IS AND IS NOT COVERED.

**A.** **POLICY LIMIT:** In no event shall liability under this policy arising out of one occurrence exceed $150,000,000, nor shall liability exceed any specific Limit of Insurance applying to any insured loss, coverage or location(s).

**B.** **LIMITS OF INSURANCE** – For application of Limits of Insurance refer to Section O. Limits of Insurance in the General Conditions:

|  | | | |
|---|---|---|---|
| 1. | Buildings, in any one occurrence: | | Included |
| | Included means included in the Policy Limit. | | |
| 2. | Business Personal Property excluding Personal Property of Others, in any one occurrence: | | Included |
| | Included means included in the Policy Limit. | | |
| 3. | Personal Property of Others, in any one occurrence: | $ | 100,000 |
| 4. | Electronic Data Processing Equipment and Electronic Data Processing Data and Media, in any one occurrence: | $ | 2,500,000 |
| 5. | Accounts Receivable, in any one occurrence: | $ | 2,500,000 |
| 6. | Valuable Papers, in any one occurrence: | $ | 2,500,000 |
| 7. | Fine Arts, in any one occurrence: | $ | 500,000 |
| | subject to a maximum per item of: | $ | 1,000 |
| 8. | Newly Constructed or Acquired Property, at any one building, In any one occurrence: | | |
| | Number of days 120. | $ | 5,000,000 |
| 9. | Outdoor Property including Debris Removal, in any one occurrence: | $ | 100,000 |
| | Trees, shrubs and plants are subject to a maximum per item of: | $ | 1,000 |
| 10. | Personal Effects of Officers and Employees of the Insured: | | |
| | per Employee: | $ | 1,000 |
| | in any one occurrence: | $ | 100,000 |
| 11. | Covered Property at Undescribed Premises, in any one occurrence: | $ | 500,000 |
| 12. | Covered Property in Transit, in any one occurrence: | $ | 500,000 |
| 13. | Debris Removal (additional), in any one occurrence: | $ | 1,000,000 |

KTK-CMB-1C23569-4-15

MS C0 03 07 99

| 14. | Pollutant Cleanup and Removal, aggregate in any one policy year: | $ | 250,000 |
|---|---|---|---|
| 15. | Claim Data Expense, in any one occurrence: | $ | 100,000 |

16. Ordinance or Law

| | Loss to the Undamaged Portion, in any one occurrence: | $ | 5,000,000 |
|---|---|---|---|
| | Demolition, in any one occurrence: | | Included |
| | Increased Cost of Construction, in any one occurrence: | | Included |

Included means, included in the Limit shown for Loss to the Undamaged Portion.

| 17. | Business Income, in any one occurrence: | $ | 24,480,281 |
|---|---|---|---|
| | Rental Value, in any one occurrence: | | Included |

Included means, included in the Limit shown for Business Income.

Ordinary Payroll:   Excluded

Extended Business Income or Rental Value at 60 days.
   Revised to:  90 days.

Civil Authority 30 days.

| Dependent Property, in any one occurrence: | $ | 1,000,000 |
|---|---|---|
| Ordinance or Law - Increased Period of Restoration, in any one occurrence: | $ | 250,000 |
| Newly Acquired Locations, in any one occurrence: Number of days 120. | $ | 500,000 |
| Undescribed Premises, in any one occurrence: | $ | 100,000 |
| Claim Data, in any one occurrence: | $ | 25,000 |

| 18. | Extra Expense, in any one occurrence: | $ | 5,000,000 |
|---|---|---|---|

Civil Authority 30 days.

| Dependent Property, in any one occurrence: | $ | 500,000 |
|---|---|---|
| Ordinance or Law - Increased Period of Restoration, in any one occurrence: | $ | 50,000 |
| Newly Acquired Locations, in any one occurrence: Number of days 120. | $ | 50,000 |
| Undescribed Premises , in any one occurrence: | $ | 50,000 |
| Claim Data, in any one occurrence: | $ | 25,000 |

| 19. | Leasehold Interest, in any one occurrence: | $ | 1,000,000 |
|---|---|---|---|

KTK-CMB-1C23569-4-15

MS C0 03 07 99

20. Earthquake, Volcanic Eruption, Landslide and Mine Subsidence - aggregate in any one policy year, for all losses covered under this policy, commencing with the inception date of this policy:

    **a.** Occurring in Alaska, Hawaii or Puerto Rico:      Not Covered

    **b.** Occurring in California:      Not Covered

    **c.** Occurring in counties identified as High and Moderate Hazard Counties as per MS C6 09:      Not Covered

    **d.** Occurring in covered territory other than above:      $ 25,000,000

If more than one Annual Aggregate Limit applies in any one occurrence, the most the Company will pay is the highest involved Aggregate Limit. The most the Company will pay during each annual period is the largest of the Annual Aggregate Limits shown.

21. Flood – aggregate in any one policy year, for all losses covered under this policy, commencing with the inception date of this policy:

Occurring at all Insured Premises, except this policy does not cover loss resulting from Flood to buildings, structures or property in the open within Zone A or Zones prefixed A, Zone B, Zone X (shaded) , Zone X-500, Zone V or Zones prefixed V as classified under the National Flood Insurance Program or to property in or on buildings or structures located within such Flood Zones:      $ 25,000,000

Any loss resulting from Flood to a building, structure or property in the open which is, at the time of loss, within more than one Flood Zone will be subject to the insurance and Annual Aggregate Limit, if any, that would apply under this policy if that building, structure or property in the open was wholly located within the most hazardous of the Flood Zones, as identified in MS C2 06, in which it is located. The Flood Zone that applies to a building or structure will also apply to any property in or on such building or structure.

If, at the time of loss resulting from Flood, the community in which property is located has been suspended from the National Flood Insurance Program, the Flood Zone(s) that applied prior to the suspension will be used in determining the Flood Zone(s) that apply to the property.

If more than one Annual Aggregate Limit applies in any one occurrence, the most the Company will pay is the highest involved Annual Aggregate Limit. The most the Company will pay during each annual period is the largest of the Annual Aggregate Limits shown.

22. Sewer Back Up, in any one occurrence:      $ 5,000,000

KTK-CMB-1C23569-4-15

MS C0 03 07 99

| 23. | Boiler and Machinery (Insured's Locations only) Property Damage, in any one accident: | | Included |
|---|---|---|---|
| | Business Income and Rental Value, in any one accident: | | Included |
| | Extra Expense, in any one accident: | | Included |
| | Leasehold Interest, in any one accident: | | Included |
| | Hazardous Substance, in any one accident: | | |
| | Ammonia Contamination: | $ | 1,000,000 |
| | Any other substance: | $ | 1,000,000 |
| | Water Damage, in any one accident: | $ | 10,000,000 |
| | Consequential Damage, in any one accident: | $ | 1,000,000 |
| | Included means, included in the Limit of Insurance that otherwise applies under this policy to the coverage for which included is indicated. | | |
| | Boiler and Machinery (Insured's Locations only) all coverages combined, maximum in any one accident: | $ | 100,000,000 |
| 24. | Limited "Fungus," Wet Rot and Dry Rot Coverage: | | |
| | a. Direct Damage Aggregate, in any one policy year: | $ | 100,000 |
| | b. Business Income, Rental Value and Extra Expense Number of days: 30 | | |
| 25. | Contractors Equipment - specific amounts of insurance, per item, as per schedule on file with the Company, not to exceed in any one occurrence: | $ | 1,942,000 |
| | Newly Acquired Contractors Equipment in any one occurrence: | $ | 100,000 |
| | Equipment Rental Expense in any one occurrence: | $ | 100,000 |
| 26. | Expediting Expenses, Boiler & Machinery only, in any one occurrence: | $ | 10,000,000 |
| 27. | Expediting Expenses, in any one occurrence: | $ | 1,000,000 |
| 28. | Reimbursement of Master Key Costs, in any one occurrence: | $ | 100,000 |
| 29. | Errors and Omissions in any one occurrence: | $ | 5,000,000 |
| 30. | Ingress and Egress - Time Element in any one occurrence: Number of Miles 1 Number of consecutive days 30 | $ | 1,000,000 |
| 31. | Utility Services – in any one occurrence: | | |
| | Utility Services Combined Direct Damage and Time Element, including Boiler and Machinery: | $ | 2,500,000 |

**C.** **DEDUCTIBLES:** For application of Deductibles refer to Section B. Application of Deductibles in the General Conditions

KTK-CMB-1C23569-4-15

MS C0 03 07 99

| | | | |
|---|---|---|---|
| **1.** | To Property in Transit, in any one occurrence: | $ | 10,000 |
| **2.** | To Business Income Coverage and Rental Value Coverage for which no other deductible is stated, as per MS C5 39, in any one occurrence: | Multiple of Average Daily Value | 3 |
| **3.** | By Earthquake, Volcanic Eruption, Landslide and Mine Subsidence in any one occurrence: | $ | 250,000 |

As respects Business Income, the deductible is included in the occurrence deductible.

As respects Rental Value, the deductible is included in the occurrence deductible.

As respects Extra Expense, the deductible is included in the occurrence deductible.

| | | | |
|---|---|---|---|
| **4.** | By Flood, in any one occurrence: | $ | 250,000 |

As respects Business Income, the deductible is included in the occurrence deductible.

As respects Rental Value, the deductible is included in the occurrence deductible.

As respects Extra Expense, the deductible is included in the occurrence deductible.

Any loss resulting from Flood to a building, structure or property in the open which is, at the time of loss, within more than one Flood Zone will be subject to the insurance and Annual Aggregate Limit, if any, that would apply under this policy if that building, structure or property in the open was wholly located within the most hazardous of the Flood Zones, as identified in MS C2 06, in which it is located. The Flood Zone that applies to a building or structure will also apply to any property in or on such building or structure.

If, at the time of loss resulting from Flood, the community in which property is located has been suspended from the National Flood Insurance Program, the Flood Zone(s) that applied prior to the suspension will be used in determining the Flood Zone(s) that apply to the property.

| | | | | | |
|---|---|---|---|---|---|
| **5.** | By "Windstorm" meaning wind, wind driven rain or hail for all losses covered under this policy: | | | | |
| | **a.** | Occurring in counties identified as High Hazard Wind Counties as per MS C6 06, in any one occurrence: Percentage applies per Unit | 5 % | $ | 250,000 |
| | **b.** | Occurring at all other locations, in any one occurrence: | | $ | 250,000 |

Page 5 of 7

MS C0 03 07 99

As respects Business Income, any applicable percent deductible shown above applies.

As respects Business Income, if no percent deductible applies, the deductible for Business Income is included in the occurrence deductible.

As respects Rental Value, any applicable percent deductible shown above applies.

As respects Rental Value, if no percent deductible applies, the deductible for Rental Value is included in the occurrence deductible.

As respects Extra Expense, the deductible is included in the occurrence deductible.

| | | | |
|---|---|---|---|
| 6. | By Boiler and Machinery in any one accident: Applicable to Direct Damage only. | $ | 250,000 |
| 7. | By Boiler and Machinery to Business Income Coverage and  Rental Value Coverage as per MS C5 39, in any one accident: | Multiple of Average Daily Value | 3 |
| 8. | To Utility Services - Direct Damage, including Boiler and Machinery, in any one occurrence: | $ | 250,000 |
| 9. | To Utility Services - Time Element, including Boiler and Machinery, in any one occurrence: | Hours | 24 |
| 10. | To any other covered loss, in any one occurrence: | $ | 250,000 |

**D.   VALUATION PROVISION:**

Replacement Cost applies as per MS C5 05, except as otherwise stated within endorsement MS C5 05, within this Supplemental Declarations or elsewhere in this policy.

**E.   SOLE AGENT PROVISION:** For any insurance afforded by this policy, CSN, LLC  shall act on behalf of all insureds with respect to the giving and receiving of notice of cancellation or nonrenewal, the payment of premiums and the receiving of return premiums, and accepting of any endorsement issued to form a part of this policy.

**F.   CANCELLATION PROVISION:**  All references to 60 days or greater notice of cancellation in the General Conditions or in any State Changes - Cancellation and Nonrenewal endorsement, other than for nonpayment of premium, is amended to read 90 days .

**G.   NON-RENEWAL PROVISION:** All references to 60 days or greater notice of nonrenewal in the General Conditions or in any State Changes - Cancellation and Nonrenewal endorsement is amended to read 90 days .

**H.   PREMIUM ADJUSTMENT:**  This policy will be adjusted Quarterly for any changes in values and premiums.

**I.   ISSUING COMPANY:** Travelers Indemnity Company (a Stock Company)

KTK-CMB-1C23569-4-15

MS C0 03 07 99

KTK-CMB-1C23569-4-15

MS C1 02 02 00

## BUSINESS INCOME COVERAGE FORM EXCLUDING EXTRA EXPENSE

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered. Words and phrases that appear in quotation marks have special meaning; refer to Section G., Definitions in this form and to Section G., Definitions in the Property Coverage Form.

**A.   COVERAGE**

The Company will pay for the actual loss of Business Income and/or Rental Value sustained by the Insured due to the necessary "suspension" of the Insured's "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage to property, including personal property in the open (or in a vehicle) within 1,000 feet, at the Insured's premises:

- • Which are described in the most recent Statement of Values or Business Income Work Sheet(s) or other documentation on file with the Company; and
- • For which a value for the exposure at the premises to which this form applies has been reported.

The loss or damage must be caused by or result from a Covered Cause of Loss. Covered Cause of Loss means risks of direct physical loss unless the loss is excluded in Section C., Exclusions; limited in Section D., Limitations; or excluded or limited in the Supplemental Coverage Declarations or by endorsement.

Coverage is provided as described below only when a Limit of Insurance is shown for the specified coverage in the Supplemental Coverage Declarations.

**1.   Business Income**

Business Income means the Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred by the Insured; and continuing normal operating expenses incurred by the Insured.  But Business Income does not include Rental Value.

Continuing normal operating expenses incurred by the Insured exclude "ordinary payroll expenses" except when "ordinary payroll expenses" are either included or limited to a specified number of days as indicated on the Supplemental Coverage Declarations. If limited, the number of consecutive days during which coverage for "ordinary payroll expenses" applies may be used in two separate periods during the "period of restoration".  The Company will also pay for those continuing fixed charges and expenses, excluding "ordinary payroll expenses" (unless otherwise included or limited), directly attributable to "research and development" activities even if the activities would not have produced income during the "period of restoration".

**2.   Rental Value**

Rental Value means the:

- a.   Total anticipated rental income;
- b.   Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be the obligation of the Insured; and
- c.   Fair rental value of any portion of the Insured's premises that is occupied by the Insured;

less any operating expenses that do not continue from tenant occupancy of the premises as furnished and equipped by the Insured.

**B.   ADDITIONAL COVERAGE EXTENSIONS –** Each of the following Additional Coverage Extensions applies only when a Limit of Insurance is shown in the Supplemental Coverage Declarations except for items 1., 2. and 7. which do not require a specific Limit of Insurance to be shown:

**1.   Civil Authority**

The insurance provided by this coverage form is extended to apply to such loss of Business Income or Rental Value incurred by the Insured caused by the action of civil authority that prohibits access to the Insured's premises due to direct physical loss or damage to property, other than at the Insured's premises, caused by or resulting from a Covered Cause of Loss.

Coverage for Business Income and/or Rental Value will begin 72 hours after the time of the civil authority action and will then apply for a period of up to 30 consecutive days.  No other hour deductible applicable to Business Income and/or Rental Value applies to this coverage.

**2.   Extended Business Income or Rental Value**

KTK-CMB-1C23569-4-15

MS C1 02 02 00

If the necessary "suspension" of the Insured's "operations" produces a Business Income or Rental Value loss payable under this policy, the insurance provided by this coverage form is extended to apply to such loss of Business Income or Rental Value incurred by the Insured during the period that:

a. Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed or tenantability is restored; and

b. Ends on the earlier of:

   (1) The date the Insured could restore "operations", with reasonable speed, to the level which would generate the Business Income amount or Rental Value amount that would have existed if no direct physical loss or damage had occurred; or

   (2) 60 consecutive days after the date determined in 2.a. above.

However, this Additional Coverage Extension does not apply to loss of Business Income or Rental Value incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the Insured's premises are located.

Loss of Business Income or Rental Value must be caused by direct physical loss or damage to property at the Insured's premises, the premises of a "dependent property", newly acquired premises or undescribed premises, all only as insured under this coverage form, caused by or resulting from a Covered Cause of Loss.

The expiration date of this policy will not cut short the extended Business Income or Rental Value period of coverage.

3. **"Dependent Property"**

   The insurance provided by this coverage form is extended to apply to such loss of Business Income or Rental Value incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property at the premises of a "dependent property" within the Policy Territory.

   This Additional Coverage Extension does not apply to "dependent property" for which the Insured has more specific insurance either under this policy or another.

4. **Ordinance or Law – Increased "Period of Restoration"**

   a. If a Covered Cause of Loss occurs to property at the Insured's premises, the "period of restoration" is increased to include the additional period of "suspension" of "operations" caused by or resulting from the enforcement of any ordinance or law that:

      (1) Regulates the construction, repair or replacement of any property;

      (2) Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

      (3) Is in force at the time of loss.

   b. Insurance under this Additional Coverage Extension applies only to the increased period required to repair or replace the property to comply with the minimum requirements of the ordinance or law.

   c. Under this Additional Coverage Extension, the Company will not pay for:

      (1) Any loss due to any ordinance or law that:

         (a) The Insured was required to comply with before the loss, even if the property was undamaged; and

         (b) The Insured failed to comply with.

      (2) Costs associated with the enforcement of any ordinance or law which requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

5. **Newly Acquired Premises**

   a. The insurance provided by this coverage form is extended to apply to such loss of Business Income or Rental Value incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property within the Policy Territory at any:

      (1) Premises newly acquired by the Insured; and

      (2) Premises the Insured becomes newly required to insure under a written contract.

   b. Insurance under this Additional Coverage Extension for each premises will end when any of the following first occurs:

      (1) This policy is cancelled or expires;

MS C1 02 02 00

(2) 120 days expire after the Insured acquires or begins to construct the property or is required to insure the property;
(3) The Insured reports the new premises to the Company; or
(4) The Business Income or Rental Value is more specifically insured elsewhere.

c. The Company will charge the Insured additional premium for values reported from the date the Insured acquires the property or is required to insure the property.

**6. Undescribed Premises**

The insurance provided by this coverage form is extended to apply to such loss of Business Income or Rental Value incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to the Covered Property, as described in the Property Coverage Form, while at an Undescribed Premises. Undescribed Premises means premises not owned, leased or regularly operated by the Insured. Covered Property at an Undescribed Premises does not include:

a. Property at the premises of "dependent property";
b. Property in due course of transit; or
c. Property at any premises outside of the Policy Territory. But this exclusion does not apply to Covered Property at an "exhibition", unless the "exhibition" is within any country on which the United States government has imposed sanctions, embargoes or any other similar prohibitions.

**7. Expenses to Reduce Loss**

The Company will pay reasonable and necessary expenses incurred by the Insured, except the cost of extinguishing a fire, to reduce the amount of loss under this coverage form. The total of the Company's payment for Business Income or Rental Value loss and Expenses to Reduce Loss will not be more than the Business Income or Rental Value loss that would have been payable under this coverage form (after application of any Coinsurance penalty) if the Expenses to Reduce Loss had not been incurred. This coverage does not increase the Limit of Insurance for either Business Income or Rental Value. If a Coinsurance Endorsement is attached to this policy, it does not apply specifically to such Expenses to Reduce Loss, but it is used as described above to determine the aggregate amount payable.

**8. Claim Data Expense**

This insurance applies to the reasonable expenses incurred by the Insured in preparing claim data when required by the Company. This includes the cost of preparing income statements and other documentation to show the extent of loss. The Company will not pay for any expenses incurred, directed, or billed by or payable to insurance adjusters or their associates or subsidiaries, or any costs as provided in General Conditions - Section C. Appraisal.

**C. EXCLUSIONS**

1. All of the exclusions contained in Section D. of the Property Coverage Form apply to this coverage form except:

    a. Exclusion 1.h., Ordinance or Law, is amended by the addition of the following:

    This exclusion does not apply to the Ordinance or Law – Increased "Period of Restoration" Additional Coverage Extension.

    b. Exclusion 1.i., Off Premises Utility Services, is replaced by the following:

    The interruption, failure or fluctuation of power or other utility service(s) provided to the insured premises if the cause of the interruption, failure or fluctuation occurs outside a building at the Insured's premises.

    This exclusion will not apply in the event the interruption, failure or fluctuation of power or other utility service(s) results in a Covered Cause of Loss; however, the Company will be liable only for such resulting loss.

    c. Exclusion 2.b., Indirect or remote loss or damage; delay, loss of use or loss of market; or interruption of business, does not apply to the extent coverage is specifically provided under this coverage form.

