UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CSN, LLC, | ) |
|       Plaintiff | ) |
| v. | ) Cause No. 2:18-cv-17 RLM-MJD |
| THE TRAVELERS INDEMNITY COMPANY, | ) |
|       Defendant | ) |

O R D E R

The Court having this day made its entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT. This matter is dismissed with prejudice.

SO ORDERED.

ENTERED: January 25, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel of record via CM/ECF