2. In addition, the Company will not pay for:

    a. Any loss caused by or resulting from:

MS C1 02 02 00

    (1) Damage or destruction of "finished stock"; or
    (2) The time required to reproduce "finished stock".

b. Any loss caused by or resulting from direct physical loss or damage to outdoor trees, shrubs, plants or lawns (including fairways, greens and tees); growing crops; standing timber; land; water; or radio or television antennas (including microwave satellite dishes), and their lead-in wiring, masts or towers.

c. Any loss or damage to property while in due course of transit.

d. Any increase of loss caused by or resulting from:
    (1) Delay in rebuilding, repairing or replacing the property or resuming "operations" due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or
    (2) Any license, lease or contract which is suspended, lapses or is cancelled. But if the license, lease or contract is suspended, lapses or is cancelled as the direct result of the "suspension" of "operations", the Company will cover such loss that affects the Insured's Business Income or Rental Value during the "period of restoration" and the period of Extended Business Income or Rental Value.

e. Any extra expense, except as provided in the Expenses to Reduce Loss Additional Coverage Extension.

f. Any other consequential loss.

## D. LIMITATIONS

Under Section E. of the Property Coverage Form, Limitation 2., which limits the amount the Company will pay for theft loss to specified types of personal property, does not apply to this coverage form. All other limitations contained in Section E. of the Property Coverage Form apply to this coverage form. In addition, the following limitation applies:

**Limitation – "Electronic Data Processing Data and Media"**

The Company will not pay for any loss of Business Income or Rental Value caused by direct physical loss or damage to "Electronic Data Processing Data and Media" after the longer of:

1. 60 consecutive days from the date of direct physical loss or damage; or

2. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the insured premises which suffered loss or damage in the same occurrence.

## E. DEDUCTIBLES

When a deductible(s) is shown in the Supplemental Coverage Declarations, refer to Section B. Application of Deductibles in the General Conditions.

## F. ADDITIONAL CONDITION

The following condition applies in addition to the conditions contained in the General Conditions.

**Loss Determination**

1. The amount of Business Income or Rental Value loss will be determined based on:
    a. The Net Income or Rental Value of the business before the direct physical loss or damage occurred;
    b. The likely Net Income or Rental Value of the business if no direct physical loss or damage occurred, but not including any likely increase in Net Income or Rental Value attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;
    c. The operating expenses, including "ordinary payroll expenses" to the extent insured, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and
    d. Other relevant sources of information, including:
        (1) The financial records and accounting procedures of the Insured;
        (2) Bills, invoices and other vouchers; and
        (3) Deeds, liens, contracts or leases.

2. The Company will reduce the amount of the Insured's Business Income or Rental Value loss, to the extent the Insured can resume "operations" in whole or in part, by using:

    a. Damaged or undamaged property (including merchandise or stock) at the Insured's premises or elsewhere; or

Page 4 of 6

MS C1 02 02 00

    b.  Any other available sources of materials or outlets for the Insured's products.

3.  If the Insured intends to continue the Insured's business, the Insured must resume "operations", in whole or in part, as quickly as possible.  If the Insured does not resume "operations", or does not resume "operations" as quickly as possible, the Company will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

## G. DEFINITIONS

The following definitions are in addition to those contained in the Property Coverage Form:

1.  **"Dependent Property"** means property operated by others that the Insured depends on to:

    a.  Supply materials or services to the Insured, or to others for the account of the Insured (Contributing Locations). With respect to Contributing Locations, services do not mean utility services including but not limited to water supply services, communication supply services, or power supply services supplying electricity, steam or gas;

    b.  Accept the Insured's products or services (Recipient Locations);

    c.  Manufacture products for delivery to the Insured's customers under contract of sale (Manufacturing Locations); or

    d.  Attract customers to the Insured's business (Leader Locations).

2.  **"Exhibition"** means the temporary display of personal property at a convention, exposition, trade show or similar event at a location not owned or regularly occupied by the insured.

3.  **"Operations"** means:

    a.  The Insured's business activities occurring at the Insured's premises; and

    b.  The tenantability of the Insured's premises when coverage for Rental Value applies.

4.  **"Ordinary Payroll Expenses"** means payroll expenses for all employees of the Insured except: Officers; Executives; Department managers; Employees under contract; and any Additional Exemptions for which coverage is added by endorsement for specific Job Classifications or Employees.

"Ordinary payroll expenses" include:

    a.  Payroll;

    b.  Employee benefits, if directly related to payroll;

    c.  FICA and Medicare payments;

    d.  Union dues; and

    e.  Worker's compensation premiums.

5.  **"Period of Restoration"**

    a.  Except as provided in paragraphs b. and c. below, "period of restoration" means the period of time that:

        (1)  Begins with the date and time of direct physical loss or damage to property at the insured premises caused by or resulting from a Covered Cause of Loss; and

        (2)  Ends on the earlier of the following:

            (a)  The date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

            (b)  The date when business is resumed at a new permanent location.

    b.  If:

        (1)  The direct physical loss or damage by a Covered Cause of Loss is to any of the following property at premises to which this insurance applies:

            (a)  New buildings or structures, whether complete or under construction;

            (b)  Alterations or additions to existing buildings or structures; or

            (c)  Machinery, equipment, supplies or building materials on or within 1000 feet of the premises that are used in the construction, alterations or additions, or incidental to the occupancy of the buildings;
          and

        (2)  Such direct physical loss or damage delays the start of "operations";

MS C1 02 02 00

the "period of restoration" for Business Income or Rental Value will be the same length of time provided in a. above, but will not begin until the date when "operations" would have begun if the direct physical loss or damage had not occurred.

c.  When a number of hours is shown in the deductible item in the Supplemental Coverage Declarations for Business Income or Rental Value, the "period of restoration" will not begin until that number of hours immediately following the date and time the "period of restoration" would otherwise have begun, as described in a. and b. above.

d.  "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1)  Regulates the construction, use, repair or replacement, or requires the tearing down of any property, except as provided under the Ordinance or Law – Increased "Period of Restoration" Additional Coverage Extension; or

(2)  Requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess, the effects of "pollutants".

e.  The expiration date of this policy will not cut short the "period of restoration".

6.  **"Research and Development"** means the development of new products and enhancements of existing products. "Research and development" does not mean the maintenance of existing products.

7.  **"Suspension"** means:

a.  The partial or complete cessation of the Insured's business "operations"; or
b.  That a part or all of the insured premises is rendered untenantable, if coverage for Rental Value is provided.

Page 6 of 6

MS C1 03 07 99

# EXTRA EXPENSE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered. Words and phrases that appear in quotation marks have special meaning; refer to Section F., Definitions in this form and to Section G., Definitions in the Property Coverage Form.

## A. COVERAGE

The Company will pay the actual reasonable and necessary Extra Expense sustained by the Insured during the "period of restoration" due to direct physical loss or damage to property, including personal property in the open (or in a vehicle) within 1,000 feet, at the Insured's premises:

- Which are described in the most recent Statement of Values or other documentation on file with the Company; and
- For which a value for the exposure at the premises to which this form applies has been reported.

The loss or damage must be caused by or result from a Covered Cause of Loss. Covered Cause of Loss means risks of direct physical loss unless the loss is excluded in Section C., Exclusions; limited in Section D., Limitations; or excluded or limited in the Supplemental Coverage Declarations or by endorsement.

Coverage is provided as described below only when a Limit of Insurance is shown for Extra Expense in the Supplemental Coverage Declarations.

**Extra Expense**

Extra Expense means the following expenses the Insured incurs that the Insured would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss:

1. Reasonable and necessary expenses to avoid or minimize the "suspension" of business and to continue "operations":
   a. At the Insured's premises; or
   b. At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement premises or temporary locations;
2. Reasonable and necessary expenses to minimize the "suspension" of business if the Insured can not continue "operations"; and
3. Reasonable and necessary expenses to:
   a. Repair or replace any property; or
   b. Research, replace or restore the lost information on damaged valuable papers and records;
   to the extent they reduce the amount of loss that otherwise would have been payable under this coverage form.

## B. ADDITIONAL COVERAGE EXTENSIONS – Each of the following Additional Coverage Extensions applies only when a Limit of Insurance is shown in the Supplemental Coverage Declarations except for item 1. which does not require a specific Limit of Insurance to be shown:

### 1. Civil Authority

The insurance provided by this coverage form is extended to apply to the Extra Expense incurred by the Insured caused by the action of civil authority that prohibits access to the Insured's premises due to direct physical loss or damage to property, other than at the Insured's premises, caused by or resulting from a Covered Cause of Loss.

Coverage for Extra Expense will begin immediately after the action of the civil authority and will end 30 days after the date of the civil authority action.

### 2. "Dependent Property"

The insurance provided by this coverage form is extended to apply to the Extra Expense incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property at the premises of a "dependent property" within the Policy Territory.

This Additional Coverage Extension does not apply to "dependent property" for which the Insured has more specific insurance either under this policy or another.

Page 1 of 4

MS C1 03 07 99

3. **Ordinance or Law – "Increased Period of Restoration"**

a. If a Covered Cause of Loss occurs to property at the Insured's premises, the "period of restoration" is increased to include the additional period of "suspension" of "operations" caused by or resulting from the enforcement of any ordinance or law that:
   (1) Regulates the construction, repair or replacement of any property;
   (2) Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and
   (3) Is in force at the time of loss.

b. Insurance under this Additional Coverage Extension applies only to the increased period required to repair or replace the property to comply with the minimum requirements of the ordinance or law.

c. Under this Additional Coverage Extension, the Company will not pay for:
   (1) Any loss due to any ordinance or law that:
      (a) The Insured was required to comply with before the loss, even if the property was undamaged; and
      (b) The Insured failed to comply with.
   (2) Costs associated with the enforcement of any ordinance or law which requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

4. **Newly Acquired Premises**

a. The insurance provided by this coverage form is extended to apply to the Extra Expense incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to property within the Policy Territory at any:

   (1) Premises newly acquired by the Insured; and
   (2) Premises the Insured becomes newly required to insure under a written contract.

b. Insurance under this Additional Coverage Extension for each premises will end when any of the following first occurs:

   (1) This policy is cancelled or expires;
   (2) 120 days expire after the Insured acquires or begins to construct the property or is required to insure the property;
   (3) The Insured reports the new premises to the Company; or
   (4) The Extra Expense is more specifically insured elsewhere.

c. The Company will charge the Insured additional premium for values reported from the date the Insured acquires the property or is required to insure the property.

5. **Undescribed Premises**

The insurance provided by this coverage form is extended to apply to the Extra Expense incurred by the Insured during the "period of restoration" due to direct physical loss or damage by a Covered Cause of Loss to the Covered Property, as described in the Property Coverage Form, while at an Undescribed Premises. Undescribed Premises means premises not owned, leased or regularly operated by the Insured. Covered Property at an Undescribed Premises does not include:

a. Property at the premises of "dependent property";
b. Property in due course of transit; or
c. Property at any premises outside of the Policy Territory. But this exclusion does not apply to Covered Property at an "exhibition", unless the "exhibition" is within any country on which the United States government has imposed sanctions, embargoes or any other similar prohibitions.

6. **Claim Data Expense**

This insurance applies to the reasonable expenses incurred by the Insured in preparing claim data when required by the Company. This includes the cost of preparing statements and other documentation to show the extent of the loss. The Company will not pay for any expenses incurred, directed or billed by or payable to insurance adjusters or their associates or subsidiaries, or any costs as provided in General Conditions - Section C. Appraisal.

**C. EXCLUSIONS**

KTK-CMB-1C23569-4-15

MS C1 03 07 99

1. All of the exclusions contained in Section D. of the Property Coverage Form apply to this coverage form except:

   a. Exclusion 1.h., Ordinance or Law, is amended by the addition of the following:

      This exclusion does not apply to the Ordinance or Law – Increased "Period of Restoration" Additional Coverage Extension.

   b. Exclusion 1.i., Off Premises Utility Services, is replaced by the following:

      The interruption, failure or fluctuation of power or other utility service(s) provided to the insured premises if the cause of the interruption, failure or fluctuation occurs outside a building at the Insured's premises.

      This exclusion will not apply in the event the interruption, failure or fluctuation of power or other utility service(s) results in a Covered Cause of Loss; however, the Company will be liable only for such resulting loss.

   c. Exclusion 2.b., Indirect or remote loss or damage; delay, loss of use or loss of market; or interruption of business, does not apply to the extent coverage is specifically provided under this coverage form.

2. In addition, the Company will not pay for:

   a. Any loss caused by or resulting from direct physical loss or damage to outdoor trees, shrubs, plants or lawns (including fairways, greens and tees); growing crops; standing timber; land; water; or radio or television antennas (including microwave satellite dishes), and their lead-in wiring, masts or towers.

   b. Any loss or damage to property while in due course of transit.

   c. Any increase of loss caused by or resulting from delay in rebuilding, repairing or replacing the property or resuming "operations" due to interference at the location of the rebuilding, repair or replacement by strikers or other persons.

   d. Any Extra Expense caused by or resulting from any suspended, lapsed or cancelled license, lease or contract beyond the "period of restoration".

   e. Any other consequential loss.

## D. LIMITATIONS

Under Section E. of the Property Coverage Form, Limitation 2., which limits the amount the Company will pay for theft loss to specified types of personal property, does not apply to this coverage form.  All other limitations contained in Section E. of the Property Coverage Form apply to this coverage form.

## E. ADDITIONAL CONDITION

The following condition applies in addition to the conditions contained in the General Conditions.

**Loss Determination**

1. The amount of Extra Expense will be determined based on:

   a. All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. The Company will deduct from the total of such expenses:

      (1) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

      (2) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

   b. All necessary expenses that reduce the Extra Expense otherwise incurred.

2. The Company will reduce the amount of the Insured's Extra Expense loss to the extent the Insured can return "operations" to normal and discontinue such Extra Expense.

3. If the Insured intends to continue the Insured's business, the Insured must resume all or part of the Insured's "operations" as quickly as possible.  If the Insured does not resume "operations", or does not resume "operations" as quickly as possible, the Company will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

## F. DEFINITIONS

KTK-CMB-1C23569-4-15

MS C1 03 07 99

The following definitions are in addition to those contained in the Property Coverage Form:

1.  **"Dependent Property"** means property operated by others that the Insured depends on to:

    a.  Supply materials or services to the Insured, or to others for the account of the Insured (Contributing Locations). With respect to Contributing Locations, services do not mean utility services including but not limited to water supply services, communication supply services, or power supply services supplying electricity, steam or gas;

    b.  Accept the Insured's products or services (Recipient Locations);

    c.  Manufacture products for delivery to the Insured's customers under contract of sale (Manufacturing Locations); or

    d.  Attract customers to the Insured's business (Leader Locations).

2.  **"Exhibition"** means the temporary display of personal property at a convention, exposition, trade show or similar event at a location not owned or regularly occupied by the insured.

3.  **"Operations"** means the Insured's business activities occurring at the Insured's premises.

4.  **"Period of Restoration"** means the period of time that:

    a.  Begins with the date and time of direct physical loss or damage to property at the insured premises caused by or resulting from a Covered Cause of Loss; and

    b.  Ends on the earlier of the following:

        (1) The date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        (2) The date when business is resumed at a new permanent location.

    c.  "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

        (1) Regulates the construction, use, repair or replacement, or requires the tearing down of any property, except as provided under the Ordinance or Law – Increased "Period of Restoration" Additional Coverage Extension; or

        (2) Requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess, the effects of "pollutants".

    d.  The expiration date of this policy will not cut short the "period of restoration".

5.  **"Suspension"** means the partial or complete cessation of the Insured's business "operations".

MS C1 04 07 99

## LEASEHOLD INTEREST COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered. Words and phrases that appear in quotation marks have special meaning; refer to Section F., Definitions in this form and Section G. Definitions in the Property Coverage Form.

### A.  COVERAGE

The Company will pay for loss of Covered Leasehold Interest the Insured sustains due to the cancellation of the Insured's lease by the Insured's landlord, in accordance with the conditions of the lease.  The cancellation must result from direct physical loss or damage to property at the location of the Insured's leased premises:

- Described in the most recent Statement of Values or other documentation on file with the Company; and

- For which a value for the Leasehold Interest exposure has been reported.

The loss or damage must be caused by or result from a Covered Cause of Loss.

**1.  Covered Leasehold Interest**

Covered Leasehold Interest means:

a.  The Insured's Lease Interest, meaning the difference between:

(1) (a)  The monthly rental value of the Insured's premises; or

(b)  The rent the Insured will pay under a new lease arrangement if the Insured's lease is cancelled and later renewed at a higher rent;

and

(2)  The actual rent the Insured pays for the Insured's premises, including taxes, insurance and janitorial or other service that the insured pays for as part of the lease;

for the remainder of the term of the lease.

b.  Rental Profit, meaning the profit the Insured would have earned from sublease arrangements for the remainder of the sublease agreement or lease, whichever is shorter.

c.  Bonus Payments, meaning the unamortized portion of any cash bonus the Insured paid to acquire the lease that will not be refunded to the Insured.  But Bonus Payments do not include rent or security payments.

d.  Prepaid Rent, meaning the unamortized portion of any advance rent the Insured has paid that will not be refunded to the Insured.  But Prepaid Rent does not include the customary rent due at the beginning of any monthly or other rental period.

e.  Improvements and Betterments, meaning the unamortized portion of payments made by the Insured for improvements and betterments.  Improvements and betterments are fixtures, alterations, installations or additions:

(1)  Made a part of the building or structure the Insured occupies but does not own; and

(2)  Acquired or made at the Insured's expense but which the Insured is not permitted to remove.

This coverage for improvements and betterments does not apply to the value of improvements and betterments recoverable under any other insurance, but the Company will pay for amounts in excess of such other insurance.

**2.  Covered Cause of Loss**

Covered Cause of Loss means risks of direct physical loss unless the loss is excluded in Section B., Exclusions; limited in Section C., Limitations; or excluded or limited in the Supplemental Coverage Declarations or by endorsements.

### B.  EXCLUSIONS

KTK-CMB-1C23569-4-15

MS C1 04 07 99

1. All of the exclusions contained in Section D. of the Property Coverage Form apply to this coverage form except as follows:

   a. Exclusion 1.h., Ordinance or Law does not apply.

   b. Exclusion 2.k. is replaced by the following:

   If any of the Insured's premises for which the lease is cancelled has been vacant for more than 60 consecutive days before the direct physical loss or damage that results in the lease cancellation occurs, and:

   (1) The Insured has not entered into an agreement to sublease the premises as of the time of the direct physical loss or damage, the Company will not pay for any loss of Covered Leasehold Interest.

   (2) The Insured has entered into an agreement to sublease the premises prior to the time of the direct physical loss or damage, the Company will not pay for any loss of Covered Leasehold Interest if the cause of the direct physical loss or damage is any of the following, even if they are Covered Causes of Loss:

   (a) Vandalism;
   (b) Sprinkler leakage;
   (c) Building glass breakage;
   (d) Water damage;
   (e) Theft; or
   (f) Attempted theft.

   The Insured's leased premises are considered vacant when they do not contain enough business personal property to conduct customary operations.  Leased buildings, units or suites under construction or renovation are not considered vacant.

2. In addition, The Company will not pay for loss under this coverage form caused by:

   a. The Insured canceling the lease;

   b. The suspension, lapse or cancellation of any license; or

   c. Any other consequential loss.

**C. LIMITATIONS**

Under Section E. of the Property Coverage Form, only Limitation 1. applies to this coverage form.

**D. LIMITS OF INSURANCE**

Section O. Limits of Insurance in the General Conditions is amended by the addition of the following:

The most the Company will pay for all loss under the Leasehold Interest Coverage Form in any one occurrence is the Limit of Insurance specified for Leasehold Interest shown in the Supplemental Coverage Declarations.

Subject to the Leasehold Interest Limit of Insurance, the most the Company will pay for:

1. The Insured's Lease Interest is the sum of:

   a. The difference between:

   (1) (a) The monthly rental value of the Insured's premises; or

   (b) The rent the Insured will pay under a new lease arrangement if the Insured's lease is cancelled and later renewed at a higher rent;

   and

   (2) The actual monthly rent the Insured pays for the Insured's premises, including taxes, insurance and janitorial or other service that the insured pays for as part of the lease;

   without discount, for each of the first three months of the unexpired term of the lease; plus

   b. The "present value" of the difference between:

   (1) (a) The monthly rental value of the Insured's premises; or

Page 2 of 3

MS C1 04 07 99

    (b)  The rent the Insured will pay under a new lease arrangement if the Insured's lease is cancelled and later renewed at a higher rent;

  and

    (2)  The actual monthly rent the Insured pays for the Insured's premises, including taxes, insurance and janitorial or other service that the insured pays for as part of the lease;

  for each remaining month in the unexpired term of the lease in excess of three months.

2.  Rental Profits is the "present value" of the actual loss of rental profits from sublease arrangements which the Insured incurs for the remainder of the sublease agreement or the lease, whichever is shorter.

3.  Bonus Payments, Prepaid Rent and Improvements and Betterments will each be determined as follows:

    a.  Divide the Insured's original costs by the number of months left in the Insured's lease at the time of the expenditures;

    b.  Multiply the amount determined in a. above by the number of months remaining in the Insured's lease at the time the Insured's lease is cancelled.

  But if the Insured's lease is cancelled and later renewed, the Company will not pay more than the actual loss sustained by the Insured.

**E.  DEDUCTIBLE**

When a deductible(s) is shown in the Supplemental Coverage Declarations, refer to Section B. Application of Deductibles in the General Conditions.

**F.  DEFINITIONS**

**"Present Value"** means the discounted amount that, at the rate of interest that applies to the Insured's Lease Interest and Rental Profits coverages, would be equivalent to the Insured receiving the full amount of the Insured's Lease Interest or Rental Profits loss for each separate month of the unexpired term of the lease.

Unless otherwise indicated on the Supplemental Coverage Declarations, the rate of interest that applies to the Insured's Lease Interest and Rental Profits coverages is 6%.

KTK-CMB-1C23569-4-15

MS C2 04 03 00

# EARTHQUAKE, VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE

This endorsement modifies the insurance provided under this policy.

**A.** The following are added to the Covered Causes of Loss and the "specified causes of loss":

1. Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or shifting of rock beneath the surface of the ground from natural causes.

2. Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

3. Landslide, meaning the rapid downward movement of a mass of rock, earth or artificial fill on a slope.

4. Mine Subsidence, meaning lateral or vertical ground movement caused by a failure initiated at the mine level of man-made underground mines, including but not limited to coal, clay limestone and fluospar mines.

All Earthquake shocks, Volcanic Eruptions, Landslides or Mine Subsidence ground movements that occur within any 168-hour period will constitute a single Earthquake, Volcanic Eruption, Landslide or Mine Subsidence. The expiration of this policy will not reduce the 168-hour period.

**B.** Under the Exclusions contained in Section D. of the Property Coverage Form:

1. The Earth Movement exclusion does not apply to the insurance specifically provided under this endorsement for loss or damage caused by Earthquake, Volcanic Eruption, Landslide and Mine Subsidence.

2. The Collapse of Buildings exclusion is amended to include Earthquake, Volcanic Eruption, Landslide and Mine Subsidence in the list of named causes of loss for which coverage for buildings in a state of imminent collapse applies.

All other exclusions and limitations in this policy continue to apply.

**C.** The following additional exclusions apply to this insurance:

1. The Company will not pay for loss or damage caused directly or indirectly by Flood, as defined in the Flood exclusion contained in Section D. of the Property Coverage Form, even if attributable to an Earthquake, Volcanic Eruption, Landslide or Mine Subsidence.

2. This insurance for Earthquake, Volcanic Eruption, Landslide and Mine Subsidence does not apply to, or modify any limits or deductibles that apply to:

   a. The insurance otherwise provided for loss or damage by fire or explosion that results from an earth movement and for loss or damage by fire or "volcanic action" that results from a Volcanic Eruption; or

   b. Any other insurance provided for loss or damage to which the Earth Movement exclusion does not apply.

3. The Company will not pay for loss or damage caused by or resulting from any Earthquake, Volcanic Eruption, Landslide or Mine Subsidence that begins before the inception of this insurance.

4. This insurance does not apply to the cost of restoring or remediating land or to loss resulting from the time required to restore or remediate land.

**D.** The most the Company will pay for the total of all loss or damage caused by Earthquake, Volcanic Eruption, Landslide and Mine Subsidence in any one policy year is the single highest Annual Aggregate Limit of Insurance specified for Earthquake, Volcanic Eruption, Landslide and Mine Subsidence shown in the Supplemental Coverage Declarations. This limit is part of, and does not increase, the Limits of Insurance that apply under this policy.

Subject to the single highest Annual Aggregate Limit of Insurance:

1. Any individual Annual Aggregate Limit of Insurance shown in the Supplemental Coverage Declarations for Earthquake, Volcanic Eruption, Landslide and Mine Subsidence is the most the Company will pay in any one policy year for all loss or damage to which that Limit of Insurance applies.

Page 1 of 2

MS C2 04 03 00

2.  If more than one Annual Aggregate Limit of Insurance applies to loss or damage under this endorsement in any one occurrence, each limit will be applied separately, but the most the Company will pay under this endorsement for all loss or damage in that occurrence is the single highest Annual Aggregate Limit of Insurance applicable to that occurrence.

E.  Under the Property Coverage Form, when a Building at the Insured's premises is Covered Property insured under this policy, the insurance provided under this endorsement is extended to apply to loss or damage to underground pipes, flues and drains at those premises caused by Earthquake, Volcanic Eruption, Landslide or Mine Subsidence.  But this will not increase the limit that applies to this insurance.

KTK-CMB-1C23569-4-15

MS C2 06 04 08

# FLOOD

This endorsement modifies insurance provided under this policy.

**A.** The following is added to the Covered Causes of Loss and the "specified causes of loss":

Flood, meaning:

1. Flood, surface water, underground water, waves, tides, tidal waves, tsunamis, overflow of any body of water, or their spray, all whether driven by wind or not;

2. Mudslide or mudflow;

3. Release of water impounded by a dam; or

4. Water which backs up through sewers, drains or sumps;

all whether naturally occurring or due to man made or other artificial causes.

**B.** All Flood loss that occurs:

1. During a period of continued rising or overflow of any river(s), stream(s) or any body(ies) of water and the subsidence of same within the banks of such river(s), stream(s) or body(ies) of water; or

2. Due to any tidal waves or tsunamis that occur within any 168 hour period;

will constitute a single Flood occurrence.

If Flood loss commences prior to the expiration date of this policy and the Flood occurrence, as defined above, extends beyond the expiration date of this policy, the expiration of the policy will not reduce the Flood occurrence period.

**C.** Under the Exclusions contained in Section D. of the Property Coverage Form:

1. The Earth Movement exclusion does not apply to the insurance otherwise provided under this endorsement for loss or damage caused by or resulting from:

   a. Mudslide or mudflow that is caused or precipitated by the accumulation of water on or below the surface of the ground; or

   b. Flood that is attributable to an Earth Movement such as a tsunami.

2. The Flood exclusion does not apply to the insurance specifically provided under this endorsement.

3. The Collapse of Buildings exclusion is amended to include Flood in the list of named causes of loss for which coverage for buildings in a state of imminent collapse applies.

All other exclusions and limitations in this policy continue to apply.

**D.** The following additional exclusions apply to this insurance:

1. This insurance for Flood does not apply to, or modify any limits or deductibles that apply to:

   a. The insurance otherwise provided for loss or damage by fire, explosion or leakage from fire protective equipment that results from Flood; or

   b. Any other insurance provided for loss or damage by Flood to which the Flood exclusion does not apply.

2. The Company will not pay for loss or damage caused by or resulting from any Flood occurrence that begins before the inception of this insurance.

3. This insurance does not apply to the cost of restoring, recovering or de-watering land or to loss resulting from the time required to restore, recover or de-water land.

KTK-CMB-1C23569-4-15

MS C2 06 04 08

4. Unless otherwise specified in the Supplemental Coverage Declarations, this insurance for Flood does not apply to loss or damage to, or loss that is a consequence of loss or damage to:

    a. Any building or structure or any property in the open if, at the time of loss, the building or structure or property in the open is, in whole or in part, located within Flood Zone A, Flood Zones prefixed A, Flood Zone V or Flood Zones prefixed V as classified under the National Flood Insurance Program; or

    b. Any property in or on any building or structure if, at the time of loss, the building or structure in or on which such property is located is, in whole or in part, within Flood Zone A, Flood Zones prefixed A, Flood Zone V or Flood Zones prefixed V as classified under the National Flood Insurance Program.

**E.** If, at the time of loss, a building, a structure or property in the open is located within more than one Flood Zone, Flood coverage for loss or damage to, or loss that is a consequence of loss or damage to that building, structure or property in the open will be subject to the insurance, Annual Aggregate Limit of Insurance and deductible, if any, that would apply under this policy if that building, structure or property in the open was wholly located within the most hazardous of the Flood Zones, as defined below, in which it is located.  The most hazardous Flood Zone that is determined to apply to a building or structure will also apply with respect to loss or damage to, or loss or damage that is a consequence of loss or damage to any property in or on such building or structure.

The following listing of Flood Zones, as classified under the National Flood Insurance Program, is in order of the most hazardous to least hazardous:

1. Flood Zone V and Flood Zones prefixed V;

2. Flood Zone A and Flood Zones prefixed A;

3. Flood Zone D;

4. Flood Zone B, Flood Zone X (shaded) and Zone X-500;

5. Flood Zone C and Flood Zone X.

**F.** The most the Company will pay for the total of all loss or damage caused by Flood in any one policy year is the single highest Annual Aggregate Limit of Insurance specified for Flood shown in the Supplemental Coverage Declarations.  This limit is part of, and does not increase, the Limits of Insurance that apply under this policy.

Subject to the single highest Annual Aggregate Limit of Insurance:

1. Any individual Annual Aggregate Limit of Insurance shown in the Supplemental Coverage Declarations for Flood is the most the Company will pay in any one policy year for all loss or damage to which that Limit of Insurance applies.

2. If more than one Annual Aggregate Limit of Insurance applies to loss or damage under this endorsement in any one occurrence, each limit will be applied separately, but the most the Company will pay under this endorsement for all loss or damage in that occurrence is the single highest Annual Aggregate Limit of Insurance applicable to that occurrence.

**G.** Under the Property Coverage Form, when a building at the Insured's premises is Covered Property insured under this policy, the insurance provided under this endorsement is extended to apply to loss or damage to underground pipes, flues and drains at those premises caused by Flood.  But this will not increase the limit that applies to this insurance.

KTK-CMB-1C23569-4-15

MS C2 07 03 05

## SEWER BACK-UP

This endorsement modifies the insurance provided under this policy.

**A.** The following is added to the Covered Causes of Loss and the "specified causes of loss":

Sewer Back-Up, meaning water that backs up through sewers or drains.

**B.** This insurance for Sewer Back-Up does not apply to, or modify any limits or deductibles that apply to, any insurance otherwise provided for loss or damage to which the Flood exclusion does not apply.

**C.** Under the Exclusions contained in Section D. of the Property Coverage Form:

1. The exclusion of water which backs up through sewers or drains under the Flood exclusion does not apply to the insurance specifically provided under this endorsement. But this Sewer Back-Up insurance does not apply to loss or damage caused by:

    a. The emanation of water from a sump or similar device designed to prevent overflow or seepage or leakage of subsurface water; or

    b. The emanation of water from a sewer or drain that is itself directly or indirectly caused by, or the result of:

        (1) Flood, surface water, underground water, waves, tides, tidal waves, tsunamis, overflow of any body of water, or their spray, all whether driven by wind or not;

        (2) Mudslide or mudflow; or

        (3) Release of water impounded by a dam.

2. The Collapse of Buildings exclusion is amended to include Sewer Back-Up in the list of named causes of loss for which coverage for buildings in a state of imminent collapse applies.

All other exclusions and limitations in this policy continue to apply.

**D.** When the Flood endorsement is also included in this policy, water that backs up through sewers or drains is deleted from provision 4. of the definition of Flood in Section A. of that endorsement.

**E.** The most the Company will pay for loss or damage under this endorsement is the Limit of Insurance specified for Sewer Back-Up shown in the Supplemental Coverage Declarations.

KTK-CMB-1C23569-4-15

MS C2 10 01 00

## BOILER AND MACHINERY

This endorsement modifies insurance provided under this policy.

**A. Additional Covered Cause of Loss**

Covered Causes of Loss and "specified causes of loss" are extended to include an Accident to a Covered Object as defined and limited in this endorsement.

1.  **Accident** means a sudden and accidental breakdown of a Covered Object. At the time the breakdown occurs, the breakdown must manifest itself by physical damage to the Covered Object that necessitates repair or replacement.

    None of the following is an Accident:

    a.  Depletion, deterioration, corrosion, erosion, or wear and tear, unless a sudden and accidental breakdown of a Covered Object ensues; or

    b.  The functioning of any safety or protective device or the breakdown of any structure or foundation, other than the bedplate of a machine.

    If an initial Accident causes other Accidents, all will be considered one Accident. All Accidents that manifest themselves at the same time and are the result of the same cause will also be considered one Accident, regardless of the number of locations involved.

2.  **Covered Object**

    a.  Covered Object means equipment of a type listed in provision 2. b. below that is:

        (1) At or within 1000 feet of the Insured's premises described in the most recent Statement of Values or other documentation on file with the Company or a newly acquired location as otherwise insured and limited under this policy; and

        (2) Owned or leased by the insured or operated under the Insured's control; and

        (3) Not otherwise excluded under provision 2.c. below.

    b.  Covered Object includes the following types of equipment:

        (1) Boilers;

        (2) Fired or unfired pressure vessels subject to vacuum or internal pressure other than the static pressure of their contents;

        (3) Metal piping and its accessory equipment;

        (4) Refrigeration or air conditioning systems;

        (5) Other mechanical or electrical machines or apparatus used for the generation, transmission or utilization of mechanical or electrical power; and

        (6) Fiber optic cable.

    c.  Covered Object does not mean any:

        (1) Structure, foundation (other than the bedplate of a machine), cabinet or compartment containing an object;

        (2) Boiler setting, insulating or refractory material;

        (3) Power shovel, dragline, excavator, vehicle, aircraft, floating vessel or structure, well casing, penstock or draft tube;

        (4) Catalyst;

        (5) Buried vessel or piping;

        (6) Sewer piping, piping forming a part of a fire protection system or water piping other than:

            (a) Feed water piping between any boiler and its feed pump or injector;

            (b) Boiler condensate return piping; or

MS C2 10 01 00

    (c) Water piping forming a part of a refrigerating or air conditioning vessels and piping used for cooling, humidifying or space heating purposes;

(7) Part of a boiler, fired vessel or electric steam generator that does not contain steam or water. But if the object uses a heat transfer medium other than water or steam, the Company will consider the medium or its vapor to be water or steam.

(8) Part of an unfired vessel that is not under:

    (a) Pressure of the contents of the vessel; or

    (b) Internal vacuum;

(9) Oven, stove, furnace, incinerator, pot or kiln;

(10) Conveyor, crane, elevator, escalator or hoist, but not excluding any electrical machine or electrical apparatus mounted on or used with this equipment;

(11) Felt, wire, screen, die, extrusion plate, swing hammer, grinding disc, cutting blade, cable, chain, belt, rope, clutch plate, brake pad, non-metallic part or any part or tool subject to frequent, periodic replacement;

(12) Objects manufactured or held by the Insured for sale to others; or

(13) Objects at:

    (a) Any of the Insured"s premises to which this Boiler and Machinery Endorsement does not apply, as indicated in the Supplemental Declaration or by endorsement to this policy; or

    (b) Any other locations unless Boiler and Machinery coverage for such locations is specifically provided for in this endorsement, in the Supplemental Declarations or by endorsement to this policy. This exclusion applies regardless of whether such other locations are otherwise insured against under this policy.

**B. Boiler and Machinery Coverage Extensions**

Each of the following Boiler and Machinery Coverage Extensions also applies when a Limit of Insurance for the Coverage Extension is indicated in the Supplemental Coverage Declarations:

**1. Hazardous Substance**

  a. If as a result of an Accident to a Covered Object, property at or within 1000 feet of the Insured's premises or a newly acquired location is damaged, contaminated or polluted by a substance declared to be hazardous to health by a governmental agency, the Company will pay:

    (1) The additional expense the Insured incurs to clean up, repair, replace or dispose of any such property that is Covered Property under the Property Coverage Form; and

    (2) The increase in loss under the Business Income Coverage Forms or the Extra Expense Coverage Form due to the additional time required to clean up, repair, replace or dispose of the property provided Business Income, Rental Value or Extra Expense loss resulting from damage to such property is not otherwise excluded under those Coverage Forms. Subject to the Limit of Insurance that applies to this Coverage Extension, the "period of restoration" under the Business Income Coverage Forms and the Extra Expense Coverage Form is extended to include this additional period of time.

  b. As used in this Coverage Extension, additional expense and increase in loss mean expenses and loss incurred beyond the expense and loss for which the Company would have been liable had no substance declared to be hazardous to health by a governmental agency been involved.

  c. The most the Company will pay under this Coverage Extension for all additional expense and increase in loss arising out of any one Accident that is incurred due to damage, contamination or pollution by:

    (1) Ammonia is the Limit of Insurance specified for Boiler and Machinery Ammonia Contamination shown in the Supplemental Coverage Declarations; or

    (2) Any other substance declared to be hazardous to health by a governmental agency is the Limit of Insurance specified for Boiler and Machinery Hazardous Substance shown in the Supplemental Coverage Declarations.

KTK-CMB-1C23569-4-15

MS C2 10 01 00

   d.  Payments under this Coverage Extension are part of, and not in addition to the Limit of Insurance that applies to:

      (1)  Direct physical loss or damage to Covered Property; and

      (2)  Loss of Business Income, Rental Value and/or Extra Expense

      caused by the Accident to a Covered Object.

**2. Water Damage**

The insurance provided under the Property Coverage Form is extended to apply to direct physical loss to Covered Property at the Insured's premises or at a newly acquired location that is damaged by water as a result of an Accident to any Covered Object.  The most the Company will pay for this kind of damage, including salvage expense, is the Limit of Insurance specified for Boiler and Machinery Water Damage shown in the Supplemental Coverage Declarations. This limit is part of and not in addition to the Limit of Insurance that applies to direct physical loss or damage to Covered Property caused by an Accident to a Covered Object.

**3. Consequential Damage**

   a.  The Insurance provided under the Property Coverage Form is extended to apply to direct physical loss or damage to perishable Business Personal Property at the Insured's premises or at a newly acquired location due to spoilage resulting from lack of power, light, heat, steam or refrigeration that is caused solely by an Accident to a Covered Object.

      Insurance under this Coverage Extension includes the reasonable expense the Insured incurs to reduce or avert the spoilage loss or damage, but only to the extent the amount of loss otherwise payable under this Coverage Extension is reduced.

   b.  The most the Company will pay for loss or damage under this Coverage Extension is the Limit of Insurance specified for Consequential Damage shown in the Supplemental Coverage Declarations.

   c.  The Company will not pay for any loss or damage under this Coverage Extension resulting from the Insured's failure to use due diligence and dispatch and all reasonable means to protect the property from damage following an Accident.

   d.  As soon as possible after an Accident, the Insured must make use of every available means to reduce or avert loss under this Coverage Extension, including:

      (1)  Merchandise or other property such as surplus machinery, duplicate parts, equipment, supplies and surplus or reserve stock you own, control or can obtain; and

      (2)  Salvaging the perishable Business Personal Property.

      The Company will not pay for loss or damage under this Coverage Extension that results from the Insured's failure to use all reasonable means to protect the perishable Business Personal Property from damage following an Accident.

   e.  Insurance under this Coverage Extension applies only with respect to Accidents that occur during the time this Coverage Extension is in effect.  But if such Accidents result in loss or damage under this Coverage Extension that continues beyond the termination or expiration of this Coverage Extension, the Company's liability for that loss or damage will not be limited by the termination or expiration of this coverage.



**4. Utility Services**

   a.  Under the:

      (1)  The Utility Services – Direct Damage endorsement applicable to direct physical loss or damage to Covered Property under the Property Coverage Form; and/or

      (2)  The Utility Services – Time Element endorsement applicable to loss of Business Income, Rental Value and/or Extra Expense under the Business Income Coverage Forms and/or the Extra Expense Coverage Form;

      The term Covered Cause of Loss is extended to include an Accident to any object that is:

KTK-CMB-1C23569-4-15

    (1) Utility Supply Services Property, as defined in the Utility Services endorsements, owned by a public or private utility company; and

    (2) Located:

        (a) At a location other than the Insured's premises with respect to the insurance provided under the Utility Services – Direct Damage endorsement applicable to direct physical loss or damage to Covered Property under the Property Coverage Form; or

        (b) At a location other than the Insured's premises or outside a building at the Insured's premises with respect to the insurance provided under the Utility Services – Time Element endorsement applicable to loss of Business Income, Rental Value and/or Extra Expense under the Business Income Coverage Forms and/or the Extra Expense Coverage Form.

  b. When "included" is indicated in the Supplemental Coverage Declarations for Boiler and Machinery Utility Services, the Limit of Insurance that applies to:

    (1) The Utility Services – Direct Damage endorsement applicable to direct physical loss or damage to Covered Property under the Property Coverage Form; and

    (2) The Utility Services – Time Element endorsement applicable to loss of Business Income, Rental Value and/or Extra Expense under the Business Income Coverage Forms and/or the Extra Expense Coverage Form;

also applies to loss under this Coverage Extension, and does not increase that Limit of Insurance.

When a specific Limit of Insurance is indicated in the Supplemental Coverage Declarations for Boiler and Machinery Utility Services, that Limit of Insurance is the most the Company will pay for loss under this Coverage Extension.

**C. Boiler and Machinery Exclusions**

The exclusions and limitations that apply to this policy apply to loss or damage under this endorsement, except as follows:

1. Under the Exclusions contained in Section D. of the Property Coverage Form:

  a. Exclusion 1. j., Collapse, is amended to include Accident to a Covered Object as a cause of loss for which coverage for buildings in a state of imminent collapse is provided.

  b. Exclusion 1. h., Ordinance or Law, is amended by the addition of the following:

Except as otherwise provided under the Hazardous Substance Coverage Extension, this exclusion applies to any increase in loss due to the discharge, dispersal, seepage, migration, release or escape of any hazardous substance declared to be hazardous to health by a government authority as a result of an Accident to a Covered Object.

  c. Exclusions 2. a., 2. c. (5), 2. d., 2. j. and 2. l. do not apply.

  d. Exclusion 2. h. is replaced by the following:

The Company will not pay for loss caused by the discharge, dispersal, seepage, migration, release or escape of "pollutants" caused by an Accident to an object except as otherwise provided under the Hazardous Substance Coverage Extension.

2. Under the Limitations contained in Section E. of the Property Coverage Form:

  a. Limitation 1. does not apply.

  b. Limitation 3. is amended by the following:

The Company will not pay for the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes, unless the defect is itself caused by an Accident to a Covered Object.

3. The following additional exclusions apply to the insurance provided by this endorsement:

  a. The Company will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

MS C2 10 01 00

(1) Lack of power, light, heat, steam or refrigeration.  But this exclusion does not apply to Business Income, Rental Value, Extra Expense or Leasehold Interest coverage or to the Consequential Damage Coverage Extension or Utility Services Coverage Extension, when applicable.

(2) An Accident to any object while undergoing hydrostatic, pneumatic, gas pressure or insulation breakdown testing.

(3) An Accident to:

(a) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells used in conjunction with electronic computer or electronic data processing equipment;

(b) Data stored on this media; or

(c) Programming records used for electronic data processing or electronically controlled equipment;

whether or not the media or data is in actual use at the time of the Accident.

b. The Company will not pay for loss or damage caused directly or indirectly by the discharge of molten material, even if the discharge is attributable to an Accident to which this Boiler and Machinery insurance applies.

c. The Company will not pay for direct physical loss or damage to property caused by water, even when the water is a result of an Accident to which this insurance applies.  But this exclusion does not apply to the Water Damage Coverage Extension or to Business Income, Rental Value, Extra Expense or Leasehold Interest coverage.

d. With respect only to the Utility Services Coverage Extension, the Company will not pay for loss caused by or resulting from an Accident that is itself caused by collapse.

**D.  Boiler and Machinery Limits of Insurance**

When "included" is indicated in the Supplemental Coverage Declarations for Boiler and Machinery Property Damage, Business Income, Rental Value, Extra Expense or Leasehold Interest, the insurance under this endorsement is provided subject to the Limit of Insurance that otherwise applies under this policy to the coverage for which "Included" is indicated. This is not additional insurance.

When a specific Limit of Insurance is indicated in the Supplemental Coverage Declarations for Boiler and Machinery Property Damage, Business Income, Rental Value, Extra Expense or Leasehold Interest, the most the Company will pay for loss under this endorsement is the applicable Limit of Insurance specified in the Supplemental Coverage Declarations.  These Limits of Insurance are part of, and do not increase the Limits of Insurance that otherwise apply to such coverages under this policy.

Payments under the Boiler and Machinery Coverage Extensions will not increase the Boiler and Machinery Limits of Insurance.

**E.  Boiler and Machinery Additional Condition**

The following additional condition applies to the in insurance provided under this endorsement: **Suspension**

If any Covered Object is found to be in, or exposed to a dangerous condition, the Company may immediately suspend the insurance provided for loss caused by or resulting from an Accident to that Covered Object. The suspension can be done by delivering or mailing a notice of the suspension to:

1. The Insured's last known address; or

2. The address where the Covered Object is located.

The Insured will get a pro rata refund of premium for the suspended insurance. But the suspension will be effective even if the Company has not yet made or offered a refund. Once suspended, such insurance can only be reinstated by a written endorsement issued by the Company.

KTK-CMB-1C23569-4-15

MS C2 33 02 07

# FUNGUS, WET ROT, DRY ROT AND OTHER
# CAUSE OF LOSS CHANGES

This endorsement modifies the insurance provided under this policy.

A.  The EXCLUSIONS contained in Section D. of the Property Coverage Form are amended as follows. These changes apply to all Coverage Forms and endorsements in this policy that are subject to the exclusions contained in the Property Coverage Form.

1.  The following exclusion is added to Section D.1.:

"FUNGUS", WET ROT AND DRY ROT

a.  The Company will not pay for loss or damage, or any increase in the amount of loss or damage, caused directly or indirectly by, or resulting from, the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot.

But if "fungus", wet rot or dry rot results in a "specified cause of loss", the Company will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1)  When "fungus", wet rot or dry rot results from fire or lightning; or

(2)  To the extent that coverage is provided in the Limited "Fungus", Wet Rot and Dry Rot Coverage in b. below with respect to loss or damage by a cause of loss other than fire or lightning.

b.  Limited "Fungus", Wet Rot and Dry Rot Coverage

(1)  The coverage described in b.(2) and b.(3) below only applies when the "fungus", wet rot or dry rot is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period, and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after the occurrence of the "specified cause of loss".

The exclusion of loss or damage caused by or resulting from "fungus", wet rot and dry rot in provision a. above does not apply to the insurance specifically provided under this coverage.  But all other exclusions in this policy continue to apply to this Limited "Fungus", Wet Rot and Dry Rot Coverage.

(2)  Limited "Fungus", Wet Rot and Dry Rot Coverage – Direct Damage

(a)  The Company will pay for direct physical loss or damage to Covered Property caused by "fungus", wet rot or dry rot, including:

(i)  The cost of removal of the "fungus", wet rot or dry rot;

(ii)  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet rot or dry rot; and

(iii)  The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet rot or dry rot is present.

(b)  The coverage described in (2)(a) above is subject to the aggregate Limit of Insurance indicated in the Supplemental Coverage Declarations for Limited "Fungus", Wet Rot and Dry Rot Coverage – Direct Damage in any one policy year. Regardless of the number of claims, this limit is the most the Company will pay for the total of all loss or damage under this coverage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12 month period (starting with the beginning of the present annual policy period).  With respect to a particular occurrence of loss which results in "fungus", wet rot or dry rot, the Company will not

Page 1 of 4

KTK-CMB-1C23569-4-15

MS C2 33 02 07

pay more than a total of this annual limit even if the "fungus", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

(c) The coverage provided under this Limited "Fungus", Wet Rot and Dry Rot Coverage – Direct Damage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet rot or dry rot, and other loss or damage, the Company will not pay more for the total of all loss or damage than the applicable Limit of Insurance on the Covered Property.

(d) If there is covered loss or damage to Covered Property that is not caused by "fungus", wet rot or dry rot, loss payment will not be limited by the terms of this Limited "Fungus", Wet Rot and Dry Rot Coverage – Direct Damage, except to the extent that "fungus", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited "Fungus", Wet Rot and Dry Rot Coverage – Direct Damage.

(3) Limited "Fungus", Wet Rot and Dry Rot Coverage – Business Income, Rental Value and Extra Expense

The following Limited "Fungus", Wet Rot and Dry Rot Coverage provisions for Business Income, Rental Value and Extra Expense apply only if Business Income, Rental Value and/or Extra Expense coverage applies to the Insured's premises and only if the suspension of "operations" satisfies all of the terms of the applicable Business Income, Rental Value and/or Extra Expense coverage:

(a) If the loss which results in the "fungus", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension of "operations" is necessary due to loss or damage to property at the Insured's premises caused by "fungus", wet rot or dry rot, then the Company's payment for Business Income, Rental Value and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" is caused by loss or damage at the Insured's premises by other than "fungus", wet rot or dry rot, but remediation of "fungus, wet rot or dry rot prolongs the "period of restoration", the Company will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days. The days need not be consecutive.

The coverage provided under this Limited "Fungus", Wet Rot and Dry Rot Coverage – Business Income, Rental Value and Extra Expense is included in, and does not increase the applicable Business Income, Rental Value and/or Extra Expense Limit of Insurance.

(4) The terms of this Limited "Fungus", Wet Rot and Dry Rot Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder or Molten Damage coverage in Section B.2.i. of the Property Coverage Form or the coverage provided for collapse of buildings or structures under the Collapse of Buildings exclusion in Section D.1.j. of the Property Coverage Form.

2. The exclusions contained in Section D.2. are amended as follows:

a. Under exclusion D.2. c.(2), the reference to fungus, the reference to wet or dry rot and the reference to mold are deleted.

b. Exclusion D.2.l. is replaced by the following:

The Company will not pay for loss or damage caused by or resulting from:

(1) Continuous or repeated seepage, leakage or flow of water; or

(2) The presence or condensation of humidity, moisture or vapor;

that occurs over a period of 14 days or more.

KTK-CMB-1C23569-4-15

MS C2 33 02 07

B.  The following is added to the LIMITATIONS contained in Section E. of the Property Coverage Form. This limitation applies to all Coverage Forms and endorsements in this policy that are subject to the limitations contained in the Property Coverage Form:

> The Company will not pay for loss of or damage to, or any loss that is a consequence of loss or damage to the interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:
>
> a.  The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or
>
> b.  The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.
>
> Any portion of a building or structure that is within the exterior-facing surface material of a building or structure shall constitute the interior of that building or structure.

C.  The DEFINITIONS contained in Section G. of the Property Coverage Form are amended as follows. These definition changes apply wherever such defined terms are used in the policy.

1.  The definition of "Specified Cause of Loss" is deleted and replaced by the following:

> "Specified Cause of Loss" means any of the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects as limited below; weight of snow, ice or sleet; or water damage as defined below; all only as otherwise insured against in this policy.
>
> a.  Falling objects does not include loss or damage to:
>
> (1)  Personal property in the open; or
>
> (2)  The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object. Any portion of a building or structure that is within the exterior-facing surface material of a building or structure shall constitute the interior of that building or structure.
>
> b.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.
>
> "Specified Cause of Loss" also means any cause of loss that is specifically added to the "specified causes of loss" by endorsement, but only to the extent such cause of loss is insured against under this policy.

2.  The following definition is added:

> "Fungus" means any type or form of fungus, including but not limited to mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

D.  Under:

1.  The Ordinance or Law coverage in Section B.2.f. of the Property Coverage Form;

2.  The Ordinance or Law – Increased "Period of Restoration" Additional Coverage Extension in Section B.4. of the Business Income Coverage Form Including Extra Expense and the Business Income Coverage Form Excluding Extra Expense;

3.  The Ordinance or Law – Increased "Period of Restoration" Additional Coverage Extension in Section B.3. of the Extra Expense Coverage Form; and

4.  Any other Ordinance or Law or Ordinance or Law – Increased "Period of Restoration" coverage provided under this policy;

KTK-CMB-1C23569-4-15

MS C2 33 02 07

the following exclusion is added:

This coverage does not apply to:

a. Loss caused by or resulting from the enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot or dry rot; or

b. Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet rot or dry rot.

KTK-CMB-1C23569-4-15

MS C2 39 12 02

## EXCLUSION OF NUCLEAR HAZARD, WAR, MILITARY ACTION, ELECTRONIC VANDALISM AND PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS

This endorsement modifies the insurance provided under this policy.

**A.** The Nuclear Hazard Exclusion is replaced by the following Exclusion. With respect to any form, endorsement or coverage to which the Nuclear Hazard Exclusion does not apply, that Exclusion is hereby added as follows.

**NUCLEAR HAZARD**

1. The Company will not pay for loss or damage caused directly or indirectly by nuclear reaction or radiation, or radioactive contamination, however caused. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

2. With respect only to direct physical loss or damage to Covered Property occurring within the states of:

   Arizona, California, Connecticut, Georgia, Hawaii, Idaho, Illinois, Iowa, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, Virginia, Washington, West Virginia, Wisconsin

   the following exception to this Nuclear Hazard Exclusion applies:

   If nuclear reaction or radiation, or radioactive contamination, results in fire, the Company will pay for the loss or damage caused by that fire. However, this exception for fire applies only to direct loss or damage by fire to Covered Property. This fire exception does not apply to any other insurance provided under this policy including, but not limited to, any insurance provided under this policy for Business Income, Rental Value, Extra Expense, Leasehold Interest or Legal Liability coverage.

   In the event of loss or damage under this exception for fire, the value of the lost or damaged Covered Property will be determined at actual cash value at the time of loss, without allowance for any increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of the property. Any Ordinance or Law coverage provided under this policy does not apply to loss or damage under this exception for fire.

3. With respect to any activity that comes within the terms of the War and Military Action Exclusion and involves nuclear reaction or radiation, or radioactive contamination, the War and Military Action Exclusion supersedes this Nuclear Hazard Exclusion.

**B.** The War and Military Action Exclusion is replaced by the following Exclusion. With respect to any form, endorsement or coverage to which the War and Military Action Exclusion does not apply, that Exclusion is hereby added as follows.

**WAR AND MILITARY ACTION**

1. The Company will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack:

      (1) By any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval or air forces;

      (2) By military, naval or air forces; or

      (3) By an agent of any such government, power, authority or forces.

KTK-CMB-1C23569-4-15

MS C2 39 12 02

    b.  Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence.

Any discharge, explosion or use of any weapon of war employing nuclear fission or fusion will be conclusively presumed to be such a hostile or warlike action by such a government, power, authority or forces.

2.  With respect to any action that comes within the terms of this exclusion and:

    a.  Involves nuclear reaction or radiation, or radioactive contamination, this War and Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

    b.  Involves a discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials that comes within the terms of the Pathogenic or Poisonous Biological or Chemical Materials Exclusion, this War And Military Action Exclusion supersedes the Pathogenic or Poisonous Biological or Chemical Materials Exclusion.

    c.  Involves Electronic Vandalism as defined in the Electronic Vandalism Exclusion, this War and Military Action Exclusion supercedes the Electronic Vandalism Exclusion.

**C.**  The Computer Virus Exclusion is replaced by the following Exclusion:

**ELECTRONIC VANDALISM**

1.  The Company will not pay for loss or damage caused directly or indirectly by Electronic Vandalism. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion will not apply in the event Electronic Vandalism results in a "specified cause of loss", but the Company will be liable only for loss or damage by the resulting "specified cause of loss".

2.  Electronic Vandalism means:

    a.  Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems.

    b.  Unauthorized computer code or programming that:

        (1)  Deletes, distorts, corrupts or manipulates computer programs, content, instructions or other electronic or digital data, or otherwise results in damage to computers or computer systems or networks to which it is introduced;

        (2)  Replicates itself, impairing the performance of computers or computer systems or networks; or

        (3)  Gains remote control access to data and programming within computers or computer systems or networks to which it is introduced, for uses other than those intended for authorized users of the computers or computer systems or networks.

3.  With respect to any activity that comes within the terms of the War and Military Action Exclusion and involves Electronic Vandalism, the War and Military Action Exclusion supersedes this Electronic Vandalism Exclusion.

**D.**  The following exclusion is added:

**PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS**

1.  The Company will not pay for loss or damage caused directly or indirectly by the discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

KTK-CMB-1C23569-4-15

MS C2 39 12 02

2. With respect only to direct physical loss or damage to Covered Property occurring within the states of:

Arizona, California, Connecticut, Georgia, Hawaii, Idaho, Illinois, Iowa, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Oklahoma, Oregon, Pennsylvania, Rhode Island, Virginia, Washington, West Virginia, Wisconsin

the following exception to this Pathogenic or Poisonous Biological or Chemical Materials Exclusion applies:

If the discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials results in fire, the Company will pay for the loss or damage caused by that fire. However, this exception for fire applies only to direct loss or damage by fire to Covered Property. This fire exception does not apply to any other insurance provided under this policy including, but not limited to, any insurance provided under this policy for Business Income, Rental Value, Extra Expense, Leasehold Interest or Legal Liability coverage.

In the event of loss or damage under this exception for fire, the value of the lost or damaged Covered Property will be determined at actual cash value at the time of loss, without allowance for any increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of the property. Any Ordinance or Law coverage provided under this policy does not apply to loss or damage under this exception for fire.

3. This exclusion does not apply when both 3.a. and 3.b. below apply:

a. The pathogenic or poisonous biological or chemical materials are normally kept at or brought onto:

(1) The Insured's premises, with the Insured's consent, for use in the Insured's business operations at the Insured's premises; or

(2) Any premises, other than the Insured's premises, by others for use in conducting their valid business operations at such premises;

and

b. The discharge, dispersal, seepage, migration, release, escape or application of the pathogenic or poisonous biological or chemical materials is accidental and is not the result of a willful or malicious act against any persons, organizations or property of any nature;

but all other exclusions continue to apply.

4. With respect to any action that comes within the terms of the War And Military Action Exclusion and involves a discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials that comes within the terms of this Pathogenic or Poisonous Biological or Chemical Materials Exclusion, the War and Military Action Exclusion supersedes this Pathogenic or Poisonous Biological or Chemical Materials Exclusion.

KTK-CMB-1C23569-4-15

MS C2 42 02 07

## EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies the insurance provided under this policy

**A.** The exclusion set forth in Paragraph B. below applies to all coverage under all forms and endorsements that comprise this policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense, rental value or action of civil authority.

**B.** The Company will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph B. above, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The terms of the exclusion in Paragraph B. above, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

KTK-CMB-1C23569-4-15

MS C3 09 07 99

## CONTRACTORS EQUIPMENT

This endorsement modifies insurance provided under the Property Coverage Form.

The following coverage is added:

**Contractors Equipment**

A.  The Company will pay for direct physical loss or damage by a Covered Cause of Loss to Contractors Equipment, as described in B. below, that is:

1.  The Insured's property or property of others in the care, custody or control of the Insured; and

2.  Described in the most recent Schedule of Contractors Equipment or other documentation on file with the Company;

while the property is at the insured premises or away from the insured premises, or in the due course of transit, within the Policy Territory.

B.  As used in this endorsement, Contractors Equipment means mobile machinery and equipment that is:

1.  Used by the Insured for the purpose for which it was designed and manufactured; and

2.  Used in the Insured's business.

C.  The Company will also provide each of the following Additional Coverage Extensions for which a Limit of Insurance is shown in the Supplemental Coverage Declarations:

1.  **Newly Acquired Contractors Equipment**

The insurance provided for Contractors Equipment is extended to apply to direct physical loss or damage by a Covered Cause of Loss to newly acquired Contractors Equipment.  This coverage will end when one of the following first occurs:

a.  This policy is canceled or expires;

b.  60 days expire from the date of such acquisition;

c.  The property is reported to the Company; or

d.  The property is more specifically insured elsewhere.

The Company will charge the Insured an additional premium for Contractors Equipment values reported from the date that the Insured acquires the property.

The most the Company will pay for loss or damage in any one occurrence under this coverage is the Limit of Insurance specified for Newly Acquired Contractors Equipment shown in the Supplemental Coverage Declarations.

2.  **Equipment Rental Expense**

a.  In the event of covered loss or damage to Contractors Equipment by a Covered Cause of Loss, the Company will pay any necessary and reasonable expenses incurred by the Insured for the rental of temporary substitute Contractors Equipment to continue, as nearly as practicable, the Insured's operations on work in progress or under contract.

b.  Payment under this coverage is limited to such expenses incurred during the period of time that:

(1)  Begins one working day after the date the direct physical loss or damage is reported to the Company, meaning a period of twenty four consecutive hours of a normally scheduled workday beginning at midnight on the date the loss is reported to the Company; and

(2)  Ends on the earlier of the following dates:

KTK-CMB-1C23569-4-15

MS C3 09 07 99

        (a)  The date the damaged Contractors Equipment should be repaired or replaced with reasonable speed and similar quality; or

        (b)  The date the need for the substitute equipment ceases to exist.

    The expiration date of this policy will not cut short the Rental Expense.

    c.  This coverage does not apply to:

        (1)  Any expense if the Insured has suitable substitute equipment available to continue operations;

        (2)  Any expense for the rental of equipment not of the same type or not to be used for the same purpose as the equipment for which it is substituted; or

        (3)  Any loss of market, loss of income or any other consequential loss.

    d.  The most the Company will pay for loss or damage in any one occurrence under this coverage is the Limit of Insurance specified for Equipment Rental Expense shown in the Supplemental Coverage Declarations.

**D.**  The following changes apply to Section B. 1. of the Property Coverage Form:

    1.  Items B.1. b., Business Personal Property, and B. 1. j., Covered Property at Undescribed Premises, do not include Contractors Equipment.

    2.  Item B.1.g., Newly Constructed or Acquired Property, does not apply to newly acquired Contractors Equipment.

    3.  The provisions of item B.1.k., Covered Property in Transit, apply to the insurance provided under this endorsement for Contractors Equipment in the due course of transit.  But the most the Company will pay for loss or damage to such property is subject to the Limits of Insurance described in Section G. of this endorsement.

**E.**  All of the Property and Costs Not Covered in Section C. of the Property Coverage Form apply to the insurance provided under this endorsement, except:

    1.  Item C. 7. is replaced by the following:

    Vehicles or self-propelled machines that are licensed for road use.

    2.  The following items are added as property not covered:

      a.  Any Contractors Equipment while leased, rented or loaned to others;

      b.  Any Contractors Equipment while underground or underwater;

      c.  Any Contractors Equipment while waterborne, except while in the due course of transit;

      d.  Tires unless the loss or damage to the tires is coincident with other covered loss or damage to the Contractors Equipment; or

      e.  "Electronic data processing equipment" unless the "electronic data processing equipment" is an integral part of the Contractors Equipment.

**F.**  With respect only to the insurance provided under this endorsement, the following exclusion is added to the exclusions in Section D. of the Property Coverage Form:

    The Company will not pay for loss or damage caused by or resulting from:

    1.  The weight of a load exceeding, at the time of loss, the maximum lifting or operating capacity established by the manufacturer for the property; or

    2.  Work upon or service of the Contractors Equipment, but if loss or damage by fire or explosion results, the Company will pay for loss or damage to the Contractors Equipment caused by the resulting fire or explosion.

KTK-CMB-1C23569-4-15

MS C3 09 07 99

G.  The most the Company will pay in any one occurrence under this endorsement for loss or damage to Contractors Equipment, other than newly acquired Contractors Equipment, is the applicable Limit of Insurance specified for Contractors Equipment shown in the Supplemental Coverage Declarations.  The Limits of Insurance that apply to the Newly Acquired Contractors Equipment and Equipment Rental Expense Additional Coverage Extensions apply in addition to the Contractors Equipment Limit(s) of Insurance.

H.  The valuation provisions of this policy are amended by the following:

In the event of a covered loss or damage, the Company will determine the value of Contractors Equipment at Actual Cash Value, meaning the cost to repair, rebuild or replace the lost or damaged property, at the time and place of the loss, with other property of comparable size, material and quality, less allowance for physical deterioration, depreciation, obsolescence and depletion.

KTK-CMB-1C23569-4-15

MS C3 19 07 99

## EXPEDITING EXPENSES

This endorsement modifies insurance provided under the Property Coverage Form.

The following coverage is added under Section B. 2., Covered Costs and Expenses:

**Expediting Expenses**

In the event of direct physical loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss, the Company will pay for the reasonable additional expenses incurred by the Insured to make temporary repairs to, or expedite the permanent repair or replacement of, the Covered Property.

Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation.

The most the Company will pay under this coverage for all Expediting Expenses arising out of any one occurrence is the Limit of Insurance specified for Expediting Expenses shown in the Supplemental Coverage Declarations.

KTK-CMB-1C23569-4-15

MS C3 20 07 99

## EXPEDITING EXPENSES – BOILER & MACHINERY

This endorsement modifies insurance provided under the Property Coverage Form.

The following coverage is added under Section  B. 2., Covered Costs and Expenses:

**Expediting Expenses**

In the event of direct physical loss or damage to Covered Property caused by or resulting from an Accident to a Covered Object to which the Boiler and Machinery insurance provided under this policy applies, the Company will pay for the reasonable additional expenses incurred by the Insured to make temporary repairs to, or expedite the permanent repair or replacement of, the Covered Property.

Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation.

The most the Company will pay under this coverage for all Expediting Expenses arising out of any one occurrence is the Limit of Insurance specified for Expediting Expenses, Boiler & Machinery only, shown in the Supplemental Coverage Declarations.

KTK-CMB-1C23569-4-15

MS C3 25 07 99

## REIMBURSEMENT OF MASTER KEY COSTS

This endorsement modifies insurance provided under the Property Coverage Form.

The following coverage is added to Section B. 2., Covered Costs and Expenses:

**Reimbursement of Master Key Costs**

1.  The Company will pay for the actual and necessary costs to:

    a.  Replace keys; and

    b.  Either:

        (1)  Readjust existing locks to accept the new keys; or

        (2)  Replace existing locks, but only if necessary or less expensive than the cost of adjusting the existing locks;

    which the Insured incurs due to the theft or disappearance of a master key to buildings, rooms or compartments that are Covered Property or house Covered Property.

2.  With respect only to the insurance specifically provided under this coverage, the following changes apply to the Exclusions in Section D.:

    a.  Under exclusion D.2.b., the exclusion of loss or damage caused by or resulting from loss of use does not apply;

    b.  The exclusion of loss or damage caused by or resulting from dishonest or criminal act under D.2.e. does not apply, except with respect to dishonest or criminal acts by the Insured or any of the Insured's partners, directors or trustees;

    c.  Exclusion D.2.i., which excludes loss or damage caused by or resulting from voluntary parting with any property by the Insured or anyone else to whom the Insured has entrusted the property, does not apply to the voluntary parting with a master key if the Insured or anyone else to whom the Insured has entrusted the master key is induced to so by any fraudulent scheme, trick, device or false pretence; and

    d.  The exclusion of loss of property when there is no physical evidence to show what happened to the property under D.2.m. does not apply.

3.  The most the Company will pay for costs arising out of any one occurrence under this coverage is the Limit of Insurance specified for Reimbursement of Master Key Costs shown in the Supplemental Coverage Declarations.

KTK-CMB-1C23569-4-15

MS C3 27 07 99

## UTILITY SERVICES—DIRECT DAMAGE

This endorsement modifies insurance provided under the Property Coverage Form.  But this endorsement does not apply to, or amend any limits that otherwise apply for, loss or damage to Accounts Receivable records or to Valuable Papers and Records caused by the interruption, failure or fluctuation of power or utility service.

**A.**  The Company will pay for loss or damage to Covered Property at the Insured's premises caused by the interruption, failure or fluctuation of service to the Insured's premises. The interruption, failure or fluctuation must result from direct physical loss or damage by a Covered Cause of Loss to Utility Supply Services Property, as defined in B. and C. below, not at the Insured's premises.

**B.**  As used in this endorsement, Utility Supply Services Property means:

1.  **Water Supply Services Property**, meaning the following types of property supplying water to the Insured's premises:

    a.  Water treatment plants;
    b.  Water tanks;
    c.  Water mains; and
    d.  Pumping stations.

2.  **Communication Supply Services Property**, meaning property supplying communication services, including telephone, radio, microwave or television services, to the Insured's premises, such as:

    a.  Communication transmission lines (including optic fiber transmission lines), other than overhead transmission lines;
    b.  Coaxial cables; and
    c.  Microwave radio relays except satellites.

3.  **Power Supply Services Property**, meaning the following types of property supplying electricity, steam or gas to the Insured's premises:

    a.  Utility generating plants;
    b.  Switching stations;
    c.  Substations, pumping stations;
    d.  Transformers;
    e.  Transmission lines, other than overhead transmission lines; and
    f.  Tanks.

**C.**  When:

1.  Overhead Transmission Lines are indicated as included in the Supplemental Coverage Declarations; or

2.  An Overhead Transmission Lines Limit of Insurance is specified in the Supplemental Coverage Declarations;

Utility Supply Services Property also includes **Overhead Transmission Lines**, meaning overhead power transmission lines supplying electricity, steam or gas to the Insured's premises and overhead communication lines supplying communication services to the Insured's premises.

**D.**  All of the exclusions that apply to the Property Coverage Form apply to this coverage except exclusion D.1.i., Off Premises Utility Services.  In addition, the Company will not pay for any loss or damage under this coverage if the loss or damage to the Utility Supply Services Property results from any deliberate act or acts by the supplying utility to shed load or to maintain system integrity.

**E.**  The most the Company will pay for loss or damage under this coverage is the Limit of Insurance specified for Utility Services - Direct Damage shown in the Supplemental Coverage Declarations.  But the Company will not pay more for loss or damage to any Covered Property than the Limit of Insurance that applies to that Covered Property.

KTK-CMB-1C23569-4-15

MS C3 27 07 99

If a separate Overhead Transmission Lines Limit of Insurance is specified for this coverage in the Supplemental Coverage Declarations, the Overhead Transmission Lines Limit of Insurance is part of, and not in addition to the Utility Services – Direct Damage Limit of Insurance shown in the Supplemental Coverage Declarations.

KTK-CMB-1C23569-4-15

MS C3 38 03 00

## REWARD COVERAGE

This endorsement modifies insurance provided under the Property Coverage Form.

The following coverage is added under Section B.2., COVERED COSTS AND EXPENSES:

**Reward Payments**

1.  In the event of loss or damage to Covered Property due to an act of arson, theft or vandalism, the Company will reimburse the Insured for amounts the Insured offers and subsequently pays as a reward to anyone, other than the Insured, the Insured's officers, partners or directors, for information leading to:

    a.  The arrest and conviction of any person(s) responsible for the arson, theft or vandalism loss; or

    b.  The recovery of the stolen property.

2.  The most the Company will pay under this coverage for all rewards paid for information regarding any one arson, theft or vandalism loss is:

    a.  25% of:

        (1)  The amount the Company pays for the arson, theft or vandalism loss (prior to the recovery of any stolen property); plus

        (2)  The deductible in this policy applicable to that loss;

        or

    b.  $ 100,000

    whichever is less.

3.  No deductible applies to this coverage.

KTK-CMB-1C23569-4-15

MS C3 43 12 11

## PRESERVATION AND PROTECTION OF PROPERTY

This endorsement modifies the insurance provided under Property Coverage Form.

1. The Preservation of Property coverage in Section B.2.g. is replaced by the following:

   **g.  Preservation of Property**

   (1) If it becomes necessary to temporarily move Covered Property from insured premises to preserve it from the threat of imminent loss or damage by a Covered Cause of Loss, the Company will pay for any direct physical loss or damage to Covered Property while it is being moved from an insured premises, while temporarily stored at another location or while it is being moved back to an insured premises.

   (2) This Coverage will apply only if the loss or damage occurs within 90 days after the property is first moved and will cease when the policy is amended to provide insurance at the new location, the property is returned to the existing location, or this policy is cancelled or expires, whichever occurs first.

   (3) Payment under this Coverage is included in, and does not increase, the applicable Covered Property Limit of Insurance.

2. The Protection of Property coverage in Section B.2.h. is replaced by the following:

   **h.  Protection of Property**

   (1) If it becomes necessary to temporarily move Covered Property from insured premises to preserve it from the threat of imminent loss or damage by a Covered Cause of Loss the Company will pay for the necessary and reasonable expenses actually incurred by the Insured to remove the Covered Property from the insured premises and to move the Covered Property back to the insured premises within a reasonable time after the threat of imminent loss or damage to the property by the Covered Cause of Loss passes.

   (2) The Company will also pay for other necessary and reasonable expenses actually incurred by the Insured to temporarily safeguard Covered Property against the threat of imminent direct physical loss or damage by any of the "specified causes of loss".

   (3) The most the Company will pay under this Coverage for the sum of all expenses incurred due to the threat of loss or damage from any one occurrence is $250,000, subject to the following:

   (a) This Limit of Insurance is an additional amount of insurance that is not subject to, and does not reduce, the Covered Property Limits of Insurance. Under Section O. LIMITS OF INSURANCE in the General Conditions, Protection of Property is deleted from the list of Covered Costs and Expenses that will not increase the applicable Covered Property Limit(s) of Insurance. But if this policy is subject to a Policy Limit, the Limit of Insurance applicable to this Coverage is included in, and does not increase, the Policy Limit shown in the Supplemental Coverage Declarations.

   (b) When Earth Movement, Earthquake, Earthquake Sprinkler Leakage, Volcanic Eruption, Landslide or Mine Subsidence is a "specified cause of loss" under this policy, the Company's payment for the sum of all expenses incurred due to the threat of loss or damage from all threatened occurrences of all such "specified causes of loss" in any one policy year will not exceed $250,000. This Limit of Insurance is not subject to, and does not reduce, the Limits of Insurance that apply to such "specified causes of loss".

   (c) When Flood is a "specified cause of loss" under this policy, the Company's payment for the sum of all expenses incurred due to the threat of loss or damage from all threatened occurrences of such "specified cause of loss" in any one policy year will not exceed $250,000. This Limit of Insurance is not subject to, and does not reduce, the Limit of Insurance that applies to such "specified cause of loss".

   (d) If the threat of imminent direct physical loss or damage to Covered Property from the same occurrence spans over multiple policy years, only the limit that applies in the policy

KTK-CMB-1C23569-4-15

MS C3 43 12 11

year in which the expenses are first incurred by the Insured will apply to the insurance provided for expenses incurred due to the threat of loss or damage from that occurrence.

(4) This Coverage is subject to the deductible that applies to loss or damage to the Covered Property by the Covered Cause of Loss against which the property is being safeguarded.

KTK-CMB-1C23569-4-15

MS C4 09 07 99

## UTILITY SERVICES—TIME ELEMENT

This endorsement modifies insurance provided under the Business Income Coverage Forms and the Extra Expense Coverage Form.

**A.**   The coverage provided for loss of Business Income, Rental Value and/or Extra Expense is extended to apply to such loss and/or expense at the Insured's premises caused by the interruption, failure or fluctuation of service to the Insured's premises. The interruption, failure or fluctuation must result from direct physical loss or damage by a Covered Cause of Loss to Utility Supply Services Property, as defined in B. and C. below, that is located away from the Insured's premises or outside of a building at the Insured's premises.

**B.**   As used in this endorsement, Utility Supply Services Property means:

1.   **Water Supply Services Property**, meaning the following types of property supplying water to the Insured's premises:

   a.   Water treatment plants;
   b.   Water tanks;
   c.   Water mains; and
   d.   Pumping stations.

2.   **Communication Supply Services Property**, meaning property supplying communication services, including telephone, radio, microwave or television services, to the Insured's premises, such as:

   a.   Communication transmission lines (including optic fiber transmission lines), other than overhead transmission lines;
   b.   Coaxial cables; and
   c.   Microwave radio relays except satellites.

3.   **Power Supply Services Property**, meaning the following types of property supplying electricity, steam or gas to the Insured's premises:

   a.   Utility generating plants;
   b.   Switching stations;
   c.   Substations, pumping stations;
   d.   Transformers;
   e.   Transmission lines, other than overhead transmission lines; and
   f.   Tanks.

**C.**   When:

1.   Overhead Transmission Lines are indicated as included in the Supplemental Coverage Declarations; or

2.   An Overhead Transmission Lines Limit of Insurance is specified in the Supplemental Coverage Declarations;

Utility Supply Services Property also includes **Overhead Transmission Lines**, meaning overhead power transmission lines supplying electricity, steam or gas to the Insured's premises and overhead communication lines supplying communication services to the Insured's premises.

**D.**   All of the exclusions that apply to the Coverage Form(s) modified by this endorsement apply to this coverage except exclusion C.1.b., Off Premises Utility Services. In addition, the Company will not pay for any loss or expense under this coverage if the loss or damage to the Utility Supply Services Property results from any deliberate act or acts by the supplying utility to shed load or to maintain system integrity.

**E.**   The most the Company will pay for loss or expense under this coverage is the Limit of Insurance specified for Utility Services – Time Element shown in the Supplemental Coverage Declarations. This Limit of Insurance is part of and does not increase the Business Income and/or Extra Expense Limit(s) of Insurance provided under this policy.

If a separate Overhead Transmission Lines Limit of Insurance is specified for this coverage in the Supplemental Coverage Declarations, the Overhead Transmission Lines Limit of Insurance is part of, and not in addition to the Utility Services – Time Element Limit of Insurance shown in the Supplemental Coverage Declarations.

KTK-CMB-1C23569-4-15

MS C4 09 07 99

**F.** When a number of hours is shown in the deductible item in the Supplemental Coverage Declarations for Utility Services – Time Element, the Company will pay under this coverage only for loss of Business Income or Rental Value the Insured sustains after that number of hours immediately following the direct physical loss or damage to the Utility Supply Services Property.  This deductible does not apply to Extra Expense.

KTK-CMB-1C23569-4-15

MS C4 11 07 99

# INGRESS OR EGRESS - TIME ELEMENT

This endorsement modifies insurance provided under the Business Income and Extra Expense Coverage Forms.

The following is added to the Additional Coverage Extensions:

**Ingress or Egress**

**A.** The Company will pay for the actual loss of Business Income and/or Rental Value, as otherwise insured, sustained by the Insured due to the necessary "suspension" of the Insured's "operations". If Extra Expense Coverage applies, the Company will pay for the reasonable and necessary Extra Expense the Insured incurs. The "suspension" and the Extra Expense must be because ingress to or egress from the Insured's premises is prevented (other than as provided in the Civil Authority Coverage) as a direct result of loss or damage to property within one mile of the Insured's premises, caused by or resulting from a Covered Cause of Loss.

**B.** Under the Business Income Coverage Form Including Extra Expense:

    1. Coverage for Business Income and/or Rental Value will begin at the time ingress to or egress from the Insured's premises is first prevented or, if a number of hours is shown in the Business Income deductible item in the Supplemental Coverage Declarations, that number of hours after the ingress or egress is first prevented. Coverage will then apply for a period of up to 30 consecutive days.

    2. Coverage for Extra Expense will begin immediately after ingress to or egress from the Insured's premises is first prevented, and will apply up to the later of the following:

        a. 30 consecutive days after the date the ingress or egress is first prevented; or
        b. The date Business Income and/or Rental Value coverage ends when.

**C.** Under the Business Income Coverage Form Excluding Extra Expense, coverage for Business Income and/or Rental Value will begin at the time ingress to or egress from the Insured's premises is first prevented or, if a number of hours is shown in the Business Income deductible item in the Supplemental Coverage Declarations, that number of hours after the ingress or egress is first prevented. Coverage will then apply for a period of up to 30 consecutive days.

**D.** Under the Extra Expense Coverage Form, coverage for Extra Expense will begin immediately after ingress to or egress from the Insured's premises is first prevented, and will apply for a period of up to 30 consecutive days.

**E.** The most the Company will pay for loss under this coverage is the Limit of Insurance specified for Ingress or Egress – Time Element shown in the Supplemental Coverage Declarations. This Limit of Insurance is part of and not in addition to the Limit(s) of Insurance applicable to Business Income, Rental Value and/or Extra Expense.

KTK-CMB-1C23569-4-15

MS C5 05 07 99

# REPLACEMENT COST

This endorsement modifies the Property Coverage Form.

The following Valuation Provisions are added:

## A. REPLACEMENT COST

In the event of a covered loss or damage, the Company will determine the value of Covered Property at replacement cost as of the time and place of loss, without deduction for physical deterioration, depreciation, obsolescence and depletion, except as otherwise provided in this endorsement or as stipulated by any other endorsement(s) attached to this policy. This replacement cost valuation is subject to the following conditions:

1. The Company will not pay more on a replacement cost basis than the least of:

    a. The cost to repair, rebuild or replace, at the same site, the lost, damaged or destroyed property, with other property of comparable size, material and quality; or

    b. The actual amount incurred by the Insured that is necessary to repair, rebuild or replace the lost, damaged or destroyed property; or

    c. The Limit of Insurance applicable to the lost, damaged or destroyed property.

2. The Company will not pay for any loss or damage on a replacement cost basis until the property is repaired, rebuilt or replaced, and then only if such repair, rebuilding or replacement is made as soon as reasonably possible after the loss or damage. If the property is not repaired, rebuilt or replaced as soon as reasonably possible after the loss or damage, the value of the property will be determined at "Actual Cash Value". This restriction does not apply to losses less than $25,000.

3. For property to which this replacement cost valuation applies, the Insured may make a claim for loss or damage on an "Actual Cash Value" basis instead of on a replacement cost basis. In the event the Insured elects to have loss or damage settled on an "Actual Cash Value" basis, the Insured may still make a claim on a replacement cost basis if the Insured notifies the Company within 180 days after the loss or damage.

4. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property unless a Limit of Insurance is specified for Ordinance or Law in the Supplemental Coverage Declarations, and then only to the extent provided under that coverage.

5. In the event the Insured decides to repair, rebuild or replace the damaged or destroyed property, payment will include any reasonable and necessary architectural, engineering, consulting or supervisory fees related to the construction, repair or replacement of the damaged or destroyed property. This will not increase the applicable Limits of Insurance.

## B. REPLACEMENT COST EXCEPTIONS

1. Valuable Papers and Records and Electronic Data Processing Data and Media will be valued as follows:

    a. At the Insured's cost to research, replace or restore the lost information on lost, damaged or destroyed Valuable Papers and Records or Electronic Data Processing Data and Media for which duplicates do not exist;

    b. At the cost of blank materials or media and the cost of copying data onto blank materials or media when duplicates of the papers, records or data exist;

    c. At the cost of blank materials or media of the same kind and quality if the papers, records or data are not replaced;

    d. At the specified amount per article for those articles which are specifically declared, described and valued in a schedule forming a part of this policy.

2. Brands and Labels - If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss and the Company takes all or part of the property at an agreed or appraised value, the Company will also pay:

KTK-CMB-1C23569-4-15

MS C5 05 07 99

    a.  Any expenses incurred by the Insured to:

        (1)  Stamp the word `Salvage' on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

        (2)  Remove the brands or labels, if doing so will not physically damage the merchandise.  The Insured must relabel the merchandise or its containers to comply with the law.

    b.  Any reduction in the salvage value of the damaged merchandise with the brands or labels removed.

But this will not increase the Limit(s) of Insurance applicable to the lost or damaged property.

3.  "Electronic Data Processing Equipment" will be valued on a replacement cost basis as provided in Section A. of this endorsement.  However, in the event replacement of "Electronic Data Processing Equipment" with identical property is impossible, the replacement cost will be the cost of items that are similar to the damaged or destroyed equipment and intended to perform the same function, but which may include technological advances.

4.  "Fine Arts" will be valued at the least of:

    a.  The cost of reasonably restoring that property; or

    b.  The cost of replacing that property, at the time and place of loss, with substantially the same property; or

    c.  The market value of the property at the time and place of loss or, if the article of property is specifically declared, described and valued in a schedule forming a part of this policy, the amount per article specified in the Schedule.

5.  "Finished Stock" will be valued at the selling price less discounts and expenses the Insured otherwise would have had.

6.  Pairs, Sets, or Parts

    a.  Pairs or Sets - In case of loss to any part of a pair or set, the Company may, at its option:

        (1)  Repair or replace any part to restore the pair or set to its value before the loss; or

        (2)  Pay the difference between the value of the pair or set before and after the loss.

    b.  Parts -  In case of loss to any part of Covered Property consisting of several parts when complete, the Company will only pay for the value of the lost or damaged part.

7.  Patterns, dies, molds, and forms not in current usage will be valued at "Actual Cash Value".  If loss is paid on an "Actual Cash Value" basis, and within 24 months from the date of the loss the Insured needs to repair or replace one or more of the items, the Company will pay the Insured, subject to the conditions of this insurance, the difference between "Actual Cash Value" and replacement cost for those patterns, molds and dies which are actually repaired or replaced.

8.  Business Personal Property sold by the Insured but not delivered will be valued at the selling price less discounts and expenses the Insured otherwise would have had.

9.  Business Personal Property of Others will be valued at the amount for which the Insured is liable, not to exceed the replacement cost.

10.  "Stock in Process" will be valued at the cost of "raw stock", labor expended, plus the proper proportion of overhead charges.

11.  Tenant's Improvements and Betterments will be valued at:

    a.  Replacement cost of the damaged or destroyed property (subject to the provisions of Section A. above) if the insured tenant makes the repairs or replaces promptly.

    b.  A proportion of the insured tenant's original cost if the insured tenant does not make repairs promptly.  The Company will determine the proportionate value as follows:

        (1)  Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        (2)  Divide the amount determined in (1) above by the number of days from the installation of improvements to the expiration of the lease.

KTK-CMB-1C23569-4-15

MS C5 05 07 99

If the insured tenant's lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

c. If repaired or replaced at the expense of others, there will be no liability hereunder.

12. "Vacant" property will be valued at "Actual Cash Value".

**C. ADDITIONAL DEFINITION**

The following definition is in addition to those contained in the Property Coverage Form.

**"Actual Cash Value"** means the cost to repair, rebuild or replace the lost or damaged property, at the time and place of the loss, with other property of comparable size, material and quality, less allowance for physical deterioration, depreciation, obsolescence and depletion.

KTK-CMB-1C23569-4-15

MS C5 26 07 99

## ERRORS AND OMISSIONS

This endorsement modifies the General Conditions.

General Condition Z., Unintentional Errors in Description, is deleted and replaced with the following:

**Z.  ERRORS AND OMISSIONS**

The insurance provided by this policy is extended to apply with respect to loss or damage to property at locations within the Policy Territory that are owned, leased or operated by the Insured, if such loss or damage is not payable under this policy solely due to:

1.  Any error or unintentional omission in the description of the address of the property, whether made at the inception of the policy period or at the time of any subsequent endorsement(s) to the policy; or

2.  Failure through any error or unintentional omission to:

    a.  Include any location of the Insured at the inception of the policy; or

    b.  Report any newly acquired location before the period of automatic coverage provided under this policy for the newly acquired location expires.

The most the Company will pay for loss or damage under this condition is the Limit of Insurance specified for Errors and Omissions shown in the Supplemental Coverage Declarations.  But in no event will the Company pay more for loss or damage than the amount the Company would have paid had no error or unintentional omission occurred or had the period of automatic coverage for the newly acquired location not expired.

Upon discovery of the error or unintentional omission, the Insured will report the correct information to the Company.  An additional premium may be charged based upon the corrected information.

KTK-CMB-1C23569-4-15

MS C5 27 03 00

## EXTRA EXPENSE DEDUCTIBLE

Under the General Conditions, the last sentence of Section B., APPLICATION OF DEDUCTIBLES, which states that no deductible applies to Extra Expense, does not apply.  The Extra Expense coverage provided under this policy is subject to the applicable deductible(s) indicated in the Supplemental Coverage Declarations or in the forms or endorsements attached to this policy.

KTK-CMB-1C23569-4-15

MS C5 30 10 02

### CLAIM DATA EXPENSE ENDORSEMENT

This endorsement modifies insurance provided under the Property Coverage Form, the Business Income Coverage Form and the Extra Expense Coverage Form.

The following is added to the Claim Data Expense coverage:

The Company will not pay for any expenses incurred, directed, or billed by or payable to insurance brokers or agents, or their associates or subsidiaries, without the Company's written consent prior to such expenses being incurred.

KTK-CMB-1C23569-4-15

MS C5 39 05 04

# MULTIPLE OF AVERAGE DAILY VALUE
# TIME ELEMENT DEDUCTIBLE

This endorsement modifies the General Conditions.

The following provision is added to General Condition B. APPLICATION OF DEDUCTIBLES:

**Multiple of Average Daily Value Deductibles**

1.  When a Multiple of Average Daily Value is indicated in the Supplemental Coverage Declarations as the deductible applicable for Business Income, Rental Value and/or Extra Expense (Time Element), the Company will not pay for such loss in any one occurrence until the amount of loss exceeds the deductible amount developed as follows:

    a.  For all of the Insured's premises where Business Income, Rental Value or Extra Expense loss is incurred by the Insured due to the direct physical loss or damage by a Covered Causes of Loss, determine the total amount of Business Income and/or Rental Value that would have been earned or incurred by the Insured during the "period of restoration" had no direct physical loss or damage by the Covered Cause of Loss, including a covered Accident to a Covered Object, occurred;

    b.  Divide the amount determined in a. above by the number of days in the "period of restoration". This is the Average Daily Value;

    c.  Multiply the Average Daily Value determined in b. above by the Multiple of Average Daily Value specified in the Supplemental Coverage Declarations.

    The Company will then pay the amount of loss in excess of this deductible, up to the applicable Limit(s) of Insurance.

2.  If a Multiple of Average Daily Value deductible and one or more other deductibles apply to loss or damage in the same occurrence, the deductibles will be applied as follows:

    a.  All deductibles, other than the Multiple of Average Daily Value deductible, will be applied in accordance with the APPLICATION OF DEDUCTIBLES condition in Section B. of the General Conditions form, including the Two or More Deductibles in Any One Occurrence provision under item 5. of that condition.

    b.  The Multiple of Average Daily Value deductible will apply separately and in addition to deductible amounts applied to the covered Business Income, Rental Value and Extra Expense loss under 2.a. above.

KTK-CMB-1C23569-4-15

MS C5 41 03 15

## PROHIBITED COVERAGE – UNLICENSED INSURANCE
## AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies the General Conditions.

The following conditions are added:

1. **PROHIBITED COVERAGE – UNLICENSED INSURANCE**

   a. With respect to loss sustained by any Insured, or loss to any property, located in a country or jurisdiction in which the Company is not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

   b. The Company does not assume responsibility for:

      (1) The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because the Company is not licensed to provide insurance in such country or jurisdiction; or

      (2) The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which the Company is not licensed to provide insurance.

2. **PROHIBITED COVERAGE – TRADE OR ECONOMIC SANCTIONS**

   The Company will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose the Company or any of the Company's affiliated or parent companies to:

   a. Any trade or economic sanction under any law or regulation of the United States of America; or

   b. Any other applicable trade or economic sanction, prohibition or restriction.

© 2015 The Travelers Indemnity Company.  All rights reserved.

KTK-CMB-1C23569-4-15

MS C6 06 11 05

## HIGH HAZARD WIND COUNTIES AND SPECIFIC CITIES

The following listing of high hazard wind counties (parishes in Louisiana) and specific cities by State is provided to determine applicable Coverage, Limit(s) of Insurance and Deductible(s) referred to in the Supplemental Coverage Declarations.  Specific cities are designated by an asterisk *.

| STATE | HIGH HAZARD WIND COUNTIES AND SPECIFIC CITIES | | |
|---|---|---|---|
| **Alabama** | Baldwin | Mobile | |
| | | | |
| **Delaware** | Kent | Sussex | |
| | | | |
| **Florida** | All Counties | | |
| | | | |
| **Georgia** | Brantley | Chatham | Long |
| | Bryan | Effingham | McIntosh |
| | Camden | Glynn | Wayne |
| | Charlton | Liberty | |
| | | | |
| **Hawaii** | All Counties | | |
| | | | |
| **Louisiana** | Acadia | Jefferson | St. John the Baptist |
| | Allen | Jefferson Davis | St. Landry |
| | Ascension | Lafayette | St. Martin |
| | Assumption | Lafourche | St. Mary |
| | Beauregard | Livingston | St. Tammany |
| | Calcasieu | Orleans | Tangipahoa |
| | Cameron | Plaquemines | Terrebonne |
| | East Baton Rouge | Pointe Coupee | Vermillion |
| | East Feliciana | St. Bernard | Washington |
| | Evangeline | St. Charles | West Baton Rouge |
| | Iberia | St. Helena | West Feliciana |
| | Iberville | St. James | |
| | | | |
| **Massachusetts** | Barnstable | Dukes | Plymouth |
| | Bristol | Nantucket | |
| | | | |
| **Maryland** | Calvert | St. Mary's | Wicomico |
| | Dorchester | Somerset | Worchester |
| | | | |
| **Mississippi** | George | Harrison | Pearl River |
| | Hancock | Jackson | Stone |
| | | | |
| **New Jersey** | Atlantic | Cape May | Monmouth |
| | Burlington | Cumberland | Ocean |
| | | | |
| **New York** | Nassau | Suffolk | |

Page 1 of 2

KTK-CMB-1C23569-4-15

MS C6 06 11 05

| STATE | HIGH HAZARD WIND COUNTIES AND SPECIFIC CITIES | | |
|---|---|---|---|
| **North Carolina** | Beaufort | Dare | Onslow |
| | Bertie | Duplin | Pamlico |
| | Bladen | Gates | Pasquotank |
| | Brunswick | Greene | Pender |
| | Camden | Hertford | Perquimans |
| | Carteret | Hyde | Pitt |
| | Chowan | Jones | Sampson |
| | Columbus | Lenoir | Tyrrell |
| | Craven | Martin | Washington |
| | Currituck | New Hanover | |
| | | | |
| **Puerto Rico** | All Counties | | |
| | | | |
| **Rhode Island** | Bristol | Newport | Washington |
| | | | |
| **South Carolina** | Beaufort | Dorchester | Horry |
| | Berkeley | Florence | Jasper |
| | Charleston | Georgetown | Marion |
| | Colleton | Hampton | Williamsburg |
| | | | |
| **Texas** | Aransas | Hardin | Live Oak |
| | Bee | Harris | Matagorda |
| | Brazoria | Hidalgo | Newton |
| | Brooks | Jackson | Nueces |
| | Calhoun | Jasper | Orange |
| | Cameron | Jefferson | Refugio |
| | Chambers | Jim Wells | San Patricio |
| | Fort Bend | Kenedy | Victoria |
| | Galveston | Kleberg | Wharton |
| | Goliad | Liberty | Willacy |
| | | | |
| **Virginia** | Accomack | Little Creek City * | Poquoson City * |
| | Chesapeake City * | Matthews | Portsmouth City * |
| | Gloucester | Middlesex | Suffolk City * |
| | Hampton City * | Newport News City * | Virginia Beach City * |
| | Isle of Wight | Norfolk City * | York |
| | Lancaster | Northampton | |
| | Langley Field City * | Northumberland | |

Page 2 of 2

KTK-CMB-1C23569-4-15

MS C6 09 07 13

# HIGH AND MODERATE HAZARD EARTHQUAKE, VOLCANIC ERUPTION, LANDSLIDE AND MINE SUBSIDENCE COUNTIES

The following listing of high hazard and moderate hazard Earthquake, Volcanic Eruption, Landslide and Mine Subsidence counties (and independent cities as indicated by an *) by State is provided to determine applicable Coverage, Limit(s) of Insurance and Deductible(s) referred to in the Supplemental Coverage Declarations.

| STATE | HIGH HAZARD COUNTIES | MODERATE HAZARD COUNTIES | | |
|---|---|---|---|---|
| **Arizona** | | Yuma | | |
| | | | | |
| **Arkansas** | Clay | Arkansas | Izard | Prairie |
| | Mississippi | Craighead | Jackson | Randolph |
| | | Crittenden | Lawrence | Sharp |
| | | Cross | Lee | St. Francis |
| | | Cleburne | Lonoke | Stone |
| | | Fulton | Monroe | White |
| | | Greene | Phillips | Woodruff |
| | | Independence | Poinsett | |
| | | | | |
| **Idaho** | | Bear Lake | Fremont | Teton |
| | | | | |
| **Illinois** | Pulaski | Alexander | Jackson | Randolph |
| | | Bond | Jasper | Richland |
| | | Clay | Jefferson | St. Clair |
| | | Clinton | Johnson | Saline |
| | | Crawford | Lawrence | Shelby |
| | | Cumberland | Macoupin | Union |
| | | Edwards | Madison | Wabash |
| | | Effingham | Marion | Washington |
| | | Fayette | Massac | Wayne |
| | | Franklin | Monroe | White |
| | | Gallatin | Montgomery | Williamson |
| | | Hamilton | Perry | |
| | | Hardin | Pope | |
| | | | | |
| **Indiana** | | Adams | Pike | Sullivan |
| | | Gibson | Posey | Vanderburgh |
| | | Jay | Randolph | Warrick |
| | | Knox | Spencer | |
| | | | | |
| **Kentucky** | Fulton | Ballard | Hancock | Muhlenberg |
| | Hickman | Caldwell | Henderson | Ohio |
| | | Calloway | Hopkins | Todd |
| | | Carlisle | Livingston | Trigg |
| | | Christian | Lyon | Union |
| | | Crittenden | Marshall | Webster |
| | | Daviess | McCracken | |
| | | Graves | McLean | |
| | | | | |

KTK-CMB-1C23569-4-15

MS C6 09 07 13

| STATE | HIGH HAZARD COUNTIES | MODERATE HAZARD COUNTIES | | |
|---|---|---|---|---|
| **Mississippi** | | Alcorn | Marshall | Tate |
| | | Bolivar | Panola | Tippah |
| | | Coahoma | Quitman | Tunica |
| | | DeSoto | Pontotoc | Union |
| | | Lafayette | Tallahatchie | |
| | | | | |
| **Missouri** | Dunklin | Bollinger | Jefferson | St. Francois |
| | Mississippi | Butler | Perry | St. Louis |
| | New Madrid | Cape Girardeau | Madison | St. Louis City* |
| | Pemiscot | Carter | Oregon | Ste. Genevieve |
| | | Crawford | Reynolds | Stoddard |
| | | Dent | Ripley | Texas |
| | | Franklin | Scott | Washington |
| | | Howell | Shannon | Wayne |
| | | Iron | St. Charles | |
| | | | | |
| **Montana** | | Flathead | Lake | |
| | | Gallatin | Madison | |
| | | | | |
| **Nevada** | | Carson City* | Lyon | Storey |
| | | Douglas | Mineral | Washoe |
| | | Esmeralda | Nye | |
| | | | | |
| **Ohio** | | Allen | Hardin | Paulding |
| | | Auglaize | Henry | Preble |
| | | Champaign | Logan | Putnam |
| | | Clark | Madison | Shelby |
| | | Darke | Mercer | Union |
| | | Greene | Miami | Van Wert |
| | | Hancock | Montgomery | Wyandot |
| | | | | |
| **Oregon** | | Coos | Klamath | Multnomah |
| | | Curry | Marion | Washington |
| | | | | |
| **South Carolina** | | Beaufort | Charleston | Dorchester |
| | | Berkeley | Colleton | Georgetown |
| | | | | |
| **Tennessee** | Dyer | Carroll | Hardin | McNairy |
| | Lake | Chester | Haywood | Montgomery |
| | Lauderdale | Crockett | Henderson | Shelby |
| | Obion | Fayette | Henry | Stewart |
| | Tipton | Gibson | Houston | Weakley |
| | | Hardeman | Madison | |
| | | | | |

KTK-CMB-1C23569-4-15

MS C6 09 07 13

| STATE | HIGH HAZARD COUNTIES | MODERATE HAZARD COUNTIES | | |
|---|---|---|---|---|
| **Utah** | | Box Elder | Davis | Utah |
| | | Cache | Salt Lake | Weber |
| | | | | |
| **Washington** | | Clallam | King | Pierce |
| | | Clark | Kitsap | San Juan |
| | | Cowlitz | Kittitas | Skagit |
| | | Grays Harbor | Lewis | Snohomish |
| | | Island | Mason | Thurston |
| | | Jefferson | Pacific | Whatcom |
| | | | | |
| **Wyoming** | | Lincoln | Teton | |
| | | | | |

KTK-CMB-1C23569-4-15

MS C6 11 07 99

## LOSS PAYABLE PROVISIONS

This endorsement modifies the General Conditions.

Each of the following Loss Payment provisions, A., B. and C.,  is added to Section P. Loss Payment contained in the General Conditions, only as indicated in the Schedule in D. below:

**A.  LOSS PAYABLE**

For Covered Property in which both the Insured and a Loss Payee shown in the Schedule below have an insurable interest, the Company will:

1. Adjust losses with the Insured; and

2. Pay any claim for loss or damage jointly to the Insured and the Loss Payee, as their interests may appear.

**B.  LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule below is a creditor, including a mortgagee or trustee, whose interest in Covered Property is established by such written instruments as:

    a. Warehouse receipts;

    b. A contract for deed;

    c. Bills of lading;

    d. Financing statements; or

    e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both the Insured and a Loss Payee have an insurable interest:

    a. The Company will pay for covered loss or damage to each Loss Payee in their order of precedence, as their interests may appear.

    b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

    c. If the Company denies the Insured's claim because of the Insured's acts or because the Insured has failed to comply with terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

        (1) Pays any premium due under this policy at the Company's request if the Insured has failed to do so;

        (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from the Company of the Insured's failure to do so; and

        (3) Has notified the Company of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

    All of the terms of this policy will then apply directly to the Loss Payee.

    d. If the Company pays the Loss Payee for any loss or damage and denies payment to the Insured because of the Insured's acts or because the Insured has failed to comply with the terms of this policy:

        (1) The Loss Payee's rights will be transferred to the Company to the extent of the amount the Company pays; and

        (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

    At the Company's option, the Company may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, the Insured will pay it's remaining debt to the Company.

3. If the Company cancels this policy, the Company will give written notice to the Loss Payee at least:

KTK-CMB-1C23569-4-15

MS C6 11 07 99

    a.  10 days before the effective date of cancellation if the Company cancels for the Insured's non-payment of premium; or

    b.  60 days before the effective date of cancellation if the Company cancels for any other reason.

  4.  If the Company elects not to renew this policy, the Company will give written notice to the Loss Payee at least 30 days before the expiration date of this policy.

**C.  CONTRACT OF SALE**

  1.  The Loss Payee shown in the Schedule below is a person or organization the Insured has entered a contract with for the sale of Covered Property.

  2.  For Covered Property in which both the Insured and the Loss Payee have an insurable interest, the Company will:

    a.  Adjust losses with the Insured; and

    b.  Pay any claim for loss or damage jointly to the Insured and the Loss Payee, as interest may appear.

  3.  The following is added to Item U. Other Insurance contained in the General Conditions:

    For Covered Property that is the subject of a contract of sale, the word "Insured" includes the Loss Payee.

**D.  SCHEDULE**

| Insured Premises Address | Description of Covered Property | Loss Payee Name & Address | Loss Payable Provision Applicable |
|---|---|---|---|
| As per Schedule on File with the Company | As per Schedule on File with the Company | As per Schedule on File with the Company | A |

KTK-CMB-1C23569-4-15

MS C8 02 07 99

## EXCLUSION - CERTAIN COMPUTER RELATED LOSSES DUE TO DATES OR TIMES
### (Property and Boiler and Machinery Coverages)

This endorsement modifies insurance provided under the following:

Property Coverages
Boiler And Machinery Coverages

a. This policy does not insure against loss or damage caused consisting of or caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss except as provided in B.

    1. The failure, malfunction or inadequacy or the inability to use or have access to:

        a. Any of the following, whether belonging to the Insured or to others:

            (1) computer hardware, including microprocessors;

            (2) computer application software;

            (3) computer operating systems and related software;

            (4) computer networks;

            (5) microprocessors (computer chips) not part of any computer system;

            (6) any other computerized or electronic equipment or components; or

        b.. Any other products or services that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph 1.a. of this endorsement;

        due to the inability of those products or services described in paragraphs 1.a. and 1.b. to correctly recognize, distinguish, interpret or accept one or more dates or times.

    2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair or supervision done by or for the Insured to determine, rectify or test, any potential or actual failure, malfunction or inadequacy described in paragraph A.1. above.

    3. The destruction, disruption, distortion or corruption of any computer data, coding, program or software if related to dates or times due to the inability of those products or services described in paragraphs 1.a. and 1.b. to correctly recognize, distinguish, interpret or accept one or more dates or times.

B. If an excluded Type or Cause of Loss as described in A. 1., 2. and 3. of this endorsement results in:

    1. A Covered Cause of Loss under the Property Coverages then this policy shall pay only for such resulting direct physical loss or damage subject to the following exceptions:

    This policy will not pay for resulting loss or damage if the cause of loss is:

        a. Mechanical or machinery breakdown; or

        b. Artificially generated electrical current, including electrical arcing, that disturbs items in paragraph A.1. above

    unless fire results, and then this policy shall pay only for the direct physical loss or damage caused by that fire.

    2. An accident to an object under the Boiler and Machinery Coverages then this policy shall pay only for such resulting direct physical loss or damage.

C. This policy does not insure against any preventive or remedial costs to repair or modify any items in A.1.a. and b. above to correct any actual or potential deficiencies or change any features of logic or operation.

D. This policy does not insure against any expense incurred by the insured or others in the defense, safeguarding, protecting or recovering of property whether before or after loss due to any actual or potential loss excluded in paragraph A. above.

KTK-CMB-1C23569-4-15

MS C8 70 10 10

# ILLINOIS CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in and coverages provided with respect to locations in the state of Illinois.

**A. CHANGES TO THE GENERAL CONDITIONS**

1. The following applies to Section C., APPRAISAL:

   If this policy covers:

   a. The following in a. and b., then Paragraphs b. and 2. apply:

      (1) Real property used principally for residential purposes up to and including a four family dwelling; or

      (2) Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes;

   b. Section C., APPRAISAL, is amended in part to read:

      (1) Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in (2) below.

      (2) The Company will pay the Insured's appraiser fee and the umpire's appraiser fee, if the following conditions exist:

         (i) The Insured demanded the appraisal; and

         (ii) The full amount of loss, as set by the Insured's appraiser, is agreed to by the Company's appraiser or by the umpire.

2. Section F., Concealment, Misrepresentation Or Fraud, is replaced by the following:

   F. Concealment, Misrepresentation Or Fraud

      1. This policy is void if the Insured or any other person or entity insured under this policy, at any time, commits fraud or conceals or misrepresents a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

         a. Was made with actual intent to deceive; or

         b. Materially affected either the Company's decision to provide this insurance or the hazard assumed by the Company.

         However, this condition will not serve as a reason to void this policy after the policy has been in effect for one year or one policy term, whichever is less.

      2. This policy is void if the Insured or any other person or entity insured under this policy, at any time subsequent to the issuance of this insurance, commits fraud or intentionally conceals or misrepresents a material fact relating to:

         a. This policy;

         b. The Covered Property;

         c. The Insured's interest in the Covered Property; or

         d. A claim under this policy.

      3. Notwithstanding the limitations stated in 1. above, the Company may cancel this policy in accordance with the terms of the Cancellation and Nonrenewal General Condition.

3. The following is added to Section M., LEGAL ACTION AGAINST THE COMPANY:

   The two year period for legal action against the Company is extended by the number of days between the date the proof of loss is filed with the Company and the date the Company denies the claim in whole or part.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 2

KTK-CMB-1C23569-4-15

MS C8 70 10 10

**B. CHANGE TO THE PROPERTY COVERAGE FORM**

The following exclusion and related provisions are added to Section D.2., EXCLUSIONS in the Property Coverage Form:

1. The Company will not pay for loss or damage arising out of any act an Insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no Insured is entitled to coverage, even Insured's who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-Insured who did not cooperate in or contribute to the creation of the loss if:

   a. The loss arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If the Company pays a claim pursuant to B.2. of this endorsement, the Company's payment to the Insured is limited to that Insured's insurable interest in the property less any payments the Company first made to a mortgagee or other party with a legal secured interest in the property. In no event will the Company pay more than the Limit of Insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

KTK-CMB-1C23569-4-15

MS C8 72 01 03

## INDIANA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under this policy.

The GENERAL CONDITIONS FORM is amended as follows:

A.   Section D., CANCELLATION AND NONRENEWAL, Item 1.b. is replaced by the following:

    b.   (1)   Cancellation Of Policies In Effect For 90 Days Or Less.

            If this policy has been in effect for 90 days or less, the Company may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

            (a)   10 days before the effective date of cancellation if the Company cancels for nonpayment of premium;

            (b)   20 days before the effective date of cancellation if the Insured has perpetrated a fraud or material misrepresentation on the Company; or

            (c)   30 days before the effective date of cancellation if the Company cancels for any other reason.

      (2)   Cancellation Of Policies In Effect For More Than 90 Days.

            If this policy has been in effect for more than 90 days, or is a renewal of a policy the Company issued, the Company may cancel this policy, only for one or more of the reasons listed below, by mailing or delivering to the first Named Insured written notice of cancellation at least:

            (a)   10 days before the effective date of cancellation if the Company cancels for nonpayment of premium;

            (b)   20 days before the effective date of cancellation if the Insured has perpetrated a fraud or material misrepresentation on the Company; or

            (c)   60 days before the effective date of cancellation; if:

               (i)   There has been a substantial change in the scale of risk covered by this policy; or

               (ii)   Reinsurance of the risk associated with this policy has been cancelled.

               (iii)   The Insured has failed to comply with reasonable safety recommendations.

B.   Section D., CANCELLATION AND NONRENEWAL, Item 2. is replaced by the following:

    2.   Nonrenewal

        a.   If the Company elects not to renew this policy, the Company will mail or deliver to the first Named Insured written notice of nonrenewal at least 60 days before:

            (1)   The expiration date of this policy, if the policy is written for a term of one year of less; or

            (2)   The anniversayr date of this policy, if the policy is written for a term or more than one year.

        b.   The Company will mail or deliver notice of nonrenewal to the first Named Insured's last mailing address known to the Company.  If notice is mailed, proof of mailing will be sufficient proof of notice.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

KTK-CMB-1C23569-4-15

MS C8 73 01 03

# INDIANA CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in and coverages provided for locations in the state of Indiana.

**A.    CHANGE TO THE GENERAL CONDITIONS**

1. Section X., SUBROGATION AND SUBROGATION WAIVER, Item 2., Subrogation – All Other Coverages is replaced with the following:

    X.    If any person or organization to or for whom the Company makes payment under this policy has rights to recover damages from another; those rights are transferred to the Company to the extent of such payment.  The Company's right to recover damages from another may be enforced even if the person or organization to or for whom the Company makes payment has not been fully compensated for damages.  That person or organization must do everything necessary to secure the Company's rights and must do nothing after the loss to impair them. The Company will be entitled to priority of recovery against any such third party (including interest) to the extent payment has been made by the Company, plus attorney's fees, expenses or costs incurred by the Company.

    But, the Insured may waive its rights against another party by specific written agreement:

    a.    Prior to a loss to Covered Property or Covered Income.

    b.    After a loss to Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    (1)    Someone insured by this insurance;

    (2)    A business firm owned or controlled by the Insured or that owns or controls the Insured; or

    (3)    The Insured's tenant.

    Such waiver will not invalidate or restrict this insurance.

2. Section F., CONCEALMENT, MISREPRESENTATION OR FRAUD

    F.    CONCEALMENT, MISREPRESENTATION OR FRAUD

    The Company will not pay for any loss or damage in any case of:

    1.    Concealment or misrepresentation of a material fact or

    2.    Fraud

    committed by an insured at any time and relating to a claim under this policy.

**B.    CHANGES TO THE LEGAL LIABILITY ENDORSEMENT**

The following provisions are added if the Legal Liability Endorsement is attached to this policy:

The LEGAL LIABILITY ENDORSEMENT is amended as follows:

1. Section H., Conditions Applicable to This Insurance, Item 2.g., Subrogation, is replaced by the following:

    g.    Subrogation

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 2

MS C8 73 01 03

If the Insured has rights to recover all or part of any payment the Company has made under this insurance, those rights are transferred to the Company.  The Company's right to recover damages may be enforced even if the Insured has not been fully compensated for damages.  The Insured must do nothing after loss to impair the Company's rights. At the Company's request, the Insured will bring Suit or transfer those rights to the Company and help the Company enforce them.

2.   The following condition is added under Section H.2.c., Notice of Loss and Duties in the Event of Accident, Claim or Suit:

Notice given on behalf of the Insured to any authorized agent of the Company in Indiana, with particulars sufficient to identify the Insured, shall be considered notice to the Company.

**C.   CHANGE TO THE PROPERTY COVERAGE FORM**

Any exclusion, limitation or other provisions relating to "pollutants", or any amendment to or replacement of such exclusion, limitation or other provisions, applies whether or not the "pollutants" have any function in the Insured's business, operations, premises, site or location.

KTK-CMB-1C23569-4-15

MS C9 28 01 11

# NEW YORK CHANGES

This endorsement modifies insurance provided under this policy with respect to all locations in and coverages provided with respect to locations in the state of New York.

**A.   CHANGES TO THE PROPERTY COVERAGE FORM**

The Property Coverage Form is amended as follows:

1.   The following is added to the Property Coverage Form:

ESTIMATION OF CLAIMS

Upon request, the Company will furnish the Insured or a representative of the Insured with a written estimate of damages to the building, specifying all deductions, provided such an estimate has been prepared by the Company or has been prepared on the Company's behalf for its own purposes. The estimate will be provided within 30 days after the Insured's request or its preparation, whichever is later.

**B.   CHANGES TO THE GENERAL CONDITIONS**

The GENERAL CONDITIONS FORM is amended as follows:

1.   Section C., APPRAISAL, is replaced by the following:

C.   APPRAISAL

1.   If the Insured and the Company disagree on the value of the property, the amount of net income or operating expense or the amount of loss either may make written demand for an appraisal of the loss.  In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand.

2.   If the Company or the Insured fails to proceed with the appraisal of the covered loss after a written demand is made by either party, then either party may apply to a court having jurisdiction for an order directing the party that failed to proceed with the appraisal to comply with the demand for the appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such order.

3.   The two appraisers will select an umpire.  If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the amount of loss or the amount of net income and operating expense.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding.

4.   Each party will:

a.   Pay its chosen appraiser; and

b.   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, the Company will retain its' right to deny the claim.

2.   Section F., CONCEALMENT, MISREPRESENTATION OR FRAUD, is replaced by the following:

F.   FRAUD

The Company does not provide coverage for any insured who has made fraudulent statements or engaged in fraudulent conduct in connection with any loss ("loss") or damage for which coverage is sought under this policy.

3.   Section I, EXAMINATION OF THE INSURED'S BOOKS AND RECORDS, is replaced by the following:

I.   EXAMINATION OF THE INSURED'S BOOKS AND RECORDS

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

KTK-CMB-1C23569-4-15

MS C9 28 01 11

1. Except as provided in 2. below, the Company may examine and audit the Insured's books and records as they relate to this policy at any time during the policy period and up to three years afterward.

2. The Company will conduct an audit to determine the final premium due or to be refunded, for coverage for which an advance or deposit premium was paid based on estimated exposure. But the audit may be waived if:

    a. the total annual premium attributable to the auditable exposure base is not reasonably expected to exceed $1,500: or

    b. the policy requires notification to the insurer with the specific identification of any additional exposure units (e.g. buildings) for which coverage is requested.

3. If the audit is not waived, it must be completed within 180 days after:

    a. The expiration date of the policy; or

    b. The anniversary date, if this is a continuous policy or a policy written for a term longer than one year.

4. The following provisions are added to Section P, LOSS PAYMENT:

   If this policy covers the interest of the owner of any of the following types of buildings or structures:

    a. Residential (except 1 or 2 family buildings or structures);

    b. Commercial; or

    c. Industrial;

   the following provision is added:

   Before payment to the Insured for loss or damage to the above buildings or structures caused by or resulting from fire, the Company will:

    (1) Deduct from the Insured's payment the claim of any tax district that issues a certificate of lien in accordance with the Insurance Law; and

    (2) Pay directly to the tax district the amount of the claim.

   When the Company pays that claim, the Company will have no obligation to pay the amount of that claim to the Insured.  The Company's payment of that claim within 30 days of the Company's receipt of the certificate of lien will be a conclusive presumption that the claim was valid and properly paid.

## C. CHANGES TO THE LEGAL LIABILITY FORM

In the event this policy covers Legal Liability, the LEGAL LIABILITY ENDORSEMENT is amended as follows:

1. The following sentence is deleted from Section A.:

   The Company shall have the right and duty to defend any suit seeking those damages.

   The following sentence is added to Section A:

   The Company will have the right and duty to defend any suit seeking those damages even if the allegations of the suit are groundless, false or fraudulent.

2. The following provision is added to Item H.2.c.:

   Notice given by or on behalf of the Insured or written notice by or on behalf of any claimant to any agent of the Company in New York State, which adequately identifies the Insured, will be the same as notice to the Company.

3. The following condition is added to Section H:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2 of 3

KTK-CMB-1C23569-4-15

MS C9 28 01 11

Transfer of Duties When the Legal Liability Limit of Insurance is Used Up

a.  If the Company concludes that, based on claims or suits which have been reported to the Company and to which this insurance may apply, the Limit of Insurance specified for Legal Liability Coverage is likely to be used up in the payment of judgements or settlements, the Company will notify the first Named Insured, in writing, to that effect.

b.  When the Limit of Insurance for Legal Liability Coverage has actually been used up in the payment of judgements or settlements:

(1)  The Company will notify the first Named Insured, in writing, as soon as practicable, that:

(a)  Such a limit has actually been used up; and

(b)  The Company's duty to defend suits seeking damages subject to that limit has also ended.

(2)  The Company will initiate, and cooperate in, the transfer of control, to any appropriate insured, of all claims and suits seeking damages which are subject to that limit and which are reported to the Company before that limit is used up.  That insured must cooperate in the transfer of control of said claims and suits.

The Company agrees to take such steps, as it deems appropriate, to avoid a default in, or continue the defense of, such suits until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

The Company will take no action whatsoever with respect to any claim or suit seeking damages that would have been subject to that limit, had it not been used up, if the claim or suit is reported to the Company after that limit of insurance has been used up.

(3)  The first Named Insured, and any other insured involved in a suit seeking damages subject to that limit, must arrange for the defense of such suit within such time period as agreed to between the appropriate insured and the Insured.  Absent any such agreement, arrangements for the defense of such suit must be made as soon as practicable.

c.  The first Named Insured will reimburse the Company for expenses incurred by the Company in taking those steps we deem appropriate in accordance with paragraph b.(2) above.

The duty of the first Named Insured to reimburse the Company will begin on:

(1)  The date on which the applicable limit of insurance is used up, if the Company sent notice in accordance with paragraph a. above; or

(2)  The date on which the Company sent notice in accordance with paragraph b.(1) above, if the Company did not send notice in accordance with paragraph a. above.

d.  The exhaustion of any limit of insurance by the payments of judgements or settlements, and the resulting end of the Company's duty to defend, will not be affected by the Company's failure to comply with any of the provisions of this condition.

4.  The following provision supersedes any provision to the contrary:

Failure to give prompt notice to the Company, as required under this Coverage Form, shall not invalidate any claim made by the Insured or any other claimant, unless the failure to provide such timely notice has prejudiced the Company.  However, no claim made by the Insured or any other claimant will be invalidated if it shall be shown not to have been reasonably possibly to give such timely notice and that notice was given as soon as was reasonably possible thereafter.

**D.  CHANGES TO THE EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA**

The EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA is amended as follows:

1.  Section C. with reference to the exclusion relating to "pollutants" is deleted.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

KTK-CMB-1C23569-4-15

PN T1 89 06 99

### *NOTICE TO POLICY HOLDERS*

# JURISDICTIONAL INSPECTIONS

Dear Policyholder,

Many states and some cities issue certificates permitting the continued operation of certain equipment such as boilers, water heaters, pressure vessels, etc.  Periodic inspections are normally required to renew these certificates.  In most jurisdictions, insurance company employees who have been licensed by the jurisdictions are authorized to perform these inspections.

If:
- You own or operate equipment that requires a certificate from a state or city to operate legally, and
- We insure that equipment under this Policy, and
- You would like us to perform the next required inspection;

Then:

Call this toll-free number – **1-800-425-4119**

When you call this number, our representative will ask you for the following information:
- Name of your business (as shown on this Policy)
- Policy Number
- Location where the equipment is located, including Zip Code
- Person to contact and phone number for scheduling of inspection
- Type of equipment requiring inspection
- Certificate inspection date and certificate number

Or:

Fill in the information on the following form and fax it to the toll free number indicated on that form.

Please note the following:

- Your jurisdiction may charge you a fee for renewing a certificate.  It is your responsibility to pay such a fee.
- All the provisions of the INSPECTIONS AND SURVEYS Condition apply to the inspections described in this notice.

## REMINDER

If new equipment is installed or old equipment replaced that requires a jurisdictional inspection please let us know by calling our toll free number listed above.

KTK-CMB-1C23569-4-15

PN T1 89 06 99

# REQUEST FOR JURISDICTIONAL INSPECTION

**Name of Business (as shown on policy):** _____

**Policy Number:** _____

**Location of Equipment:**

_____

_____

_____

City                      State              Zip Code

**Inspection Contact Name for ALL locations:** _____

**Phone:** _____

| Equipment Type | Certificate Number | Certificate Expiration Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Fax Form to 1 877-764-9535*

Completed by:_____    Phone Number:_____

KTK-CMB-1C23569-4-15

PN T4 54 01 08

# IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com, or you may request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

**Toll Free Telephone Number:  1-866-904-8348**

KTK-CMB-1C23569-4-15

PN T5 68 07 12

## IMPORTANT NOTICE – COMPLAINTS - ILLINOIS

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

If you are having problems you may contact your insurance agent directly or you may contact the company at:

Mail:   Consumer Affairs
        One Tower Square,
        Hartford, CT 06183

Phone:  (860) 277-1561 or

Email:  consumeraffairs@travelers.com

The address of the consumer complaint division of the Illinois Department of Insurance is:

Illinois Department of Insurance
Consumer Division
320 W Washington St
Springfield, IL 62767

Complaints may also be filed electronically to the Illinois Department of Insurance at
https://insurance.illinois.gov/applications/ComplaintForms/default.aspx

KTK-CMB-1C23569-4-15

PN T5 74 09 13

## IMPORTANT NOTICE TO NEW YORK COMMERCIAL FIRE INSURANCE POLICYHOLERS

## NEW YORK STATE HAZARDOUS MATERIAL REPORT FORM

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, <u>THE PROVISIONS OF YOUR POLICY PREVAIL</u>.**

Every commercial fire insurance policyholder in the State of New York is required, under the provisions of Section 209-U of the General Municipal Law, to annually report to their local fire department the presence of hazardous materials at their business address.

As your insurance carrier we are required, under Section 3409 of the Financial Services Law, to make available to you the form necessary to make this report. If you have hazardous materials at your business address, the Hazardous Materials Report Form (DOS-0347), including instructions, is available for viewing and printing at the website of NYS Office of Fire Prevention and Control (OFPC). Please go to:

http://www.dos.state.ny.us/fire/pdfs/forms/hm209u.pdf

KTK-CMB-1C23569-4-15
Page 1 of 1

PN T9 91  09 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES –
# REFERENCES TO NEW YORK SUPERINTENDENT OF INSURANCE, INSURANCE DEPARTMENT, INSURANCE LAW, AND REGULATION NO.

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS INCLUDED IN THIS POLICY

1. Wherever it appears throughout this policy in reference to New York, the term Superintendent of Insurance is replaced by Superintendent of Financial Services.

2. Wherever it appears throughout this policy in reference to New York, the term Insurance Department or Department of Insurance is replaced by Department of Financial Services.

3. Wherever it appears throughout this policy in reference to New York, the term Insurance Law is replaced by Financial Services Law.

4. Wherever it appears throughout this policy in reference to New York, the term Regulation No. is replaced by Insurance Regulation No.

© 2013 The Travelers Indemnity Company. All rights reserved.
KTK-CMB-1C23569-4-15Includes copyrighted material of Insurance Services Office, Inc. with its permission.

TR IA 01 01 15

# FEDERAL TERRORISM RISK
# INSURANCE ACT DISCLOSURE

This endorsement provides supplementary information regarding the insurance provided under this policy.

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA") establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA).  "Act Of Terrorism" is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is established by TRIA and is a percentage of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). Through 2020, that percentage is established by TRIA as follows:

85% with respect to such Insured Losses occurring in calendar year 2015.

84% with respect to such Insured Losses occurring in calendar year 2016.

83% with respect to such Insured Losses occurring in calendar year 2017.

82% with respect to such Insured Losses occurring in calendar year 2018.

81% with respect to such Insured Losses occurring in calendar year 2019.

80% with respect to such Insured Losses occurring in calendar year 2020.

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible.  Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

The charge for such Insured Losses is included in the total premium for this policy. The charge that has been included for such Insured Losses under this policy is the amount indicated below, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under the TRIA:

3% of the Total Property Coverage Premium.

© 2015 The Travelers Indemnity Company.  All rights reserved.

KTK-CMB-1C23569-4-15

TR IA 04 01 15

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies the insurance provided under this policy.

The following is added to this policy. This provision can limit coverage for any loss arising out of a "certified act of terrorism" if such loss is otherwise covered by this policy.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and the Company has met its insurer deductible under "TRIA", the Company will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of "TRIA", to be an act of terrorism pursuant to "TRIA". The criteria contained in "TRIA" for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to "TRIA"; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"TRIA" means the federal Terrorism Risk Insurance Act of 2002 as amended.

© 2015 The Travelers Indemnity Company.  All rights reserved.

KTK-CMB-1C23569-4-15

MS C0 01 07 99

**NAMED INSURED**

In addition to the first Named Insured shown in the Declarations, the following are added as Named Insured, as their interest may appear with respect to insurance provided under this policy for the first Named Insured shown in the Declarations:

Any subsidiary company or affiliated company over which the first Named Insured has active management or maintains more than fifty percent (50%) ownership interest provided the first Named Insured notifies the Company within ninety (90) days from the date any such subsidiary or affiliate is acquired or formed by the first Named Insured.

KTK-CMB-1C23569-4-15

84D03-1712-PL-008816

Vigo Superior Court 3

Filed: 12/7/2017 4:17 PM
Clerk
Vigo County, Indiana

 **TRAVELERS**

The Travelers Indemnity Company
One Tower Square, MS06-A
Hartford, CT 06183

February 11, 2016

CSN, LLC
Attention: Pat Monaghan
455 West Industrial Drive
Terre Haute, IN 47802

| | |
|---|---|
| Insured: | CSN, LLC |
| Claim Number: | E6M2376 |
| Policy Number: | KTK-CMB-1C23569-4-15 |
| Date of Loss: | December 10, 2015 |
| Loss Location: | 455 West Industrial Drive, Terre Haute, IN |

Dear Mr. Monaghan:

This is a follow up to our telephone conversation on February 11, 2016 regarding the malfunction of the KS2100 control system and associated temper mill located at your 455 West Industrial Drive, Terre Haute, IN location.

On December 22, 2015, CSN reported a claim for failure of the KS2100 control system.  You further reported that on December 10, 2015, the temper mill was used for production and left idle at the end of the production run.  On December 14, 2015, CSN employees attempted to restart the mill and/or control system and received unusual errors.  The temper mill and/or control system have not functioned since that date.

The purpose of this letter is to advise you that our investigation into the cause of the failure of the KS2100 control system and temper mill indicates the loss occurred as a result of wear and tear and that coverage is not afforded by the policy for this loss. We engaged Semke Forensic (Semke) to assist with our investigation into the cause of this loss. We have attached Semke's February 8, 2016 report. Our investigation of the loss indicates the KS2100 control system and associated temper mill were non-functional due to the failure of the MGR control computer. The MGR control computer failed due to the corruption of the operating system from normal use and age of the system.

Please refer to your policy form MSC1000807, entitled Property Coverage Form on page 1 of 14, which states in part:

A.    **INSURING AGREEMENT**

The Company will pay for direct physical loss or damage to Covered Property at premises as described in the most recent Statement of Values or other documentation on file with the Company, caused by or resulting from a Covered Cause of Loss.  Covered Cause of Loss means risks of direct physical loss unless the loss is excluded in Section D., Exclusions; limited in Section E.; Limitations; or excluded or limited in the Supplemental Coverage Declarations or by endorsements.

**B.   COVERAGE**

Coverage is provided for Covered Property and Covered Costs and Expenses, as described in Sections B.1. and B.2., for which the Insured has an insurable interest, unless excluded in Section C., Property and Costs Not Covered.  Coverage applies only when a Limit of Insurance is shown in the Supplemental Coverage Declarations for the specific type of Covered Property or Covered Costs and Expenses, except for items B.2. a., d., e., g., h. and i. which do not require a specific Limit of Insurance to be shown.

\*          \*          \*

Please refer further to pages 7 and 8 of 14, which state in part:

**C.   PROPERTY AND COSTS NOT COVERED**

Unless the following property or costs are added by endorsement to this Coverage Form, Covered Property and Covered Costs and Expenses do not include:

12.   Any "Electronic Data Processing Data and Media" which is obsolete or unused by the Insured;

\*          \*          \*

Please refer additionally to pages 8 and 9 of 14, which state in part:

**D.   EXCLUSIONS**

1.   The Company will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

\*          \*          \*

**g.   PROGRAMMING ERRORS OR OMISSIONS**

Programming errors, omissions or incorrect instructions to a machine.

This exclusion will not apply in the event Programming errors, omissions or incorrect instructions to a machine results in a

"specified cause of loss", however, the Company will be liable only for such resulting loss or damage.

\*          \*          \*

Please refer additionally to pages 10 and 11 of 14, which state in part:

2.   The Company will not pay for loss or damage caused by or resulting from any of the following:

a.   Artificially generated electric current, including electric arcing, that disturbs electrical devices, equipment, appliances or wires.

\*          \*          \*

c.   (1)   Wear and tear or depletion;
     (2)   Rust, corrosion, erosion, fungus, decay, deterioration, wet or dry rot, mold, hidden or latent defect or any quality in the property that causes it to damage or destroy itself;

\*          \*          \*

However, in the event an excluded cause of loss that is listed in 2.c. (1) through (6) above results in a "specified cause of loss", the Company will pay for the loss or damage caused by that "specified cause of loss".

\*          \*          \*

Covered causes of loss and exclusions are further defined in your policy form MSC1020200, entitled Business Income Coverage Form Excluding Extra Expense, on page 1 of 6, which states in part:

A.   **COVERAGE**
The Company will pay for the actual loss of Business Income and/or Rental Value sustained by the Insured due to the necessary "suspension" of the Insured's "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss or damage to property, including personal property in the open (or in a vehicle) within 1,000 feet, at the Insured's premises:

  ◉   Which are described in the most recent Statement of Values or Business Income Work Sheet(s) or other documentation on file with the Company; and

  ◉   For which a value for the exposure at the premises to which this form applies has been reported.

The loss or damage must be caused by or result from a Covered Cause of Loss. Covered Cause of Loss means risks of direct physical loss unless the loss is

Page 4

excluded in Section C., Exclusions; limited in Section D., Limitations; or excluded or limited in the Supplemental Coverage Declarations or by endorsement.

\*          \*          \*

Please refer further to page 3 of 6, which states in part:

**C.     EXCLUSIONS**

1.   All of the exclusions contained in Section D. of the Property Coverage Form apply to this coverage form except:

\*          \*          \*

Covered causes of loss and exclusions are further defined in your policy form MSC1030799, entitled Extra Expense Coverage Form, on page 1 of 4, which states in part:

**A.     COVERAGE**
The Company will pay for the actual reasonable and necessary Extra Expense sustained by the Insured during the "period of restoration" due to direct physical loss or damage to property, including personal property in the open (or in a vehicle) within 1,000 feet, at the Insured's premises:

- Which are described in the most recent Statement of Values or Business Income Work Sheet(s) or other documentation on file with the Company; and
- For which a value for the exposure at the premises to which this form applies has been reported.

The loss or damage must be caused by or result from a Covered Cause of Loss. Covered Cause of Loss means risks of direct physical loss unless the loss is excluded in Section C., Exclusions; limited in Section D., Limitations; or excluded or limited in the Supplemental Coverage Declarations or by endorsement.

\*          \*          \*

Please refer further to pages 2 and 3 of 4, which state in part:

**C.     EXCLUSIONS**

1.   All of the exclusions contained in Section D. of the Property Coverage Form apply to this coverage form except:

\*          \*          \*

As the MGR control computer failed due to the corruption of the operating system resulting from normal use, age of the system and wear and tear, we must respectfully deny coverage for this loss including any loss of business income or extra expenses.

Page 5

This decision is based on the information and documentation we received during our research of this claim. If you are aware of any new or different information or documentation that might lead us to reconsider our decision, please contact me immediately.

Your policy may have other terms, conditions and exclusions that apply to this claim. We do not waive any rights, including our right to deny coverage, for any other valid reason under the policy or at law.

Please review the Legal Action Against the Company section contained in policy form MSC5020100, entitled General Conditions, as it contains important information about the period of time in which you may bring legal action.

Please contact me immediately at (913)967-9095 or DMCLEAN@travelers.com if you have any information you feel would be relevant or if you have any questions.

Sincerely,


David B. McLean
Claim Professional
The Travelers Indemnity Company
Direct: (913)967-9095
Email: DMCLEAN@travelers.com


cc:    Willis Towers Watson
       Attn: Blaine D. Conant, Senior Vice President/Senior Consultant
       801 South Figueroa Street, Suite 800
       Los Angeles, CA 90017

       CSN, LLC
       Attn: Julia Long
       850 West Jackson Blvd., Suite 660
       Chicago, IL 60607

Filed: 12/7/2017 4:17 PM
Clerk
Vigo County, Indiana

Vigo Superior Court 3

# SUMMONS

| | |
|---|---|
| **STATE OF INDIANA** ) | **IN THE VIGO SUPERIOR/ CIRCUIT COURT** |
| ) SS: | **33 S. 3rd Street** |
| **COUNTY OF VIGO** ) | **Terre Haute, Indiana 47807** |

**CAUSE NO.**   **84D03-1712-PL-008816**

CSN, LLC )
)
*Plaintiff,* )
)
*vs.* )
)
THE TRAVELERS INDEMNITY COMPANY )
)
*Defendant.* )

TO DEFENDANT:         (Name)          The Travelers Indemnity Company
                     (Address)        Corporation Service Company
                                      251 E. Ohio Street, Suite 500
                                      Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person(s) named as defendant(s) and in the Court indicated above.

    The nature of the suit against you is stated in the third-party complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the defendant.

    An answer or other appropriate response in writing to the third-party complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, [or within twenty-three (23) days if this Summons was received by mail], or a judgment by default may be rendered against you for the relief demanded by defendant with the **Vigo County Clerk, Courthouse, 33 S. 3rd Street, Terre Haute, Indiana 47807; 812-463-3308**

    If you have a claim for relief against the defendant arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  12/8/2017                                   *Bradley A. Newman*  HB
                                          CLERK, VIGO CIRCUIT/SUPERIOR COURT
                                          (SEAL)

**(The following manner of service of summons is hereby designated.)**

  X    Registered or certified mail.
  ___  Service at place of employment, to-wit: _____
  ___  Service on individual — (Personal or copy) at above address.
  ___  Service on agent. (Specify) _____
  ___  Other service. (Specify) _____

Attorneys for Defendant:
V. Samuel Laurin, No. 11607-53
Curtis T. Jones, No. 24967-64
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
317-684-5000/317-684-5173 (Fax)

3

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I served the Summons on the _____ day of _____, 2016

_____ (1)   By delivering a copy of the Summons to the defendant, _____.
_____ (2)   By leaving a copy of the Summons at _____ which is
the dwelling place or usual place of abode of _____
and by mailing a copy of said Summons to said defendant at the above address.
_____ (3)   Other Service Remarks: _____
_____

Sheriff's Costs: Sheriff of_____ County

$_____   By:_____
Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on _____, I mailed a copy of the Summons to the
defendant, _____ by **[certified] [registered]** mail, requesting
a return receipt, at the address furnished by the plaintiff.

_____
CLERK, VIGO CIRCUIT/SUPERIOR COURT

Dated: _____   By_____
Deputy

## RETURN ON SERVICE OF SUMMONS

I hereby certify that the attached return receipt was received by me showing that:

_____ (1)   The Summons mailed to defendant _____
was accepted by the defendant on _____.
_____ (2)   The attached return receipt was received by me showing that the Summons mailed to
defendant _____ was accepted by
_____ on behalf of said defendant on _____.
_____ (3)   The attached return receipt was received by me showing the Summons was returned not
accepted on _____.

_____
CLERK, VIGO CIRCUIT/SUPERIOR COURT

Dated: _____   By_____
Deputy

4

Filed: 12/7/2017 4:17 PM
Clerk
Vigo County, Indiana

Vigo Superior Court 3

# SUMMONS

STATE OF INDIANA )
                  ) SS:
COUNTY OF VIGO   )

**IN THE VIGO SUPERIOR/ CIRCUIT COURT**
33 S. 3rd Street
**Terre Haute, Indiana  47807**

CAUSE NO.   **84D03-1712-PL-008816**

| | |
|---|---|
| CSN, LLC | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| *vs.* | ) |
| | ) |
| THE TRAVELERS INDEMNITY COMPANY | ) |
| | ) |
| *Defendant.* | ) |

TO DEFENDANT:     (Name)     The Travelers Indemnity Company
                  (Address)   Corporation Service Company
                               135 N. Pennsylvania St., Suite 1610
                               Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person(s) named as defendant(s) and in the Court indicated above.

    The nature of the suit against you is stated in the third-party complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the defendant.

    An answer or other appropriate response in writing to the third-party complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, [or within twenty-three (23) days if this Summons was received by mail], or a judgment by default may be rendered against you for the relief demanded by defendant with the **Vigo County Clerk, Courthouse, 33 S. 3rd Street, Terre Haute, Indiana 47807; 812-463-3308**

    If you have a claim for relief against the defendant arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  12/8/2017 _____     *Bradley M. Newman* _____ HB
                                          CLERK, VIGO CIRCUIT/SUPERIOR COURT
                                        (SEAL)

**(The following manner of service of summons is hereby designated.)**

  X        Registered or certified mail.
  ___     Service at place of employment, to-wit: _____
  ___     Service on individual — (Personal or copy) at above address.
  ___     Service on agent. (Specify) _____
  ___     Other service. (Specify) _____

(SEAL: VIGO COUNTY COURTS — SEAL — INDIANA)

Attorneys for Defendant:
V. Samuel Laurin, No. 11607-53
Curtis T. Jones, No. 24967-64
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
317-684-5000/317-684-5173 (Fax)

1

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I served the Summons on the _____ day of _____, 2016

_____ (1)  By delivering a copy of the Summons to the defendant, _____.
_____ (2)  By leaving a copy of the Summons at _____ which is
           the dwelling place or usual place of abode of _____
           and by mailing a copy of said Summons to said defendant at the above address.
_____ (3)  Other Service Remarks: _____
           _____


Sheriff's Costs:  Sheriff of_____ County

$_____  By:_____
                                                                  Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on _____, I mailed a copy of the Summons to the
defendant, _____ by **[certified] [registered]** mail, requesting
a return receipt, at the address furnished by the plaintiff.


                           _____
                           CLERK, VIGO CIRCUIT/SUPERIOR COURT

Dated: _____  By_____
                                                                  Deputy

## RETURN ON SERVICE OF SUMMONS

I hereby certify that the attached return receipt was received by me showing that:

_____ (1)  The Summons mailed to defendant _____
           was accepted by the defendant on _____.
_____ (2)  The attached return receipt was received by me showing that the Summons mailed to
           defendant _____ was accepted by
           _____ on behalf of said defendant on _____.
_____ (3)  The attached return receipt was received by me showing the Summons was returned not
           accepted on _____.


                           _____
                           CLERK, VIGO CIRCUIT/SUPERIOR COURT

Dated: _____  By_____
                                                                  Deputy

2

Filed: 12/8/2017 10:35 AM
Clerk
Vigo County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE VIGO CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF VIGO | ) | CAUSE NO.: 84D03-1712-PL-008816 |

|  |  |
|---|---|
| CSN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE TRAVELERS INDEMNITY | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF ISSUANCE OF SUMMONSES

Curtis T. Jones, attorney for the Plaintiff, CSN, LLC, certifies that copies of the Complaint, Appearance, and Summonses were issued via certified mail on December 8, 2017 to:

The Travelers Indemnity Company
c/o Corporation Service Company
251 E. Ohio Street, #500
Indianapolis, IN 46204
Certified Mail No: 92147969009997901618527064

The Travelers Indemnity Company
c/o Corporation Service Company
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204
Certified Mail No: 92147969009997901618527095

Respectfully submitted,

*/s/ Curtis T. Jones*
V. Samuel Laurin III, Atty. #11607-53
Curtis T. Jones, Atty. #24967-64
*Bose McKinney & Evans, LLP*
111 Monument Circle, Ste. 2700
Indianapolis, IN 46204
(317) 684-5000 /(317) 684-5173 (Fax)

*Attorneys for Plaintiff, CSN, LLC*

# CASE SUMMARY
## CASE NO. 84D03-1712-PL-008816

CSN, LLC

v.

The Travelers Indemnity Company

§
§
§
§
§

Location: **Vigo Superior Court 3**
Judicial Officer: **Mullican, Sarah K. - D03**
Filed on: **12/07/2017**

---

### CASE INFORMATION

Case Type: **PL - Civil Plenary**

Case Status: **12/07/2017   Pending**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number          84D03-1712-PL-008816
Court                Vigo Superior Court 3
Date Assigned        12/07/2017
Judicial Officer     Mullican, Sarah K. - D03

---

### PARTY INFORMATION

*Attorneys*

**Plaintiff**          **CSN, LLC**

**Jones, Curtis Tre**
*Retained*
317-684-5173(F)
317-684-5000(W)
*111 Monument CIR*
*STE 2700*
*Indianapolis, IN 46204*
cjones@boselaw.com

**Laurin, Vilda Samuel**
*Retained*
317-684-5173(F)
317-684-5000(W)
*111 Monument Circle*
*Suite 2700*
*Indianapolis, IN 46204*
slaurin@boselaw.com

**Defendant**          **The Travelers Indemnity Company**

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 12/07/2017 | Case Opened as a New Filing | |
| 12/08/2017 | Complaint/Equivalent Pleading Filed<br>File Stamp: 12/07/2017<br>Filed By:  Plaintiff  CSN, LLC<br>*Complaint and Exhibits* | |
| 12/08/2017 | Appearance Filed<br>File Stamp: 12/07/2017<br>For Party:  Plaintiff  CSN, LLC<br>*Appearance of V. Samuel Laurin III and Curtis T. Jones* | |
| 12/08/2017 | | |

*Printed on 01/04/2018 at 12:16 PM*

# CASE SUMMARY
## CASE NO. 84D03-1712-PL-008816

|  | Subpoena/Summons Filed |
|---|---|
|  | File Stamp: 12/07/2017 |
|  | Filed By: Plaintiff  CSN, LLC |
|  | *Summons to Travelers at 251 E. Ohio* |
| 12/08/2017 | Subpoena/Summons Filed |
|  | File Stamp: 12/07/2017 |
|  | Filed By: Plaintiff  CSN, LLC |
|  | *Summons to Travelers at 135 N. Pennsylvania* |
| 12/08/2017 | Certificate of Issuance of Summons |
|  | File Stamp: 12/08/2017 |
|  | Filed By: Plaintiff  CSN, LLC |
|  | *Certificate of Issuance of Summonses* |

| DATE | FINANCIAL INFORMATION |
|---|---|

| **Plaintiff** CSN, LLC | |
|---|---|
| Total Charges | 157.00 |
| Total Payments and Credits | 157.00 |
| **Balance Due as of  1/4/2018** | 0.00 |

*Printed on 01/04/2018 at 12:16 PM*